IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br><br>Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK), LIMITED,<br><br>Defendant. | Civil Action No.<br><br>05-40153 FDS |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, LP**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. hereby make the following corporate disclosures:

Hewlett-Packard Company has no parent corporation and no publicly held company owns 10% or more of its stock.

Hewlett-Packard Development Company, L. P. is wholly-owned, directly or indirectly, by

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
1

Hewlett-Packard Company.

Dated: September 1, 2005

Respectfully submitted,

Louis M. Ciavarra  (BBO#546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3408
Facsimile:   (508) 929-3011

By: _____
Louis M. Ciavarra

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

Of Counsel:
MARTIN R. GLICK
SIMON J. FRANKEL
JIN KIM
SHANNON SCOTT
   HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN