**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. )<br><br>Plaintiffs, )<br><br>v. )<br><br>ICL NETWORK SOLUTIONS (HK), LIMITED, )<br><br>Defendant. ) | Civil Action No.<br><br>**05-40153**  |

---

**AFFIDAVIT OF JIN H. KIM IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE**

---

I, JIN H. KIM, hereby depose and state as follows:

1.    I am a member of the Bar of the State of California and an attorney with the firm of Howard Rice Nemerovski Candy Falk & Rabkin, a Professional Corporation, counsel for Plaintiff Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively, "Plaintiffs"). I make this statement in support of Plaintiffs' Ex Parte Application For Temporary Restraining Order And Order To Show Cause. Except as otherwise indicated in this declaration, the facts stated herein are known to me of my own personal knowledge and if called upon to do so, I could and would testify thereto.

2.    Attached hereto as Exhibit A are true and correct copies of the home, Contact Us and Frequently Asked Question pages of the website of ICL Network Solutions (HK) Limited ("ICL"), found at on the internet at www.iclns.com, www.iclns.com/contactus.aspx, and www.iclns.com/faq.aspx, respectively, which my assistant printed from those internet addresses on September 1, 2005.

3.    Last year, Hewlett-Packard filed suit in the Central District of California (Western Division) against Computer Superstore, Inc., dba Compu America, Fred Farahmand, The Comp Ltd., LLC, dba LA Computer Center, Hersel Neman and Robert Neman (No. 04-07591 PA (CWx)). In that case, which was settled, invoices produced by defendants revealed that ICL had sold 120 units of purportedly Hewlett-Packard mini gigabit interface converters to defendants in 2003 and 2004. Hewelett-Packard's analysis of several of those mini gigabit interface converters revealed that they were counterfeit.

2

4.    Because giving notice of this Application to Defendant  will cause irreparable injury and frustrate the relief Hewlett-Packard seeks, I have not given notice to Defendant of this Application.

Signed under the pains and penalties of perjury this 1st day of September,  2005

_____
JIN H. KIM



# ICL Network Solutions hk, ltd.

**Search:** Part Number

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**
**Track Number:**

**Courrier:**
FedEx

**ICL Network Solutions** is an Independent Distributor for various Networking and Storage Products. Our global reach allows us to sell to major Telco companies, Systems Integrators and Solutions Providers.

We are your **FIRST VENDOR OF CHOICE**, and your **FIRST SOLUTIONS PROVIDER OF CHOICE**. Whether it's Networking or Storage Solution, simple or complex, allow us to understand the problem with you.

All products are shipped **FOB Hong Kong**, using **FedEx**, or your specified Freight Forwarder. Please select from the list of products below, search, or browse through brands and product families and start shopping!

**:: Our Specials ::**
**More . . .**

**CISCO**
12000 SERIES LINE CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL GATEWAYS

**3COM**
ROUTERS
SWITCHES
WIRELESS

**INTEL**
Ethernet Cards

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Page 2 of 3

☒ **HP-COMPAQ**

Assorted Parts

Compaq Proliant Servers

Controllers

CPU Upgrades

Disks

DLT/DAT's

Hard Drives

HP Procurve

Memory

Miscellaneous

Notebook memory

Server memory

☒ **IBM RS6000**

Disk Arrays

Disk Drives

Drawer

Enterprise Servers

Features

Memories

Miscellaneous

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Parts

Servers

Tape Drives

Tower

Workgroup
Servers

Workstations

☒ **Sun
Microsystems**

Accessories

Controllers

CPU/Processors

Hard Drives

Memories

Network Cards

Sun Fire
Servers

System Boards

Tape Drives

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use | Privacy Statement | Contact Us | **(852) 2851-2272**
Copyright 2004 ICL Network Solutions (HK) Ltd.

http://www.iclns.com/

9/1/2005

# ICL Network Solutions hk, ltd.

Search: [Part Number]

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

Home >> Contact Us

## Contact Us

**ICL Network Solutions (HK), Ltd.**, is a global company that works to provide its customers the very best in high-end storage and networking equipment in the market.

Our no. 1 strength lies in our location: ASIA . Here's our Headquarters Address:

**ICL NETWORK SOLUTIONS (HK), LTD.**
1601-1603 Kinwick Centre
32 Hollywood Road , Central, Hong Kong
**Tel:** (852) 2851-2272
**Fax:** (852) 2545-0550
**websales@iclns.com**

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**
Track Number: [ ]

Courier:
[FedEx]



**CISCO**
12000 SERIES LINE CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL GATEWAYS

**3COM**
ROUTERS
SWITCHES
WIRELESS

**INTEL**
Ethernet Cards

**HP-COMPAQ**

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Assorted Parts
Compaq Proliant Servers
Controllers
CPU Upgrades
Disks
DLT/DAT's
Hard Drives
HP Procurve
Memory
Miscellaneous
Notebook memory
Server memory

☒ **IBM RS6000**

Disk Arrays
Disk Drives
Drawer
Enterprise Servers
Features
Memories
Miscellaneous Parts
Servers
Tape Drives
Tower
Workgroup Servers
Workstations

☒ **Sun Microsystems**

Accessories
Controllers
CPU/Processors

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Hard Drives

Memories

Network Cards

Sun Fire Servers

System Boards

Tape Drives

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use  |  Privacy Statement  |  Contact Us  |  **(852) 2851-2272**
Copyright 2004 ICL Network Solutions (HK) Ltd.

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

**ICL** Network Solutions hk, ltd.

Search: Part Number

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up
**Solutions**
Ask Eric Now!
**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**
**Track Number:**

**Courrier:**
FedEx

**Frequently Asked Questions**

**I. Common Questions by New Customers**

**A. Ordering Online**

1. How do I make an **Online Purchase** ?
2. What payment methods are acceptable ?
3. I do not have a credit card, is there another way to purchase items online ?
4. I do not have a PayPal account, where can I get one ?
5. I want to **Purchase Now**, what payment methods can I use ?
6. I want to do business on a regular basis and in bulk quantity, can I get more discounts ?
7. Your website did not ask for my credit card information, how does it handle the payments ?
8. I bought the wrong item, can I have it replaced ?
9. Where can I read about your ordering details ?
10. Where can I contact you for more specific information ?

**B. Shipment and Return Policy**

1. How does the Purchase order processing work ?
2. Where can I read about your Return policy ?
3. I want to ship using my own courier/ freight forwarder instead of your company's regular shipper, is this possible ?
4. What condition are the items when shipped ?
5. Can I track shipments online ?
6. Does it cost me anything to track shipments online ?
7. Who can I contact if I have a problem with my order ?

CISCO
12000 SERIES
LINE CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL GATEWAYS

3COM
ROUTERS
SWITCHES
WIRELESS



**8.** How does the company handle refunds ?

## C. Other Questions

**1.** The items I need are not available in the website, what can I do ?
**2.** I would like to partner with your company, who can I contact ?
**3.** Does your Company accept trade-ins or used equipment ?

## D. Company Information

**1.** Where is your headquarters located ?
**2.** Since you operate from ASIA, isn't there any language barrier ?
**3.** Do you operate 24 hours ?

## II. Common Questions of existing users

## A. Registration

**1.** Is registration free of charge ?
**2.** What are the advantages of registering ?
**3.** How does the website handle my private information ?
**4.** If I registered as a user, will my email be used elsewhere ?
**5.** Where can I read further detail about your Terms and Conditions and Website Use Policy ?

## B. Modifying information

**1.** I need to change my contact details, where can I do that ?

## How do I make an Online Purchase ?

Placing an order online is easy. There is no need to create an account prior to selecting which products to buy. Using our secure online procurement system, you can shop online and opt to register with us later when you are ready to place an order. Click here to shop now .

We highly suggest however, that you register with us, (for free) to make your

**INTEL**

Ethernet Cards

**HP-COMPAQ**

Assorted Parts

Compaq
Proliant
Servers

Controllers

CPU Upgrades

Disks

DLT/DAT's

Hard Drives

HP Procurve

Memory

Miscellaneous

Notebook
memory

Server memory

**IBM
RS6000**

Disk Arrays

Disk Drives

Drawer

Enterprise
Servers

shopping experience customized to your needs. Registering will also provide you access to special deals and discounts , as well as announcement for spot opportunity offers that we regularly advise our customers.

Back to Top

**What payment methods are acceptable ?**

We currently accept **Credit cards** (VISA, MASTERCARD, AMERICAN EXPRESS, and DISCOVER payments via PayPal.) for online purchases. Other forms of payment are accepted for International customers with existing accounts, or with orders requiring special attention. These include **Wire Transfer, Letter of Credit, Escrow Account Payment** among other financial instruments. These payment methods are however subject to bank scrutiny and approval.

We are working to enable more methods of payment that are best suited to every customer. If you wish to be notified and be reminded via special member announcements, please register here .

Back to Top

**I do not have a credit card, is there another way to purchase items online ?**

There are currently no alternative ways to purchase items online unless via credit cards thru PayPal.

You can opt to purchase items OFFLINE, using other financial instruments ( **Wire Transfer, Letter of Credit, Escrow Account Payment** ).

Back to Top

**How does purchasing offline work?**

You can opt to purchase items OFFLINE, using other financial instruments ( **Wire Transfer, Letter of Credit, Escrow Account Payment** ). You can proceed with selecting the items you want to buy and when you checkout,

Features
Memories
Miscellaneous
Parts
Servers
Tape Drives
Tower
Workgroup
Servers
Workstations

**Sun Microsystems**

Accessories
Controllers
CPU/Processors
Hard Drives
Memories
Network Cards
Sun Fire
Servers
System Boards
Tape Drives

instead of clicking the PayPal logo, click Offline Payment. Your Order will be submitted to our representatives who will then contact you to discuss the payment options that will best work for your company.

Back to Top

**I do not have a PayPal account, where can I get one ?**

If you are not a registered PayPal user, please use this link to get an account.

Back to Top

**I want to Purchase Now, what payment methods can I use ?**

You can use **Wire Transfer, Letter of Credit, Escrow Account Payment** instead of an Online Payment. These offline payment options are as easy as paying via credit card. Simply submit the order online using the Offline Payment button and our representatives will contact you immediately to arrange which payment options best work for you.

I want to purchase offline, and want them to contact me now .

Back to Top

**I want to do business on a regular basis and in bulk quantity, can I get more discounts ?**

We offer discounts based on quantity and bulk orders, most especially for regular business. These prices are adjusted per project basis and are best suited for system integrators and bidding requirements with big volume requirements. Use this link to contact the sales person responsible for your region to setup an account for you.

Take me to that page now .

Back to Top

## Your website did not ask for my credit card information, how does it handle the payments?

Payments thru PayPal only require your PayPal account. Since you have provided the credit card information via PayPal during PayPal registration, you do not need to provide the same again. Everything else is handled in the background to ensure security, user-friendly and hack-proof transactions.

Back to Top

## I bought the wrong item, can I have it replaced ?

The website ensures that you confirm your purchase first prior to finalizing an order. This eliminates human error and buying any wrong item. Once you submit an order, it is routed to our servers and the respective departments and is deemed final.

For more detailed information please refer to our Terms and Conditions and Return Policy .

Back to Top

## Where can I read about your ordering details ?

You can read about ordering details on the Ordering and Payment tab available in the side menu bar on the he homepage.

Take me to that page now .

Back to Top

## Where can I contact you for more specific information ?

It is best to contact the sales person responsible for your region.

Take me to that page now .

Back to Top

## How does the Purchase order processing work ?

Proforma Invoices (Sales Invoices) are generated per Purchase order. A copy is provided for the customer by email and/or fax if the payment is other than online. For online purchases, a confirmation copy will be generated for you in the site, and another from PayPal. These will serve as your proof of payment. Please ensure to keep a copy for your purposes.

Please contact us if you are a new customer, and require further information.

Back to Top

## Where can I read about your Return policy ?

You can read about ordering details on the Ordering and Payment tab available in the side menu bar on he homepage.

Take me to that page now .

Back to Top

## I want to ship using my own courier/ freight forwarder instead of your company's regular shipper, is this possible ?

Yes! You have the option to use your preferred shipping partner, courier or forwarder. Just indicate the same in the shipment form provided and our representatives will take care of the rest.

Back to Top

## What condition are the items when shipped ?

Products are always new in unopened box unless specified as either refurbished, used, pulls, etc. Packaging is dependent on the manufacturer and brand as well as the condition of the item.

Back to Top

## Can I track shipments online?

Yes! You can track the shipments in REAL-TIME once you order. Our company places much value on communicating with the customer, that we want them to be kept updated and in control of their shipment all the time.

We allow real-time tracking for items shipped via United Parcel Service (UPS), United States Postal Service (USPS), Federal Express (FedEx), DHL World Wide Express (DHL), Canada Post, and Airborne Express (Airborne).

Back to Top

## Does it cost me anything to track shipments online?

No. Tracking your own order is provided as a free value-added service from our Company.

I want to track my order now!

Back to Top

## Who can I contact if I have a problem with my order ?

Please contact our web sales customer service and we will handle them most urgently.

## How does the company handle refunds ?

All refunds are credits to customer accounts, and are not convertible to cash, unless under unique account and/or circumstances. This credit must be consumed within 90 days of its issuance or it will be nullified.

Back to Top

## The items I need are not available in the website, what can I do ?

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Page 8 of 11

If your requirements are unique and are unavailable online, do contact the salesperson assigned to your region for more detailed information. They will be more than happy to assist you in your project requirements.

I want to contact a sales person now .

Back to Top

## I would like to partner with your company, who can I contact ?

Send us email using this address and our representatives will contact you as soon as possible.

Back to Top

## Does your Company accept trade-ins or used equipment ?

No. Unfortunately, we do not accept trade-ins at the moment. Used equipment on the other hand is subject to approval. If the list is substantial, you can submit the same using this form , and our representatives will contact you immediately.

Back to Top

## Where is your headquarters located ?

**ICL Network Solutions(HK), Ltd .,** is a global company that works to provide its customers the very best in high-end storage and networking equipment in the market.

Our no. 1 strength lies in our location: ASIA . Here's our Headquarters Address:

## ICL NETWORK SOLUTIONS (HK), LTD.

1601-1603 Kinwick Centre
32 Hollywood Road ,

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Central, Hong Kong

**Tel:** (852) 2851-2272
**Fax:** (852) 2545-0550
E-mail: websales@iclns.com

Back to Top

## Since you operate from ASIA , isn't there any language barrier ?

No. There is absolutely no language barrier. Our representatives are articulate speak perfect English.

We hire only the best people capable of solving complex problems. Further, the Asian culture brings in unmatched hospitality and service. They are trained thoroughly in the business and are most welcome to help you with your requirements.

Back to Top

## Do you operate 24 hours ?

Yes! Having situated operations in major business hubs primary of which is Hong Kong , including the UK , and the United States , the company operates virtually through all time zones and affords its customers an expansive sourcing reach for their requirements on a worldwide scale.

Back to Top

## Is registration free of charge ?

Yes! Registration is completely free of charge.

I want to register now !

Back to Top

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

## What are the advantages of registering ?

Registration provides you added services for free. These include access to special deals and company advisories and announcements. As our website is under continuous development, in the future, you will be allowed to repeat orders in a single click, view your account history as well as easily track your shipments online.

I want to register now !

Back to Top

## How does the website handle my private information ?

Your information is safe with ICL. All information is for internal use only and are not sold or provided for third party companies. The website runs under high security and you can be certain that all your information is kept confidential.

Back to Top

## If I registered as a user, will my email be used elsewhere ?

No. Your email is for login and contact reference use only. They are not to be provided for third party companies.

Back to Top

## Where can I read further detail about your Terms and Conditions and Website Use Policy ?

Our Terms and Conditions, and Website Use Policy can be reached using this link:

Take me to that page now .

Back to Top

http://www.iclns.com/faq.aspx

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

## I need to change my contact details, where can we do that ?

You need to login first. Once inside your account, you have the option to change your contact details.

Back to Top

All SUN, Compaq, Cisco , 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use  |  Privacy Statement  |  Contact Us  |  **(852) 2851-2272**
Copyright 2004 ICL Network Solutions (HK) Ltd.