IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br><br>Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK) LIMITED<br>Defendant. | Civil Action No.:<br>05-40153-(FDS) |

STIPULATION TO EXTEND TIME TO RESPOND
TO ORDER TO SHOW CAUSE AND
TO EXTEND TEMPORARY RESTRAINING ORDER

The parties, by and through their respective attorneys, stipulate to a two week extension of time for Defendant, ICL Network Solutions (HK), Ltd., to respond to the Order to Show Cause re: Preliminary Injunction With Temporary Restraining Order entered on September 2, 2005, up to and including September 22, 2005. The parties also request that the hearing, now scheduled for September 9, 2005 at 10:00 a.m. before the Honorable F. Dennis Saylor, be deferred until September 23, 2005, or as soon thereafter as the parties may be heard in the Court's convenience.

Without waiving any right or grounds for ICL to object to thereto, the parties acknowledge that the terms of Temporary Restraining Order remain in effect for the term of this extension.

No previous extension has been requested or granted.

Respectfully submitted,

HEWLETT-PACKARD COMPANY
and
HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,

By their attorneys,

Date: 9-8-05

/s/ Louis M. Ciavarra
Louis M. Ciavarra (BBO#546481)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, Massachusetts 01615-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

AND

ICL NETWORK SOLUTIONS (HK), LTD.

By its attorneys,

Date: 09/07/05

/s/ Ann Lamport Hammitte
Ann Lamport Hammitte (BBO# 553263)
Emily A. Berger (BBO# 650841)
LOWRIE, LANDO & ANASTASI, LLP
One Main Street
Cambridge, Massachusetts 02142
Telephone: (617) 395-7019
Facsimile: (617) 395-7070

**ORDER**

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: September _____, 2005

770787                                          2