UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY and<br>HEWLETT-PACKARD DEVELOPMENT<br>COMPANY, LP,<br><br>        Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK), LTD,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-40153-FDS |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEYS SIMON J. FRANKEL, JIN H. KIM, AND SHANNON SCOTT

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, LP move, pursuant to Local Rule 83.5.3(b) for an order permitting Attorneys Simon J. Frankel, Jin H. Kim, and Shannon Scott to appear on their behalf in the above-entitled action. The grounds for this Motion are as follows:

    1. Under Local Rule 83.5.3(b), a member in good standing of the bar of another state may appear by permission of this Court.

    2. Attorneys Simon J. Frankel, Jin H. Kim, and Shannon Scott are members in good standing of the bar of the State of California.

    3. Attorney Louis M. Ciavarra of Bowditch & Dewey has entered an appearance for Plaintiffs and will continue to represent Plaintiffs.

4. The Affidavits of Attorneys Simon J. Frankel, Jin H. Kim, and Shannon Scott are submitted herewith in support of this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court permit Attorneys Simon J. Frankel, Jin H. Kim, and Shannon Scott to appear on their behalf in this matter.

Respectfully submitted,
HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, LP
By their attorneys,

Louis M. Ciavarra (BBO#546481)
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01608
(508) 926-3408
FAX: (508) 929-3011

Dated: 9/14/05

## CERTIFICATE OF SERVICE

I, Louis M. Ciavarra, hereby certify, that on this 14 day of September 2005, a true and accurate copy of the within Motion was served by mailing same, first class, postage prepaid, to all counsel of record.

Louis M. Ciavarra