IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK), LIMITED,<br><br>Defendant. | Civil Action No. 05-40153 FDS |

## PROOF OF SERVICE

I, Jerome E. Ferrer, declare:

    I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On September 6, 2005, I served the following documents described as

**CIVIL COVER SHEET;**

**SUMMONS**

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES: (1) TRADEMARK COUNTERFEITING (15 U.S.C. §1116(d)(1)(B)); (2) TRADEMARK INFRINGEMENT (15 U.S.C. §1114); (3) FALSE DESIGNATION OF ORIGIN (15 U.S.C. §1125); (4) COMMON LAW UNFAIR COMPETITION; AND (5) MASSACHUSETTS UNFAIR PRACTICES (MASS. GEN. LAW C. 93A); and JURY DEMAND;**

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, LP;**

**PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**AFFIDAVIT OF JIN H. KIM IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**AFFIDAVIT OF NICK KOSTOFF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**AFFIDAVIT OF LISA McPHERSON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**AFFIDAVIT OF MARGIE D. TERRELL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINING ORDER**

    [X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States certified mail (Reg. No. RA463512174US); Global Express Guaranteed (USPS No. 8250592324) at San Francisco, California addressed as set forth below.

**ICL NETWORK SOLUTIONS (HK), LTD.**
1601-1603 Kinwick Centre
32 Hollywood Road
Central, HONG KONG
Tel: (852) 2851-2272
Fax: (852) 2545-0550

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on September 19, 2005.

                                               Jerome E. Ferrer

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®

International Air Waybill

International delivery by FedEx Express


FedEx Express

**Please print and press hard.**
9/6/05
SHANNON SCOTT  Phone 415-434-1600
HOWARD, RICE (LAW OFFICE)
3 EMBARCADERO CTR., 7TH FLOOR
SAN FRANCISCO   State CA
U.S.A.   ZIP Code 94111-4024

Phone 852-2851-2272
ICL NETWORK SOLUTIONS
1601-1603 KINWICK CENTRE
32 HOLLYWOOD CENTRE
CENTRAL, HONG KONG

**3 Shipment Information**  ☒ Documents

Description: (LEGAL) ORDER, SUMMONS, COMPLAINT, MPA, DECLARATIONS, CIVIL COVER, STATEMENT

Total Value for Customs (US $): 0

**4 Required Signature**
Sender's Signature: [signed]

Date In: 9-6-05   Time In: 1600 PM
Delivery Guarantee: 3 Day   PO ZIP (+4) Code: 94126   Employee Initials: JH
Dimensions: 8½  12  1½   Weight: 2 lbs
Postage: $46.00   Insurance Fee: 0   Total Postage & Fees: $46.00
Packaging: ☒ USPS GXG Envelope or Pak
8982 5059 2326

USPS Tracking Number: 8250592324

For tracking visit the USPS Web site at www.usps.com/shipping/trackandconfirm.htm or call 1.800.222.1811.

Sender's Copy



PS Form 3806, Receipt for Registered Mail, May 2004