# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,<br><br>    Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK), LIMITED,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-40153 FDS |

## PROOF OF SERVICE

I, Jerome E. Ferrer, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On September 6, 2005, I served the following documents described as

**CIVIL COVER SHEET;**

**SUMMONS**

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES: (1) TRADEMARK COUNTERFEITING (15 U.S.C. §1116(d)(1)(B)); (2) TRADEMARK INFRINGEMENT (15 U.S.C. §1114); (3) FALSE DESIGNATION OF ORIGIN (15 U.S.C. §1125); (4) COMMON LAW UNFAIR COMPETITION; AND (5) MASSACHUSETTS UNFAIR PRACTICES (MASS. GEN. LAW C. 93A); and JURY DEMAND;**

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, LP;**

**PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**AFFIDAVIT OF JIN H. KIM IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**AFFIDAVIT OF NICK KOSTOFF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**AFFIDAVIT OF LISA McPHERSON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**AFFIDAVIT OF MARGIE D. TERRELL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;**

**ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINING ORDER**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States certified mail (Reg. No. RA463512174US); Global Express Guaranteed (USPS No. 8250592324) at San Francisco, California addressed as set forth below.

**ICL NETWORK SOLUTIONS (HK), LTD.**
1601-1603 Kinwick Centre
32 Hollywood Road
Central, HONG KONG
Tel:  (852) 2851-2272
Fax: (852) 2545-0550

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on September 19, 2005.

                                                  Jerome E. Ferrer


**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®
International Air Waybill

International delivery by FedEx Express


FedEx Express

Please print and press hard.
9/6/05
SHANNON SCOTT   Phone 415-434-1600
HOWARD, RICE (LAW OFFICE)
3 EMBARCADERO CTR., 7TH FLOOR
SAN FRANCISCO   State CA
U.S.A.   ZIP Code 94111-4024

Phone 852-2851-2272
ICL NETWORK SOLUTIONS   Fax (if applicable)
1601-1603 KINWICK CENTRE   Dept./Floor
32 HOLLYWOOD CENTRE
CENTRAL, HONG KONG   State Province
ZIP Code / Postal Code

Recipient's Tax ID number for Customs purposes (if applicable)
RFC/VAT/IN

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3 Shipment Information**  ☒ Documents — Correspondence and printed matter.  ☐ Non-Documents

Description (and harmonized code if known) REQUIRED:
(LEGAL) ORDER, SUMMONS, COMPLAINT, MPA, DECLARATIONS, CIVIL COVER, STATEMENT

Country of Manufacture:
Value for Customs REQUIRED:

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Total Value for Customs (US $): -0-

**4 Required Signature**
Sender's Signature:

Postal Use Only — Date In 9-6-05   Time In 16:00 PM   Delivery Guarantee ☐ 2-Day ☒ 3-Day   PO ZIP (+4) Code 94126   Employee Initials JH

Dimensions in Inches (Non-Document Shipments) 8½ × 12 × 1½   Weight 2 lbs.   Postage $46.00   Insurance Fee -0-   Total Postage & Fees $46.00

Packaging ☒ USPS GXG Envelope or Pak   ☐ Customer Pkg.

8982 5059 2326

PART 158558
Rev. Date 5/04
PRINTED IN U.S.A.
Item 11FGG1 GXG USPS
Version 22 L 5/2004

USPS Tracking Number   8250592324

Sender's Copy

---

PS Form 3806, May 2004 (7530-02-000-9051)
Receipt for Registered Mail
For domestic delivery information, visit our website at www.usps.com ®
Copy 1 - Customer (See Information on Reverse)

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

| TO | FROM |
|---|---|
| ICL NETWORK SOLUTIONS, 1601-1603 KINWICK CENTRE, 32 Hollywood Road, CENTRAL, HongKong, HK Hong Kong | HOWARD RICE, 3 Embarcadero Ctr., 7th Floor, S.F. CA 94111-4024 |

To Be Completed By Post Office

Reg. Fee $7.50
Handling Charge $0.00
Postage $10.85
Return Receipt $0.00
Restricted Delivery $0.00

Customer Must Declare Full Value $0.00
☐ With Postal Insurance
☐ Without Postal Insurance (See Reverse)

Registered No. RA463512174US

Date Stamp 0026
SAN FRANCISCO CA GATEWAY STA 94126 9/06/2005 USPS