UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

HEWLETT-PACKARD COMPANY and )
HEWLETT-PACKARD DEVELOPMENT )
COMPANY, LP, )
             )
        Plaintiffs, )
             ) Civil Action No. 05-40153-FDS
 v.            )
             )
ICL NETWORK SOLUTIONS (HK), LTD, )
             )
        Defendant. )

## AFFIDAVIT OF SIMON J. FRANKEL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Simon J. Frankel, having first been duly sworn, hereby depose and say:

1. I am an attorney-at-law, duly admitted to the practice of law in the State of California. I am a Director in the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin with my office located at Three Embarcadero Center, Suite 700, San Francisco, California, 94111.

2. I make this Affidavit in support of the Motion on behalf of the Plaintiffs to permit me to appear *Pro Hac Vice* as counsel for the Plaintiffs at all proceedings in the above-captioned action.

3. I am a member in good standing of the bar of the State of California. I was first admitted to the bar of the State of California in 1994.

4. I have no grievances pending against me, nor have I ever been reprimanded, suspended, involuntarily placed on inactive status, or disbarred, nor have I ever resigned from the practice of law.

5. I am familiar with the Local Rules of this Court.

6. I am associated in this litigation with Attorney Louis M. Ciavarra of the law firm of Bowditch & Dewey LLP, representing Plaintiffs. Attorney Ciavarra is authorized to practice law in the Commonwealth of Massachusetts and will participate on behalf of Plaintiffs in this litigation.

For the foregoing reasons, I respectfully request that the Court grant the Motion on behalf of the Plaintiffs to have me admitted *Pro Hac Vice* in this matter.

Signed under the pains and penalties of perjury this 13th day of September, 2005.

_____
Simon J. Frankel

# JURAT

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on

this 13th day of September, 20 05,

by Simon J Frankel

personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



ELAINE SALTZBERG
Commission # 1397102
Notary Public - California
San Francisco County
My Comm. Expires Feb 26, 2007

(seal)

Signature Elaine Saltzberg