UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY and <br> HEWLETT-PACKARD DEVELOPMENT <br> COMPANY, LP, <br><br> Plaintiffs, <br><br> v. <br><br> ICL NETWORK SOLUTIONS (HK), LTD, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-40153-FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF JIN H. KIM IN SUPPORT OF
## APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Jin H. Kim, having first been duly sworn, hereby depose and say:

1. I am an attorney-at-law, duly admitted to the practice of law in the State of California. I am an Associate in the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin with my office located at Three Embarcadero Center, Suite 700, San Francisco, California, 94111.

2. I make this Affidavit in support of the Motion on behalf of the Plaintiffs to permit me to appear *Pro Hac Vice* as counsel for the Plaintiffs at all proceedings in the above-captioned action.

3. I am a member in good standing of the bar of the State of California. I was first admitted to the bar of the State of California in 2000.

4. I have no grievances pending against me, nor have I ever been reprimanded, suspended, involuntarily placed on inactive status, or disbarred, nor have I ever resigned from the practice of law.

5. I am familiar with the Local Rules of this Court.

6. I am associated in this litigation with Attorney Louis M. Ciavarra of the law firm of Bowditch & Dewey LLP, representing Plaintiffs. Attorney Ciavarra is authorized to practice law in the Commonwealth of Massachusetts and will participate on behalf of Plaintiffs in this litigation.

For the foregoing reasons, I respectfully request that the Court grant the Motion on behalf of the Plaintiffs to have me admitted *Pro Hac Vice* in this matter.

Signed under the pains and penalties of perjury this 13th day of September, 2005.

_____
Jin H. Kim

# JURAT

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on

this 13th day of September, 2005,

by Jin H. Kim

personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



ELAINE SALTZBERG
Commission # 1397102
Notary Public - California
San Francisco County
My Comm. Expires Feb 26, 2007

(seal)      Signature Elaine Saltzberg