UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, LP,<br><br>           Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK), LTD,<br><br>           Defendant. | Civil Action No. 05-40153-FDS |

## AFFIDAVIT OF SHANNON SCOTT IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Shannon Scott, having first been duly sworn, hereby depose and say:

1. I am an attorney-at-law, duly admitted to the practice of law in the State of California. I am an Associate in the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin with my office located at Three Embarcadero Center, Suite 700, San Francisco, California, 94111.

2. I make this Affidavit in support of the Motion on behalf of the Plaintiffs to permit me to appear *Pro Hac Vice* as counsel for the Plaintiffs at all proceedings in the above-captioned action.

3. I am a member in good standing of the bar of the State of California. I was first admitted to the bar of the State of California in 2004.

4. I have no grievances pending against me, nor have I ever been reprimanded, suspended, involuntarily placed on inactive status, or disbarred, nor have I ever resigned from the practice of law.

5. I am familiar with the Local Rules of this Court.

6. I am associated in this litigation with Attorney Louis M. Ciavarra of the law firm of Bowditch & Dewey LLP, representing Plaintiffs. Attorney Ciavarra is authorized to practice law in the Commonwealth of Massachusetts and will participate on behalf of Plaintiffs in this litigation.

For the foregoing reasons, I respectfully request that the Court grant the Motion on behalf of the Plaintiffs to have me admitted *Pro Hac Vice* in this matter.

Signed under the pains and penalties of perjury this 13th day of September, 2005.

Shannon Scott

# JURAT

State of California

County of ___San Francisco___

Subscribed and sworn to (or affirmed) before me on

this __13th__ day of ____September____ ,20__05__ ,

by ___Shannon Scott___

personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ELAINE SALTZBERG
Commission # 1397102
Notary Public - California
San Francisco County
My Comm. Expires Feb 26, 2007

(seal)   Signature ___Elaine Saltzberg___