IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| ICL NETWORK SOLUTIONS (HK), LIMITED, and C2C TECHNOLOGY, INCORPORATED, | ) ) ) ) | Civil Action No. 05-40153 FDS |
| Defendants. | ) ) ) ) ) ) | |

---

**FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES:
(1) TRADEMARK COUNTERFEITING (15 U.S.C. §1116(d)(1)(B)); (2) TRADEMARK
INFRINGEMENT (15 U.S.C. §1114); (3) FALSE DESIGNATION OF ORIGIN (15 U.S.C.
§1125); (4) COMMON LAW UNFAIR COMPETITION; AND (5) MASSACHUSETTS
UNFAIR PRACTICES (MASS. GEN. LAW C. 93A); and
JURY DEMAND**

---

## FIRST AMENDED COMPLAINT AND APPLICATION FOR
## INJUNCTIVE RELIEF

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P.,

(collectively, "Hewlett-Packard"), for their complaint against Defendants ICL Network Solutions

(HK), Ltd. and C2C Technology, Inc. (collectively, "Defendants") allege as follows:

## INTRODUCTION

1.     Defendants are engaged in the marketing, distribution, and sale of counterfeit

Hewlett-Packard hard drives and miniature gigabit interface converters[1] ("mini-GBICs").

2.     These hard drives and mini-GBICs being sold by the Defendants bear counterfeit

labeling with Hewlett-Packard's federally registered HP, HP logo, HP INVENT logo, and/or HP

INVENT trademarks.  Unless enjoined, Defendants will continue to pass off their counterfeit

goods as coming from or endorsed by Hewlett-Packard, irreparably harming Hewlett-Packard in

the process.

## PARTIES

3.     Hewlett-Packard Company is a Delaware corporation with its principal place of

business in Palo Alto, California.

4.     Hewlett-Packard Development Company, L.P. is a Texas limited partnership with its

principal place of business in Houston, Texas.

5.     On information and belief, Defendant ICL Network Solutions (HK), Ltd. ("ICL") is

a corporation with a principal place of business at 1601-03 Kinwick Centre, 32 Hollywood Road,

Hong Kong.

6.     On information and belief, Defendant C2C Technology, Inc. ("C2C") is a

---

[1] A GBIC is a transceiver that converts serial electric signals to serial optical signals and vice-versa.  A GBIC allows designers to design one type of device that can be adapted for either optical or copper applications.

corporation organized and existing under the laws of the Commonwealth of Massachusetts with

its principal place of business at 106 Carter Street, Leominster, Massachusetts, 01453.

## JURISDICTION AND VENUE

7.    This action arises under the Trademark (Lanham) Act of 1946, as amended, 15

U.S.C. Sections 1051 *et seq.*  This Court has jurisdiction pursuant to 15 U.S.C. Section 1121, 28

U.S.C. Section 1331, 28 U.S.C. Section 1338(a), and 28 U.S.C. Section 1367(a).

8.    Venue is proper in the District of Massachusetts as to Defendants pursuant to 28

U.S.C. Sections 1391(b) and (d) in that the District of Massachusetts is the district where a

substantial part of the events giving rise to the claims occurred and where the property that is the

subject of the action is situated, and in that an alien may be sued in any district.

9.    Venue is also proper in the District of Massachusetts as to C2C pursuant to 28

U.S.C. Section 1391(b) and (c) in that the District of Massachusetts is the district where C2C

resides.

10.    This action arises out of wrongful acts committed by Defendants in this judicial

district which subject Defendants to the personal jurisdiction of this Court.

## HEWLETT-PACKARD'S MARKS

11.    Plaintiff Hewlett-Packard Company is an internationally known company

specializing in computer hardware and software, printers, electronics, and other technical goods.

The company was originally founded in 1939 and now has tens of thousands of employees

worldwide with sales and support offices and distributorships worldwide in more than 100

countries.

12.    Hewlett-Packard owns several United States Trademark Registrations for the marks

HP, HP logo, and HP INVENT logo, including *inter alia*, HP (U.S. Registration No.'s 1116835

and 1840215); HP AND DESIGN (ROUNDED RECTANGLE) (U.S. Registration No.

1842724); and HP INVENT & DESIGN (U.S. Registration No. 2474422).  True and correct

copies of these trademark registrations, (collectively the "HP Marks"), as printed out from the website of the United State Patent and Trademark Office are attached as Exhibit A and incorporated by reference. These marks have been in use for many years, and the HP Marks are famous throughout the world. As the registrant of the above registrations, Hewlett-Packard has the exclusive, nationwide right to use and to license the use of the HP Marks.

13.    For many years, Hewlett-Packard has continuously used the HP Marks in connection with the promotion, advertising, and sale of Hewlett-Packard computer hardware, accessories, and supplies, including computer hard drives and mini-GBICs. Hewlett-Packard has invested a substantial effort over a long period of time, including the expenditure of substantial dollars, to develop goodwill in the HP Marks to cause consumers throughout the United States and the world to recognize these marks as distinctly designating Hewlett-Packard goods and services. Hewlett-Packard also provides its customers with products and services that meet well-known high standards for performance and reliability.

14.    As a result of the lengthy and substantial use of the HP Marks, these marks are extremely strong and widely recognized by computer and printer users and consumers as representing the goods and services offered by Hewlett-Packard. The HP Marks have come to be known by actual and potential customers as marks owned by and associated exclusively with Hewlett-Packard, and as symbolizing the exceptional goods designed, manufactured, distributed, marketed, and sold by or on behalf of Hewlett-Packard. The HP Marks are famous and strong marks, and they have secondary meaning. Due to the high quality of Hewlett-Packard's goods and services, the HP Marks are seen as representative of quality, reliability and consistency, and they have become an extremely valuable asset carrying substantial goodwill.

15.    At all times alleged herein, Hewlett-Packard has provided notice that the HP INVENT logo is registered by displaying it with the letter R enclosed within a circle, thus ®. In addition, on information and belief, Defendants had actual notice that the HP Marks were registered.

## DEFENDANTS' INFRINGING USES

16.    Defendants are marketers, distributors and sellers of, among other items, computer hard drives, memory kits, mini-GBICs, and other computer parts.  In particular, Defendants are marketing, distributing, and selling hard drives and mini-GBICs bearing counterfeit HP Marks.

17.    In June and July 2005, C2C purchased a total of approximately 510 hard drives from ICL, which represented them as genuine Hewlett-Packard hard drives.  In July 2006, these hard drives were shipped from ICL in Hong Kong to C2C in Massachusetts.

18.    In August 2005, Hewlett-Packard learned from a customer of ICL that ICL had offered to sell to that customer in interstate commerce approximately 350 hard drives that ICL represented as being genuine Hewlett-Packard hard drives.  Upon inspection of approximately 205 of these hard drives by a Hewlett-Packard representative, Hewlett-Packard learned that the hard drives were unauthorized counterfeit hard drives bearing the HP Marks.  Hewlett-Packard has confirmed that these hard drives are counterfeit because, among other things, they bear conflicting information and because they are missing covert security features employed by Hewlett-Packard to identify genuine Hewlett-Packard goods.

19.    Upon investigation, HP has learned that these counterfeit hard drives that ICL attempted to sell to the HP customer were part of the larger group originally purchased by C2C from ICL in June and July 2005.   These counterfeit hard drives, over 300 units, are currently being held in Auburn, Massachusetts at the offices of a freight forwarder, Worcester County Air Freight, Inc., pursuant to a Temporary Restraining Order issued by this Court on September 2, 2005.

20.    Hewlett-Packard is informed and believes that separate and apart from the units that are currently being held at the offices of Worcester County Air Freight, Inc.,  C2C has sold in interstate commerce approximately 149 of the purportedly Hewlett-Packard hard drives that it purchased from ICL in June and July 2005.

21.    Hewlett-Packard is informed and believes that in February and June of 2005, C2C also purchased from ICL a total of at least 750 purportedly Hewlett-Packard mini-GBICs.  In

September 2005, a Hewlett-Packard investigator purchased two mini-GBICS from C2C which C2C represented as being new and genuine Hewlett-Packard mini-GBICs. Hewlett-Packard analyzed those two mini-GBICS and found that they were not in fact genuine Hewlett-Packard mini-GBICs.

22.    Hewlett-Packard is informed and believes that the two mini-GBICs purchased by the investigator from C2c were part of the at least 750 purportedly Hewlett-Packard mini-GBICs that C2C purchased from ICL in February and June of 2005.

23.    Defendants are using counterfeit Hewlett-Packard Marks and are using them in an effort to confuse the public and further, to benefit from the fame and success of the Hewlett-Packard Marks. Defendants' use of the Hewlett-Packard Marks in connection with the sale of products not authorized by Hewlett-Packard constitutes the use of counterfeit marks and is likely to cause confusion, mistake or deception as to the source or origin of Defendants' goods in that the public and others are likely to believe that Defendants' goods are provided by, sponsored by, approved by, licensed by, affiliated with or in some other way legitimately connected with Hewlett-Packard, all causing irreparable harm to Hewlett-Packard.

### FIRST CLAIM FOR RELIEF

(Trademark Counterfeiting)

(15 U.S.C. §1116(d)(1)(B))

24.    The allegations of paragraphs 1 through 23 are incorporated herein by reference.

25.    In connection with the marketing and sale of computer hard drives and mini-GBICs, Defendants have used non-genuine HP Marks which are identical or substantially indistinguishable from Hewlett-Packard's registered marks.

26.    The HP Marks are registered on the Principal Register for the same class of goods in connection with which Defendants' counterfeit marks are being used.

27.    Hewlett-Packard's registered marks are currently in use.

28.    At all relevant times alleged herein, Defendants' use of counterfeit copies of the HP

Marks was unauthorized by Hewlett-Packard.

29.    Defendants have intentionally used counterfeits of the HP Marks all the while knowing that the marks were counterfeit because Defendants had no authority to use the HP Marks to identify non-genuine goods.

30.    Defendants intentionally used counterfeits of the HP Marks in connection with the sale and/or offering for sale or distribution of their goods and services, namely in connection with the sale and/or offering for sale or distribution of computer hard drives and mini-GBICs.

31.    Defendants' use of counterfeit copies of HP Marks on their goods and services is likely to cause confusion, mistake or to deceive.

32.    By these acts, Defendants willfully intended to counterfeit Hewlett-Packard's registered trademarks and to trade on the reputation of Hewlett-Packard, the owner of the trademarks.

33.    Because of the conduct of Defendants, Hewlett-Packard has been irreparably harmed in its business.. Hewlett-Packard will continue to suffer irreparable harm unless Defendants are restrained from counterfeiting the HP Marks.

34.    Without injunctive relief, Hewlett-Packard has no means by which to prevent Defendants' infringing conduct, and Hewlett-Packard will continue to be harmed irreparably by the confusion and deception of the public.  No amount of money damages can adequately compensate Hewlett-Packard if it loses the ability to control the use of its trademarks, reputation, and goodwill.  Thus, Hewlett-Packard is entitled to injunctive relief prohibiting Defendants from using the HP Marks in any promotion, advertisement, or sale of computer hard drives, mini-GBICs, and/or related goods or services.

35.    Hewlett-Packard is entitled to recover all profits heretofore realized by Defendants during their use of the infringing HP Marks, as well as Hewlett-Packard's costs in this action pursuant to 15 U.S.C. Section 1117(a).

36.    Defendants' actions have been willful, malicious, and fraudulent with knowledge of the likelihood of confusion and deception and with intent to confuse and deceive, as alleged

above. Therefore, Hewlett-Packard is entitled to recover three times the amount of Defendants'
profits plus Hewlett-Packard's reasonable attorneys' fees pursuant to 15 U.S.C. Section 1117(b).

37.    Alternatively, Hewlett-Packard is entitled at its election to recover statutory damages
pursuant to 15 U.S.C. Section 1117(c).

## SECOND CLAIM FOR RELIEF

(Infringement of Registered Mark)

(15 U.S.C. §1114)

38.    The allegations of paragraphs 1 through 37 are incorporated herein by reference.

39.    Hewlett-Packard's registered HP Marks are inherently distinctive and have acquired
secondary meaning. Purchasers associate the HP Marks only with Hewlett-Packard products.
This is a result both of the trademarks' inherent distinctiveness and of extensive advertising and
sales throughout the United States of goods and services bearing the HP Marks.

40.    Because of Defendants' infringement, Hewlett-Packard has been irreparably harmed
in its business. Hewlett-Packard will continue to suffer irreparable harm unless Defendants are
restrained from infringing the HP Marks.

41.    Without injunctive relief, Hewlett-Packard has no means by which to prevent
Defendants' infringing conduct, and Hewlett-Packard will continue to be harmed irreparably by
the confusion and deception of the public. No amount of money damages can adequately
compensate Hewlett-Packard if it loses the ability to control the use of its trademarks, reputation,
and goodwill. Thus, Hewlett-Packard is entitled to injunctive relief prohibiting Defendants from
using the HP Marks in any promotion, advertisement or sale of computer hard drives and/or
other related goods or services.

42.    Hewlett-Packard is entitled to recover all profits heretofore realized by Defendants
during their use of the infringing HP Marks, as well as Hewlett-Packard's costs in this action
pursuant to 15 U.S.C. Section 1117(a).

43.    Defendants' actions have been willful, malicious and fraudulent with knowledge of

the likelihood of confusion and deception and with intent to confuse and deceive, as alleged above. Therefore, Hewlett-Packard is entitled to recover three times the amount of Defendants' profits plus Hewlett-Packard's reasonable attorneys' fees pursuant to 15 U.S.C. Section 1117(b).

44.    Alternatively, Hewlett-Packard is entitled at its election to recover statutory damages pursuant to 15 U.S.C. Section 1117(c).

<u>THIRD CLAIM FOR RELIEF</u>

(Unfair Competition and False Designation of Origin)

(15 U.S.C. §1125(a))

45.    The allegations of paragraphs 1 through 44 are incorporated herein by reference.

46.    By reason of Defendants' acts complained of herein, Defendants have intentionally engaged in conduct that constitutes a false designation of origin, a false or misleading description of fact, and a false or misleading representation of fact tending wrongfully and falsely to describe or represent a connection or affiliation between Hewlett-Packard's goods and services and Defendants' goods and services in violation of 15 U.S.C. Section 1125(a). Customers are likely to be confused by Defendants' use of such false designations of origin, and false descriptions or representations regarding Hewlett-Packard's goods and services and Defendants' goods and services.

47.    Without injunctive relief, Hewlett-Packard has no means by which to prevent Defendants' infringing conduct, and Hewlett-Packard will continue to be harmed irreparably by the confusion and deception of the public. No amount of money damages can adequately compensate Hewlett-Packard if it loses the ability to control the use of its trademarks, reputation and goodwill. Thus, Hewlett-Packard is entitled to injunctive relief prohibiting Defendants from using the HP Marks in any promotion, advertisement or sale of any computer hard drives, mini-GBICs, and/or other related goods or services.

48.    Hewlett-Packard is entitled to recover all profits heretofore realized by Defendants during their use of the infringing HP Marks, as well as Hewlett-Packard's costs in this action

pursuant to 15 U.S.C. Section 1117(a).

49.    Defendants' actions have been willful, malicious, and fraudulent with knowledge of the likelihood of confusion and deception and with intent to confuse and deceive, as alleged above. Therefore, Hewlett-Packard is entitled to recover three times the amount of Defendants' profits plus Hewlett-Packard's reasonable attorneys' fees pursuant to 15 U.S.C. Section 1117(b).

50.    Alternatively, Hewlett-Packard is entitled at its election to recover statutory damages pursuant to 15 U.S.C. Section 1117(c).


## FOURTH CLAIM FOR RELIEF
### (Common Law Unfair Competition)

51.    The allegations of paragraphs 1 through 50 are incorporated herein by reference.

52.    In addition to its rights under the Lanham Act as set forth above, Hewlett-Packard has, with respect to its products and services, valid common law rights in the HP Marks.

53.    Hewlett-Packard's registered HP Marks are inherently distinctive and have acquired secondary meaning. Purchasers associate the HP Marks only with Hewlett-Packard products. This is a result both of the trademarks' inherent distinctiveness and of extensive advertising and sales throughout the United States of goods and services bearing the HP Marks.

54.    Defendants' use of the HP Marks is in violation and derogation of Hewlett-Packard's common law rights and is likely to cause confusion, mistake, and deception among customers and the public as to the source, origin, sponsorship, affiliation or quality of their goods and services, thereby causing loss, damage, and injury to Hewlett-Packard and to the purchasing public. Defendants knew, or in the exercise of reasonable care should have known, that their conduct was likely to so mislead the public.

55.    The foregoing conduct by Defendants has been knowing, deliberate, willful, intended to cause mistake or to deceive, and in disregard of Hewlett-Packard's rights.

56.    Defendants' wrongful acts, as alleged above, have permitted or will permit them to make substantial sales and profits on the strength of Hewlett-Packard's nationwide and

international marketing, advertising, sales, and customer recognition.

57.    As a direct and proximate result of Defendants' wrongful conduct, as alleged above, Hewlett-Packard has been and will be deprived of substantial sales in an amount as yet unknown but to be proved at trial, and has been and will be deprived of the value of its names and marks as commercial assets in an amount as yet unknown but to be determined at trial.

58.    Hewlett-Packard has no adequate remedy at law for, and is being irreparably harmed by, Defendants' continuing violation of it rights as set forth above, and such harm will continue unless Defendants are enjoined by this Court.

## FIFTH CLAIM FOR RELIEF

Unfair Practices and Deceptive Acts

(Mass. Gen. Law. c. 93A)

59.    The allegations of paragraphs 1 through 58 are incorporated herein by reference.

60.    Defendants, by use of counterfeit copies of the HP Marks in advertising, selling and distributing hard drives and mini-GBICs so that these goods appear to have value because of source or authorship that these goods do not have, are defrauding purchasers into believing these goods are genuine Hewlett-Packard products.

61.    Defendants' wrongful acts as alleged above have permitted or will permit them to make substantial sales and profits on the strength of Hewlett-Packard's statewide, national, and international marking, advertising, sales, and customer recognition.  Such acts constitute unfair practices and deceptive acts in violation and derogation of Massachusetts General Law chapter 93A section 2.

62.    All conditions precedent to Hewlett-Packard's rights to bring this action and to obtain the relief requested herein have occurred.

WHEREFORE, Hewlett-Packard prays for relief as follows:

1.     That Defendants be adjudged to have willfully and deliberately sold and distributed goods bearing counterfeit copies of Hewlett-Packard's registered HP Marks, in violation of federal law;

2.     That Defendants be adjudged to have willfully and deliberately infringed Hewlett-Packard's registered HP Marks, in violation of federal law;

3.     That Defendants be adjudged to have competed unfairly with Hewlett-Packard by their use of counterfeit copies of the HP Marks, in violation of federal law;

4.     That Defendants be adjudged to have competed unfairly with Hewlett-Packard by their use of counterfeit copies of the HP Marks, in violation of state law;

5.     That Defendants and their officers, agents, owners, employees, confederates, attorneys and any persons in active concert or participation with them be temporarily, preliminarily, and permanently enjoined and restrained from:

a.     Using the HP Marks, or any other mark including any reproduction, counterfeit, copy or colorable imitation of said marks, in connection with the advertising, manufacturing, offering for sale, distribution or sale of computer hard drives, mini-GBICs and/or any other goods that are not authorized by Hewlett-Packard.

b.     Using the HP Marks, or any other mark including any reproduction, counterfeit, copy or colorable imitation of said marks in any manner likely to cause others to believe that any of Defendants' non-genuine goods are made by, distributed by, associated or connected with Hewlett-Packard's goods or services.

c.     Passing off, inducing or enabling others to sell or pass off any computer hard drives, mini-GBICs, and/or other goods which are not authorized by Hewlett-Packard as Hewlett-Packard goods.

d.     Committing any other acts calculated to cause actual or potential purchasers to believe that Hewlett-Packard is the source or sponsor of Defendants' goods.

e.     Shipping, delivering, printing, ordering, importing, distributing, returning, transferring, destroying, or otherwise moving or disposing of in any manner such computer hard

drives, mini-GBICs, and/or other goods, packaging or other material falsely bearing or intended to bear the HP Marks or any reproduction, counterfeit, copy, or colorable imitation of the same.

      f.    Assisting, aiding, or abetting any supplier, distributor or any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs a through e.

6.    That Defendants be ordered to deliver up and destroy all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of the Defendants, bearing the registered marks or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same pursuant to 15 U.S.C. Section 1118;

7.    That Defendants be ordered to advise Hewlett-Packard of the identity of all customers, suppliers, distributors, and manufacturers of Defendants' hard drives and mini-GBICs using counterfeit copies of the HP Marks, and the number of such non-genuine goods that have been sold, supplied, distributed, or manufactured, and to deliver to Hewlett-Packard all records of purchases, manufacturing, and sales of non-genuine goods bearing the HP Marks;

8.    For an award of all profits heretofore realized by Defendants during their use of the infringing marks pursuant to 15 U.S.C. Section 1117(a);

9.    For an award of three times the amount of Defendants' profits and Hewlett-Packard's reasonable attorneys' fees pursuant to 15 U.S.C. Section 1117(b);

10.    For an award in the alternative, if Hewlett-Packard so elects, of statutory damages pursuant to 15 U.S.C. Section 1117(c);

11.    For an award of costs; and

12.    For all other relief the Court deems just and proper.

Dated:  September 21, 2005

Respectfully submitted,

LOUIS M. CIAVARRA (BBO#546481)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
Telephone:  (508) 926-3408
Facsimile:  (508) 929-3011

MARTIN R. GLICK
SIMON J. FRANKEL
JIN KIM
SHANNON SCOTT
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111
Telephone:  (415) 434-1600
Facsimile:  (415) 217-5910

By: _____
     Louis M. Ciavarra

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY, and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(a) of the Federal Rules of Civil Procedure, Plaintiffs demand trial by jury of all issues properly triable of right by a jury.

Dated:  September *21*, 2005

Respectfully submitted,

LOUIS M. CIAVARRA (BBO#546481)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
Telephone:  (508) 926-3408
Facsimile:  (508) 929-3011

MARTIN R. GLICK
SIMON J. FRANKEL
JIN KIM
SHANNON SCOTT
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111
Telephone:  (415) 434-1600
Facsimile:  (415) 217-5910

By: _____
     Louis M. Ciavarra

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY, and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

EXHIBIT A

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 5 06:35:04 EDT 2005*

██████ ████ █████ ██████ █████ ████ ██

████ Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

████████ **(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)**

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | HP |
| **Goods and Services** | IC 009. US 021 026 038. G & S: COMPUTERS, CALCULATORS AND OTHER DATA HANDLING AND PROCESSING APPARATUS; PROGRAMS FOR COMPUTERS AND CALCULATORS; MAGNETIC CARDS, TAPES AND DISCS; VIDEO AND AUDIO RECORDINGS; PHOTOGRAPHIC CAMERAS FOR USE WITH OSCILLOSCOPES; ELECTRICAL, ELECTRONIC, OPTICAL, SIGNALLING AND MEASURING APPARTUS, COMPONENTS AND INSTRUMENTS AND SEMICONDUCTOR DEVICES. FIRST USE: 19410100. FIRST USE IN COMMERCE: 19410100 |
| | IC 010. US 044. G & S: MEDICAL INSTRUMENTS AND APPARATUS USED FOR RESEARCH, DIAGNOSTIC OR THERAPEUTIC PURPOSES-NAMELY, MONITORING, RECORDING, CARDIOVASCULAR, CARDIOGRAPHIC, HEART STIMULATING, RESUSCITATING, RESPIRATORY, PERINATAL, NEONATAL AND DIAGNOSTIC RADIOLOGICAL INSTRUMENTS AND SYSTEMS. FIRST USE: 19660422. FIRST USE IN COMMERCE: 19660526 |
| | IC 014. US 027. G & S: TIMEPIECES-NAMELY, CLOCKS. FIRST USE: 19571009. FIRST USE IN COMMERCE: 19571009 |
| | IC 016. US 037 038. G & S: NEWSLETTER AND TECHNICAL PERIODICALS, PAMPHLETS AND BOOKS, CATALOGS, REPRINTS OF ARTICLES, DATA SHEETS, PRODUCT AND SYSTEM APPLICATION NOTES, TECHNICAL BULLETINS, PENS FOR RECORDING APPARATUS, CHART AND RECORDING PAPERS, AND PRODUCT AND SYSTEM OPERATING AND SERVICE MANUALS, ALL OF SAID GOODS RELATING TO ELECTRICAL, MEASURING, SCIENTIFIC, COMPUTING AND MEDICAL EQUIPMENT [ AND STATIONERY-NAMELY, BOND PAPER HAVING A SPECIFIC WATERMARK ]. FIRST USE: 19410500. FIRST USE IN COMMERCE: 19410500 |
| | IC 037. US 103. G & S: CALIBRATION, MAINTENANCE, INSTALLATION, AND REPAIR OF ELECTRONIC, DATA PROCESSING, MEDICAL AND ANALYTICAL EQUIPMENT. FIRST USE: 19431100. FIRST USE IN COMMERCE: 19431100 |
| | IC 041. US 107. G & S: PRODUCTION OF VIDEO AND AUDIO RECORDINGS FOR OTHERS; SEMINARS AND TRAINING COURSES IN THE FIELDS OF SCIENCE, ENGINEERING, HEALTH CARE AND BUSINESS. FIRST USE: 19490900. FIRST USE IN COMMERCE: 19490900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73112899 |
| **Filing Date** | January 24, 1977 |
| **Current Filing** | 1A |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=nq96l6.2.1

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Basis** | |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1116835 |
| **Registration Date** | April 24, 1979 |
| **Owner** | (REGISTRANT) HEWLETT-PACKARD COMPANY CORPORATION CALIFORNIA 1501 PAGE MILL ROAD PALO ALTO CALIFORNIA 94304 |
| | (LAST LISTED OWNER) HEWLETT-PACKARD COMPANY CORPORATION BY MERGER WITH DELAWARE 3000 HANOVER STREET PALO ALTO CALIFORNIA 94304 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19990610 |
| **Live/Dead Indicator** | LIVE |

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=nq96l6.2.1

5/5/2005

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-05-05 15:41:58 ET

Serial Number: 73112899 Assignment Information

Registration Number: 1116835 Assignment Information

Mark (words only): HP

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 1999-06-10

Filing Date: 1977-01-24

Transformed into a National Application: No

Registration Date: 1979-04-24

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-03-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. HEWLETT-PACKARD COMPANY

Address:
HEWLETT-PACKARD COMPANY
3000 HANOVER STREET
PALO ALTO, CA 94304
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 009
COMPUTERS, CALCULATORS AND OTHER DATA HANDLING AND PROCESSING APPARATUS;
PROGRAMS FOR COMPUTERS AND CALCULATORS; MAGNETIC CARDS, TAPES AND DISCS; VIDEO AND
AUDIO RECORDINGS; PHOTOGRAPHIC CAMERAS FOR USE WITH OSCILLOSCOPES; ELECTRICAL,
ELECTRONIC, OPTICAL, SIGNALLING AND MEASURING APPARTUS, COMPONENTS AND INSTRUMENTS

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=73112899

5/5/2005

AND SEMICONDUCTOR DEVICES
First Use Date: 1941-01-00
First Use in Commerce Date: 1941-01-00

Basis: 1(a)

International Class: 010
MEDICAL INSTRUMENTS AND APPARATUS USED FOR RESEARCH, DIAGNOSTIC OR THERAPEUTIC
PURPOSES-NAMELY, MONITORING, RECORDING, CARDIOVASCULAR, CARDIOGRAPHIC, HEART
STIMULATING, RESUSCITATING, RESPIRATORY, PERINATAL, NEONATAL AND DIAGNOSTIC
RADIOLOGICAL INSTRUMENTS AND SYSTEMS
First Use Date: 1966-04-22
First Use in Commerce Date: 1966-05-26

Basis: 1(a)

International Class: 014
TIMEPIECES-NAMELY, CLOCKS
First Use Date: 1957-10-09
First Use in Commerce Date: 1957-10-09

Basis: 1(a)

International Class: 016
NEWSLETTER AND TECHNICAL PERIODICALS, PAMPHLETS AND BOOKS, CATALOGS, REPRINTS OF
ARTICLES, DATA SHEETS, PRODUCT AND SYSTEM APPLICATION NOTES, TECHNICAL BULLETINS,
PENS FOR RECORDING APPARATUS, CHART AND RECORDING PAPERS, AND PRODUCT AND SYSTEM
OPERATING AND SERVICE MANUALS, ALL OF SAID GOODS RELATING TO ELECTRICAL, MEASURING,
SCIENTIFIC, COMPUTING AND MEDICAL EQUIPMENT
First Use Date: 1941-05-00
First Use in Commerce Date: 1941-05-00

Basis: 1(a)

International Class: 037
CALIBRATION, MAINTENANCE, INSTALLATION, AND REPAIR OF ELECTRONIC, DATA PROCESSING,
MEDICAL AND ANALYTICAL EQUIPMENT
First Use Date: 1943-11-00
First Use in Commerce Date: 1943-11-00

Basis: 1(a)

International Class: 041
PRODUCTION OF VIDEO AND AUDIO RECORDINGS FOR OTHERS; SEMINARS AND TRAINING COURSES
IN THE FIELDS OF SCIENCE, ENGINEERING, HEALTH CARE AND BUSINESS
First Use Date: 1949-09-00
First Use in Commerce Date: 1949-09-00

Basis: 1(a)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

Latest Status Info

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-03-18 - TEAS Change of Correspondence Received

1999-06-10 - First renewal 10 year

1999-04-23 - Section 9 filed/check record for Section 8

1985-07-24 - Section 8 (6-year) accepted & Section 15 acknowledged

1985-04-01 - Section 8 (6-year) and Section 15 Filed

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Hewlett-Packard Company
Attention: Malia Abril
3000 Hanover Street, ms 1051
Palo Alto California (CA) 94304 United S

Phone Number: 650.857.5144
Fax Number: 650.813.3095

---

Trademark Electronic Search System (TESS)                                    Page 1 of 2

  **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks ▸ Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)
*TESS was last updated on Thu May 5 06:35:04 EDT 2005*

██████████████████████████████████████████████████████████████████

████ Please logout when you are done to release system resources allocated for you.

████ List At: [_____] OR ████ to record: [_____]  **Record 16 out of 16**

████████ *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | HP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor[; electronic test and measurement systems and parts therefor]; semiconductors; facsimile machines; [analytical instruments and parts therefor]. FIRST USE: 19410101. FIRST USE IN COMMERCE: 19410101 |
| | IC 010. US 044. G & S: house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment. FIRST USE: 19650401. FIRST USE IN COMMERCE: 19650401 |
| | IC 002. US 011. G & S: toner cartridges. FIRST USE: 19410101. FIRST USE IN COMMERCE: 19410101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74328037 |
| **Filing Date** | November 3, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 29, 1994 |
| **Registration Number** | 1840215 |
| **Registration Date** | June 21, 1994 |
| **Owner** | (REGISTRANT) Hewlett-Packard Company CORPORATION CALIFORNIA 3000 Hanover Street Palo Alto CALIFORNIA 94304 |
| | (LAST LISTED OWNER) Hewlett-Packard Development Company, L.P. Composed of HPQ HOLDINGS INC, A DELAWARE CORPORATION LIMITED PARTNERSHIP TEXAS 20555 State Highway 249 Houston TEXAS 77070 |
| **Assignment** | ASSIGNMENT RECORDED |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Recorded** | |
| **Attorney of Record** | James F. Struthers |
| **Prior Registrations** | 1116835 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040807. |
| **Renewal** | 1ST RENEWAL 20040807 |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Latest Status Info

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2005-05-05 15:42:30 ET

Serial Number: 74328037 <u>Assignment Information</u>

Registration Number: 1840215 <u>Assignment Information</u>

Mark (words only): HP

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-08-07

Filing Date: 1992-11-03

Transformed into a National Application: No

Registration Date: 1994-06-21

Register: Principal

Law Office Assigned: LAW OFFICE 6

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-08-11

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Hewlett-Packard Development Company, L.P.

**Composed Of:**
Composed of HPQ HOLDINGS INC, A DELAWARE CORPORATION
**Address:**
Hewlett-Packard Development Company, L.P.
20555 State Highway 249
Houston, TX 77070
United States
**Legal Entity Type:** Limited Partnership
**State or Country Where Organized:** Texas

---

## GOODS AND/OR SERVICES

**International Class:** 002
toner cartridges
**First Use Date:** 1941-01-01

---

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328037

5/5/2005

Latest Status Info

**First Use in Commerce Date:** 1941-01-01

**Basis:** 1(a)

**International Class:** 009
house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor semiconductors; facsimile machines;
**First Use Date:** 1941-01-01
**First Use in Commerce Date:** 1941-01-01

**Basis:** 1(a)

**International Class:** 010
house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment
**First Use Date:** 1965-04-01
**First Use in Commerce Date:** 1965-04-01

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1116835

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-03-18 - TEAS Change of Correspondence Received

2004-08-07 - First renewal 10 year

2004-08-07 - Section 8 (10-year) accepted/ Section 9 granted

2004-05-14 - Combined Section 8 (10-year)/Section 9 filed

2004-05-13 - Combined Section 8 (10-year)/Section 9 filed

2004-05-14 - TEAS Section 8 & 9 Received

2004-05-13 - TEAS Section 8 & 15 Received

2000-04-21 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-06-23 - Section 8 (6-year) and Section 15 Filed

1994-06-21 - Registered - Principal Register

1994-03-29 - Published for opposition

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328037

5/5/2005

Latest Status Info

1994-02-25 - Notice of publication

1993-11-03 - Approved for Pub - Principal Register (Initial exam)

1993-10-28 - Examiner's amendment mailed

1993-09-16 - Communication received from applicant

1993-09-29 - Non-final action mailed

1993-07-15 - Communication received from applicant

1993-02-10 - Non-final action mailed

1993-01-27 - Case file assigned to examining attorney

1993-01-25 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
James F. Struthers (Attorney of record)

Hewlett-Packard Company
Attention: Malia Abril
3000 Hanover Street, ms 1051
Palo Alto California (CA) 94304 United S

**Phone Number:** 650.857.5144
**Fax Number:** 650.813.3095

---

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)
*TESS was last updated on Thu May 5 06:35:04 EDT 2005*

██████████████████████████████████████████████████████████████

████ Please logout when you are done to release system resources allocated for you.

████ List At: [_____] OR ████ to record: [_____] **Record 15 out of 15**

████████ **(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)**



| | |
|---|---|
| **Word Mark** | HP |
| **Goods and Services** | IC 009. US 026 038. G & S: house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor. FIRST USE: 19800101. USED IN ANOTHER FORM First used in another form on January 1, 1941. FIRST USE IN COMMERCE: 19800101<br><br>IC 010. US 044. G & S: house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment. FIRST USE: 19800101. USED IN ANOTHER FORM First used in another form on May 27, 1966. FIRST USE IN COMMERCE: 19800101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260101 261121 |
| **Serial Number** | 74328107 |
| **Filing Date** | November 3, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 12, 1994 |
| **Registration Number** | 1842724 |
| **Registration Date** | July 5, 1994 |

Trademark Electronic Search System (TESS)                                                    Page 2 of 2

| | |
|---|---|
| Owner | (REGISTRANT) Hewlett-Packard Company CORPORATION CALIFORNIA 3000 Hanover Street Palo Alto CALIFORNIA 94304 |
| | (LAST LISTED OWNER) HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. LIMITED PARTNERSHIP TEXAS 20555 STATE HIGHWAY 249 HOUSTON TEXAS 77070 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | JAMES F. STRUTHERS |
| Prior Registrations | 0614803;0862308;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040726. |
| Renewal | 1ST RENEWAL 20040726 |
| Live/Dead Indicator | LIVE |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=nq96l6.4.15

5/5/2005

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-05-05 15:43:02 ET

Serial Number: 74328107 Assignment Information

Registration Number: 1842724 Assignment Information

Mark



(words only): HP

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-07-26

Filing Date: 1992-11-03

Transformed into a National Application: No

Registration Date: 1994-07-05

Register: Principal

Law Office Assigned: LAW OFFICE 6

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-07-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

Address:
HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.
20555 STATE HIGHWAY 249
HOUSTON, TX 77070
United States
Legal Entity Type: Limited Partnership

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328107

Latest Status Info

**State or Country Where Organized:** Texas

## GOODS AND/OR SERVICES

**International Class: 009**
house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor
**First Use Date:** 1980-01-01
**First Use in Commerce Date:** 1980-01-01

**Used Anywhere in Another Form:** First used in another form on January 1, 1941

**Used in Commerce in Another Form:** First used in commerce in another form on January 1, 1941

**Basis:** 1(a)

**International Class: 010**
house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment
**First Use Date:** 1980-01-01
**First Use in Commerce Date:** 1980-01-01

**Used Anywhere in Another Form:** First used in another form on May 27, 1966

**Used in Commerce in Another Form:** First used in commerce in another form on May 27, 1966

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
614803
862308

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-03-18 - TEAS Change of Correspondence Received

2004-07-26 - First renewal 10 year

2004-07-26 - Section 8 (10-year) accepted/ Section 9 granted

2004-05-14 - Combined Section 8 (10-year)/Section 9 filed

2004-05-14 - TEAS Section 8 & 9 Received

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328107

5/5/2005

**Latest Status Info**

1999-10-29 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-07-12 - Section 8 (6-year) and Section 15 Filed

1994-07-05 - Registered - Principal Register

1994-04-12 - Published for opposition

1994-03-11 - Notice of publication

1993-11-03 - Approved for Pub - Principal Register (Initial exam)

1993-10-28 - Examiner's amendment mailed

1993-08-18 - Communication received from applicant

1993-02-18 - Non-final action mailed

1993-01-27 - Case file assigned to examining attorney

1993-01-25 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
JAMES F. STRUTHERS (Attorney of record)

Hewlett-Packard Company
Attention: Malia Abril
3000 Hanover Street, ms 1051
Palo Alto California (CA) 94304 United S

**Phone Number:** 650.857.5144
**Fax Number:** 650.813.3095

---

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328107

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

Page 1 of 2

## Trademark Electronic Search System(Tess)

TESS was last updated on Thu May 5 06:35:04 EDT 2005

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓ Please logout when you are done to release system resources allocated for you.

▓▓ List At: [＿＿＿] OR ▓▓ to record: [＿＿＿]  **Record 5 out of 5**

▓▓▓▓ (TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)



i n v e n t

| | |
|---|---|
| **Word Mark** | HP INVENT |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: HOUSE MARK FOR COMPUTERS, COMPUTER SOFTWARE, DATA PROCESSING AND DATA STORAGE SYSTEMS AND PARTS THEREFOR; PRINTERS AND PARTS THEREFOR; ELECTRONIC TEST AND MEASUREMENT SYSTEMS AND PARTS THEREFOR; SEMICONDUCTORS; FACSIMILE MACHINES; ANALYTICAL INSTRUMENTS AND PARTS THEREFOR. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115 |
| | IC 042. US 100 101. G & S: Support services for computer products, network planning and management services, computer programming services, design of computation systems, rental and leasing services for computer products. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115 |
| | IC 035. US 100 101 102. G & S: RETAIL MAIL AND TELEPHONE ORDER SERVICES FOR DATA PROCESSING AND CALCULATING PRODUCTS. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260104 261120 261121 |
| **Serial Number** | 75846674 |
| **Filing Date** | November 12, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 4, 2000 |
| **Registration** | |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=nq96l6.6.5

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2005-05-05 15:43:54 ET**

**Serial Number:** 75846674 Assignment Information

**Registration Number:** 2474422 Assignment Information

**Mark**



**(words only):** HP INVENT

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-07-31

**Filing Date:** 1999-11-12

**Transformed into a National Application:** No

**Registration Date:** 2001-07-31

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-03-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Hewlett-Packard Company

**Address:**
Hewlett-Packard Company
3000 Hanover Street
Palo Alto, CA 94304
United States
**Legal Entity Type:** Corporation

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75846674

Latest Status Info

**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
HOUSE MARK FOR COMPUTERS, COMPUTER SOFTWARE, DATA PROCESSING AND DATA STORAGE SYSTEMS AND PARTS THEREFOR; PRINTERS AND PARTS THEREFOR; ELECTRONIC TEST AND MEASUREMENT SYSTEMS AND PARTS THEREFOR; SEMICONDUCTORS; FACSIMILE MACHINES; ANALYTICAL INSTRUMENTS AND PARTS THEREFOR
**First Use Date:** 1999-11-15
**First Use in Commerce Date:** 1999-11-15

**Basis:** 1(a)

**International Class:** 035
RETAIL MAIL AND TELEPHONE ORDER SERVICES FOR DATA PROCESSING AND CALCULATING PRODUCTS
**First Use Date:** 1999-11-15
**First Use in Commerce Date:** 1999-11-15

**Basis:** 1(a)

**International Class:** 042
Support services for computer products, network planning and management services, computer programming services, design of computation systems, rental and leasing services for computer products
**First Use Date:** 1999-11-15
**First Use in Commerce Date:** 1999-11-15

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
614803
850251
1842724

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-03-21 - TEAS Change of Correspondence Received

2001-07-31 - Registered - Principal Register

2001-04-27 - Allowed for Registration - Principal Register (SOU accepted)

2001-03-29 - Statement of use processing complete

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75846674

Latest Status Info

2001-02-05 - Amendment to Use filed

2000-09-26 - Notice of allowance - mailed

2000-07-04 - Published for opposition

2000-06-02 - Notice of publication

2000-04-18 - Approved for Pub - Principal Register (Initial exam)

2000-04-10 - Examiner's amendment mailed

2000-04-04 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
John Tiedge (Attorney of record)

Hewlett-Packard Company
Attention: Malia Abril
3000 Hanover Street, ms 1051
Palo Alato California (CA) 94304 United

**Phone Number:** 650.857.5144
**Fax Number:** 650.813.3095

---

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75846674

5/5/2005

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-05-05 15:42:30 ET

Serial Number: 74328037 Assignment Information

Registration Number: 1840215 Assignment Information

Mark (words only): HP

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-08-07

Filing Date: 1992-11-03

Transformed into a National Application: No

Registration Date: 1994-06-21

Register: Principal

Law Office Assigned: LAW OFFICE 6

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-08-11

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Hewlett-Packard Development Company, L.P.

Composed Of:
Composed of HPQ HOLDINGS INC. A DELAWARE CORPORATION
Address:
Hewlett-Packard Development Company, L.P.
20555 State Highway 249
Houston, TX 77070
United States
Legal Entity Type: Limited Partnership
State or Country Where Organized: Texas

---

## GOODS AND/OR SERVICES

International Class: 002
toner cartridges
First Use Date: 1941-01-01

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328037

Latest Status Info

**First Use in Commerce Date:** 1941-01-01

**Basis:** 1(a)

**International Class:** 009
house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor semiconductors; facsimile machines;
**First Use Date:** 1941-01-01
**First Use in Commerce Date:** 1941-01-01

**Basis:** 1(a)

**International Class:** 010
house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment
**First Use Date:** 1965-04-01
**First Use in Commerce Date:** 1965-04-01

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1116835

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-03-18 – TEAS Change of Correspondence Received

2004-08-07 - First renewal 10 year

2004-08-07 - Section 8 (10-year) accepted/ Section 9 granted

2004-05-14 – Combined Section 8 (10-year)/Section 9 filed

2004-05-13 - Combined Section 8 (10-year)/Section 9 filed

2004-05-14 - TEAS Section 8 & 9 Received

2004-05-13 - TEAS Section 8 & 15 Received

2000-04-21 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-06-23 - Section 8 (6-year) and Section 15 Filed

1994-06-21 - Registered - Principal Register

1994-03-29 - Published for opposition

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328037

**Latest Status Info**

1994-02-25 - Notice of publication

1993-11-03 - Approved for Pub - Principal Register (Initial exam)

1993-10-28 - Examiner's amendment mailed

1993-09-16 - Communication received from applicant

1993-09-29 - Non-final action mailed

1993-07-15 - Communication received from applicant

1993-02-10 - Non-final action mailed

1993-01-27 - Case file assigned to examining attorney

1993-01-25 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
James F. Struthers (Attorney of record)

Hewlett-Packard Company
Attention: Malia Abril
3000 Hanover Street, ms 1051
Palo Alto California (CA) 94304 United S

**Phone Number:** 650.857.5144
**Fax Number:** 650.813.3095

---

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home| Site Index| Search |FAQ| Glossary |Guides| Contacts | eBusiness | eBiz alerts | News | Help

Trademarks › Trademark Electronic Search System (TESS)

Page 1 of 2

## Trademark Electronic Search System(Tess)
*TESS was last updated on Thu May 5 06:35:04 EDT 2005*

[ █████████████████████████████████████████████████ ]

████ Please logout when you are done to release system resources allocated for you.

████ List At: [          ]  OR  ████ to record: [          ]  **Record 15 out of 15**

████ *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | HP |
| **Goods and Services** | IC 009. US 026 036. G & S: house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor. FIRST USE: 19800101. USED IN ANOTHER FORM First used in another form on January 1, 1941. FIRST USE IN COMMERCE: 19800101<br><br>IC 010. US 044. G & S: house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment. FIRST USE: 19800101. USED IN ANOTHER FORM First used in another form on May 27, 1966. FIRST USE IN COMMERCE: 19800101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260101 261121 |
| **Serial Number** | 74328107 |
| **Filing Date** | November 3, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 12, 1994 |
| **Registration Number** | 1842724 |
| **Registration Date** | July 5, 1994 |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=nq96l6.4.15

5/5/2005

Trademark Electronic Search System (TESS)

| | |
|---|---|
| Owner | **(REGISTRANT)** Hewlett-Packard Company CORPORATION CALIFORNIA 3000 Hanover Street Palo Alto CALIFORNIA 94304 |
| | **(LAST LISTED OWNER)** HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. LIMITED PARTNERSHIP TEXAS 20555 STATE HIGHWAY 249 HOUSTON TEXAS 77070 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | JAMES F. STRUTHERS |
| Prior Registrations | 0614803;0862308;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040726. |
| Renewal | 1ST RENEWAL 20040726 |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

**Latest Status Info**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2005-05-05 15:43:02 ET**

Serial Number: 74328107 Assignment Information

Registration Number: 1842724 Assignment Information

Mark



(words only): HP

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-07-26

Filing Date: 1992-11-03

Transformed into a National Application: No

Registration Date: 1994-07-05

Register: Principal

Law Office Assigned: LAW OFFICE 6

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-07-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

Address:
HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.
20555 STATE HIGHWAY 249
HOUSTON, TX 77070
United States
Legal Entity Type: Limited Partnership

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328107

5/5/2005

Latest Status Info

**State or Country Where Organized:** Texas

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
house mark for computers, computer software, data processing and data storage systems and parts therefor; printers and parts therefor; electronic test and measurement systems and parts therefor; semiconductors; facsimile machines; analytical instruments and parts therefor
**First Use Date:** 1980-01-01
**First Use in Commerce Date:** 1980-01-01

**Used Anywhere in Another Form:** First used in another form on January 1, 1941

**Used in Commerce in Another Form:** First used in commerce in another form on January 1, 1941

**Basis:** 1(a)

**International Class:** 010
house mark for medical equipment; namely, ultrasound imaging devices; cardiovascular, cardiographic, respiratory, fetal-maternal monitoring and recording instruments and attachments therefor; resuscitation equipment
**First Use Date:** 1980-01-01
**First Use in Commerce Date:** 1980-01-01

**Used Anywhere in Another Form:** First used in another form on May 27, 1966

**Used in Commerce in Another Form:** First used in commerce in another form on May 27, 1966

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
614803
862308

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-03-18 - TEAS Change of Correspondence Received

2004-07-26 - First renewal 10 year

2004-07-26 - Section 8 (10-year) accepted/ Section 9 granted

2004-05-14 - Combined Section 8 (10-year)/Section 9 filed

2004-05-14 - TEAS Section 8 & 9 Received

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74328107

5/5/2005

**Latest Status Info**

1999-10-29 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-07-12 - Section 8 (6-year) and Section 15 Filed

1994-07-05 - Registered - Principal Register

1994-04-12 - Published for opposition

1994-03-11 - Notice of publication

1993-11-03 - Approved for Pub - Principal Register (Initial exam)

1993-10-28 - Examiner's amendment mailed

1993-08-18 - Communication received from applicant

1993-02-18 - Non-final action mailed

1993-01-27 - Case file assigned to examining attorney

1993-01-25 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
JAMES F. STRUTHERS (Attorney of record)

Hewlett-Packard Company
Attention: Malia Abril
3000 Hanover Street, ms 1051
Palo Alto California (CA) 94304 United S

**Phone Number:** 650.857.5144
**Fax Number:** 650.813.3095

Trademark Electronic Search System (TESS)

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 5 06:35:04 EDT 2005*

█████████████████████████████████████████████████████████████

█████ Please logout when you are done to release system resources allocated for you.

███ List At: [_____] OR ████ to record: [_____] **Record 5 out of 5**

████████ *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | HP INVENT |
| **Goods and Services** | IC 009. US 021·023 026 036 038. G & S: HOUSE MARK FOR COMPUTERS, COMPUTER SOFTWARE, DATA PROCESSING AND DATA STORAGE SYSTEMS AND PARTS THEREFOR; PRINTERS AND PARTS THEREFOR; ELECTRONIC TEST AND MEASUREMENT SYSTEMS AND PARTS THEREFOR; SEMICONDUCTORS; FACSIMILE MACHINES; ANALYTICAL INSTRUMENTS AND PARTS THEREFOR. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115 |
| | IC 042. US 100 101. G & S: Support services for computer products, network planning and management services, computer programming services, design of computation systems, rental and leasing services for computer products. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115 |
| | IC 035. US 100 101 102. G & S: RETAIL MAIL AND TELEPHONE ORDER SERVICES FOR DATA PROCESSING AND CALCULATING PRODUCTS. FIRST USE: 19991115. FIRST USE IN COMMERCE: 19991115 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260104 261120 261121 |
| **Serial Number** | 75846674 |
| **Filing Date** | November 12, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 4, 2000 |
| **Registration** | |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=nq96l6.6.5

5/5/2005

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-05-05 15:43:54 ET

Serial Number: 75846674 Assignment Information

Registration Number: 2474422 Assignment Information

Mark



(words only): HP INVENT

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-07-31

Filing Date: 1999-11-12

Transformed into a National Application: No

Registration Date: 2001-07-31

Register: Principal

Law Office Assigned: LAW OFFICE 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-03-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Hewlett-Packard Company

Address:
Hewlett-Packard Company
3000 Hanover Street
Palo Alto, CA 94304
United States
Legal Entity Type: Corporation

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75846674

5/5/2005

Latest Status Info

State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

**International Class: 009**
HOUSE MARK FOR COMPUTERS, COMPUTER SOFTWARE, DATA PROCESSING AND DATA STORAGE
SYSTEMS AND PARTS THEREFOR; PRINTERS AND PARTS THEREFOR; ELECTRONIC TEST AND
MEASUREMENT SYSTEMS AND PARTS THEREFOR; SEMICONDUCTORS; FACSIMILE MACHINES;
ANALYTICAL INSTRUMENTS AND PARTS THEREFOR
**First Use Date:** 1999-11-15
**First Use in Commerce Date:** 1999-11-15

**Basis:** 1(a)

**International Class: 035**
RETAIL MAIL AND TELEPHONE ORDER SERVICES FOR DATA PROCESSING AND CALCULATING
PRODUCTS
**First Use Date:** 1999-11-15
**First Use in Commerce Date:** 1999-11-15

**Basis:** 1(a)

**International Class: 042**
Support services for computer products, network planning and management services, computer programming services,
design of computation systems, rental and leasing services for computer products
**First Use Date:** 1999-11-15
**First Use in Commerce Date:** 1999-11-15

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
614803
850251
1842724

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-03-21 - TEAS Change of Correspondence Received

2001-07-31 - Registered - Principal Register

2001-04-27 - Allowed for Registration - Principal Register (SOU accepted)

2001-03-29 - Statement of use processing complete

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75846674

5/5/2005

Latest Status Info

2001-02-05 - Amendment to Use filed

2000-09-26 - Notice of allowance - mailed

2000-07-04 - Published for opposition

2000-06-02 - Notice of publication

2000-04-18 - Approved for Pub - Principal Register (Initial exam)

2000-04-10 - Examiner's amendment mailed

2000-04-04 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
John Tiedge (Attorney of record)

Hewlett-Packard Company
Attention: Malia Abril
3000 Hanover Street, ms 1051
Palo Alato California (CA) 94304 United

**Phone Number:** 650.857.5144
**Fax Number:** 650.813.3095

---