IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

HEWLETT-PACKARD COMPANY,
and HEWLETT-PACKARD
DEVELOPMENT COMPANY, L.P.,

       Plaintiffs,

v.

ICL NETWORK SOLUTIONS
(HK) LIMITED,

       Defendant.

Civil Action No.: 05-cv-40153 (FDS)

**Certification Pursuant to Local Rule 7.1(A)(2)**

      I hereby certify that Counsel for ICL Network Solutions conferred with Counsel for HP regarding the issues presented by ICL Network Solutions' Motion to Dismiss for Lack of Personal Jurisdiction, and the parties were unable to resolve or narrow the issues.

Dated: September 22, 2005

                              /s/ Emily A. Berger
                                Emily A. Berger