AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,
              Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-40153-FDS

ICL NETWORK SOLUTIONS (HK) LIMITED
and C2C TECHNOLOGY, INCORPORATED,
              Defendants

TO: (Name and address of defendant)

    C2C Technology, Inc.
    106 Carter Street
    Leominster, MA 01453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Louis M. Ciavarra, Esquire
    Bowditch & Dewey, LLP
    311 Main Street, P.O. Box 15156
    Worcester, MA 01615-0156

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          Sept 22, 2005
CLERK                                                  DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 22nd, 2005 |
| NAME OF SERVER (PRINT)<br>Daniel B. Gately | TITLE<br>Constable and Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 106 Carter St., Leominster, MA by giving in hand to Bryan Phillips, Executive Vice President

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 22nd, 2005
           Date

Signature of Server

47 Harvadr Street, Worcester, MA 01609
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.