IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br><br>Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK), LTD and C2C TECHNOLOGY, INCORPORATED,<br><br>Defendants. | Civil Action No. 05-40153 FDS |

**JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME TO OPPOSE AND REPLY RE MOTION TO DISMISS**

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, LP (collectively, "Hewlett-Packard"), and Defendant ICL Network Solutions (HK), Ltd. ("ICL Network Solutions") hereby file this Joint Stipulation to Extend Briefing Schedule on Motion to Dismiss (the "Stipulation"). Hewlett-Packard and ICL Network Solutions may be referred to together in this Stipulation as the "Parties."

At the September 23, 2005 hearing, the Court directed that Hewlett-Packard file its opposition to ICL Network Solutions' pending motion to dismiss for lack of personal jurisdiction by October 4, 2005, and ICL Network Solutions file its reply on that motion by October 11, 2005. However, since that hearing, Hurricane Rita hit the Gulf Coast and caused considerable disruption, including in the Houston, Texas area, where the relevant Hewlett-Packard attorneys and investigatory personnel are located. In light of this disruption and other considerations, the Parties have agreed and hereby stipulate, subject to the approval of the Court, that Hewlett-Packard's time to file its opposition to ICL Network Solutions' Motion to Dismiss shall be

extended to, and including, October 11, 2005, and that ICL Network Solutions' time to file its reply on that motion shall be extended to October 19, 2005.  No prior extensions of time to the existing schedule have been sought or granted.

Dated:  September 29, 2005

/s/ Shannon Scott

Louis M. Ciavarra  (BBO#546481)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
Telephone:  (508) 926-3408
Facsimile:  (508) 929-3011

Martin R. Glick/Simon J. Frankel
Jin Kim/Shannon Scott
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111
Telephone:  (415) 434-1600
Facsimile:  (415) 217-5910

*Attorneys for Plaintiffs*
*HEWLETT-PACKARD COMPANY, and*
*HEWLETT-PACKARD DEVELOPMENT*
*COMPANY, L.P.*

Dated:  September 29, 2005

/s/ Ann Lamport Hammitte

Ann Lamport Hammitte  (BBO#553263)
Emily A. Berger (BBO#650841)
LOWRIE, LANDO & ANASTASI, LLP
One Main Street — 11th Floor
Cambridge, MA  02142
Telephone:  (617) 395-7000
Facsimile:  (617) 395-7070

*Attorneys for Defendant*
*ICL NETWORK SOLUTIONS (HK), LTD.*

-2-

IT IS SO ORDERED:

Dated: _____

                                          _____
                                          Honorable F. Dennis Saylor IV
                                          United States District Judge