IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and<br>HEWLETT-PACKARD<br>DEVELOPMENT COMPANY, L.P.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK),<br>LIMITED, and C2C TECHNOLOGY,<br>INCORPORATED,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-40153 FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MARGIE D. TERRELL IN SUPPORT OF OPPOSITION OF PLAINTIFFS HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. TO DEFENDANT ICL NETWORK SOLUTIONS (HK) LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, MARGIE D. TERRELL hereby depose and state as follows:

1. I am the Program Manager for Product Identification and Brand Protection in the Division of Supply Chain, Product and Brand Security at Hewlett-Packard Company. I am employed in Houston, Texas. I make this statement in support of the Opposition of Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively, "Hewlett-Packard") to Defendant ICL Network Solutions (HK) LTD's Motion to Dismiss for Lack of Personal Jurisdiction. Except as otherwise indicated in this affidavit, the facts stated herein are known to me of my own personal knowledge and if called upon to do so, I could and would testify thereto.

2. In the course of my duties in the Hewlett-Packard Supply Chain, Product and Brand Security Division, I investigate, track, locate, and identify goods sold by third parties that bear counterfeit marks of Hewlett-Packard. I have worked for several years to implement security labels for Hewlett-Packard's goods, and I am familiar with, among other things, the legitimate hard drives sold bearing Hewlett-Packard's registered trademarks, the type of labeling and coding used by Hewlett-Packard and its suppliers of hard drives, and the ways in which legitimate, authentic goods may differ from goods not manufactured or authorized by Hewlett-Packard.

3. On August 30, 2005, I traveled to Auburn, Massachusetts, to the premises of Worcester County Air Freight, Inc. ("WCAF") at 135 Southbridge Street in Auburn, to inspect certain hard drive units that I understood were being held there. In the course of this inspection, I examined 149 36GB hard drives (HP Part No. 286776-B22) bearing Hewlett-Packard trademarks. All of these 149 units were counterfeit, as detailed in Paragraph 5 of my previous affidavit filed with this Court, Affidavit Of Margie D. Terrell In Support of Plaintiffs' Application for Temporary Restraining Order and Order to Show Cause (filed September 1, 2005).

4.  That same day, August 30, 2005, I also examined 56 72GB hard drives (HP Part No. 287778-B22) bearing Hewlett-Packard trademarks (out of a total of approximately 180 such drives bearing Hewlett-Packard trademarks that I understood were present at WCAF). All of these 56 units that I examined were counterfeit, as detailed in Paragraph 6 of my previous affidavit filed with this Court, Affidavit Of Margie D. Terrell In Support of Plaintiffs' Application for Temporary Restraining Order and Order to Show Cause (filed September 1, 2005).

5.  Contemporaneously with my inspection of the 149 36GB hard drives (HP Part No. 286776-B22) and the 56 72GB hard drives (HP Part No. 287778-B22) on August 30, 2005, I recorded the serial number of each of the hard drives I inspected. A true and correct copy of a spreadsheet containing the serial numbers of the hard drives I inspected at WCAF on August 30, 2005 is attached hereto as Exhibit A.

Signed under the pains and penalties of perjury that the foregoing is true and correct this ____ day of October ___, 2005

_Margie D. Terrell_  10 OCT 05
MARGIE D. TERRELL

| Part number | UPC | JAN | Serial No. | ct | Comments | Secrity Label |
|---|---|---|---|---|---|---|
| 286713-B22 | | | 7302LS421F | 25A24046CP8AQF | CT read 25A24046CP8AQF | |
| 286713-B22 | | | 7363LSH11D | 25A2446CP0UD | Date code 145043 | |
| 286713-B22 | | | 7405LSH11D | 25A2446CP1KG | | Blue with fake pink TC |
| 286713-B22 | | | 7367LSH11D | 25A2446CP2ET | | Blue with fake pink TC |
| 286713-B22 | | | 7369LSH11D | 25A2446CP337 | | Blue with fake pink TC |
| 286713-B22 | | | 7417LSH11D | 25A2446CP338 | | Blue but no fake pink TC |
| 286713-B22 | | | 7411LSH11D | 25A2446CP37D | | |
| 286713-B22 | | | 7387LSH11D | 25A2446CP4FV | | |
| 286713-B22 | | | 7399LSH11D | 25A2446CP5DJ | | |
| 286713-B22 | | | 7368LSH11D | 25A2446CP68X | | Blue but no fake pink TC |
| 286713-B22 | | | 7155LSH11D | 25A2446CP812 | | Blue with fake pink TC |
| 286713-B22 | | | 7137LSH11D | 25A2446CP812 | | |
| 286713-B22 | | | 7154LSH11D | 25A2446CP812 | | |
| 286713-B22 | | | 707FLSH11D | 25A2446CP812 | | |
| 286713-B22 | | | 707JLSH11D | 25A2446CP812 | | |
| 286713-B22 | | | 7144LSH11D | 25A2446CP812 | | |
| 286713-B22 | | | 7133LSH11D | 25A2446CP812 | | |
| 286713-B22 | | | 7344LSH11D | 25A2446CP8204 | | Blue but no fake pink TC |
| 286713-B22 | | | 7337LSH11D | 25A2446CP8205 | | Blue but no fake pink TC |
| 286713-B22 | | | 7328LSH11D | 25A2446CP8205 | Read 254a2446cp205 | |
| 286713-B22 | | | 7315LSH11D | 25A2446CP8207 | | |
| 286713-B22 | | | 7327LSH11D | 25A2446CP8208 | | |
| 286713-B22 | | | 7319LSH11D | 25A2446CP8210 | | |
| 286713-B22 | | | 7321LSH11D | 25A2446CP8210 | | |
| 286713-B22 | | | 7282LSH11D | 25A2446CP8213 | | Blue with fake pink TC |
| 286713-B22 | | | 7283LSH11D | 25A2446CP8214 | | |
| 286713-B22 | | | 7320LSH11D | 25A2446CP8215 | | |
| 286713-B22 | | | 7325LSH11D | 25A2446CP8216 | | |
| 286776-b22 | | | 7333LSH11D | 25A2446CP8219 | | |
| 286713-B22 | | | 7253LSH11D | 25A2446CP8219 | | |
| 286713-B22 | | | 7334LSH11D | 25A2446CP8226 | | |
| 286713-B22 | | | 7303LSH11D | 25A2446CP8227 | | |
| 286713-B22 | | | 7335LSH11D | 25A2446CP8230 | | |
| 286713-B22 | | | 7329LSH11D | 25A2446CP8231 | | |
| 286776-b22 | | | 7323LSH11D | 25A2446CP8233 | | |
| 286713-B22 | | | 7313LSH11D | 25A2446CP8234 | | |
| 286713-B22 | | | 7317LSH11D | 25A2446CP8235 | | |
| 286713-B22 | | | 7330LSH11D | 25A2446CP8236 | | |
| 286713-B22 | | | 7332LSH11D | 25A2446CP8240 | | |
| 286713-B22 | | | 7316LSH11D | 25A2446CP8242 | | Blue with fake pink TC |
| 286713-B22 | | | 7301LSH11D | 25A2446CP8243 | | |
| 286713-B22 | | | 7302LSH11D | 25A2446CP8247 | | |
| 286713-B22 | | | 7312LSH11D | 25A2446CP8248 | | |
| 286713-B22 | | | 7254LSH11D | 25A2446CP8249 | | |
| 286713-B22 | | | 7308LSH11D | 25A2446CP89K | | Blue with fake pink TC |
| 286713-B22 | | | 7165LSH11D | 25A2446CP89M | | Blue with fake pink TC |
| 286713-B22 | | | 7067LSH11D | 25A2446CP89M | | Blue with fake pink TC |
| 286713-B22 | | | 7068LSH11D | 25A2446CP89M | | |
| 286776-b22 | | | 7116LSH11D | 25A2446CP89M | box wouldn't scan | |
| 286713-B22 | | | 7143LSH11D | 25A2446CP89M | | |
| 286713-B22 | | | 7118LSH11D | 25A2446CP89M | | |

| | | | | |
|---|---|---|---|---|
| 286713-B22 | | 7081LSH11D | 25A2446CP89M | Read 7181LSH11D but scanned else | |
| 286713-B22 | | 7124LSH11D | 25A2446CP89M | | |
| 286713-B22 | | 707DLSH11D | 25A2446CP89M | | |
| 286713-B22 | | 7383LSH11D | 25A2446CP8A0J | | |
| 286713-B22 | | 7401LSH11D | 25A2446CP8A22 | box wouldn't scan | |
| 286776-b22 | | 7385LSH11D | 25A2446CP8A450 | Should be A50 A450 | Blue with fake pink TC |
| 286713-B22 | | 7404LSH11D | 25A2446CP8A49 | | |
| 286713-B22 | | 7388LSH11D | 25A2446CP8A4DC | ct read 25a2446cpadc | |
| 286713-B22 | | 7402LSH11D | 25A2446CP8A57 | | |
| 286713-B22 | | 7412LSH11D | 25A2446CP8A58 | | Blue with fake pink TC |
| 286713-B22 | | 7397LSH11D | 25A2446CP8A60 | | |
| 286713-B22 | | 7373LSH11D | 25A2446CP8A9H | | |
| 286776-b22 | | 7396LSH11D | 25A2446CP8AA1 | | |
| 286713-B22 | | 7370LSH11D | 25A2446CP8AA4 | | |
| 286713-B22 | | 7362LSH11D | 25A2446CP8DSA | | |
| 286713-B22 | | 706QLSH11D | 25A2446CP8DT7 | | |
| 286713-B22 | | 7132LSH11D | 25A2446CP8F00 | | |
| 286776-b22 | 6E+11 4.948E+12 | 706TLSH11D | 25A2446CP8F45 | | Blue with fake pink TC |
| 286713-B22 | | 7146LSH11D | 25A2446CP8FA4 | | Blue with fake pink TC |
| 286713-B22 | | 707HLSH11D | 25A2446CP8FA5 | | |
| 286713-B22 | | 7145LSH11D | 25A2446CP8FC1 | | Blue with fake pink TC |
| 286713-B22 | | 7167LSH11D | 25A2446CP8FC1 | | |
| 286713-B22 | | 7122LSH11D | 25A2446CP8FC1 | Read 254a2446cp8c1 | |
| 286713-B22 | | 7125LSH11D | 25A2446CP8FC5 | | |
| 286713-B22 | | 7113LSH11D | 25A2446CP8FC6 | box wouldn't scan | |
| 286776-b22 | | 7147LSH11D | 25A2446CP8FC6 | | |
| 286713-B22 | | 7080LSH11D | 25A2446CP8FC6 | | Blue with fake pink TC |
| 286713-B22 | | 7115LSH11D | 25A2446CP8FCC | | |
| 286713-B22 | | 7140LSH11D | 25A2446CP8FCC | | |
| 286713-B22 | | 707FLSH11D | 25A2446CP8FFF | | |
| 286713-B22 | | 7121LSH11D | 25A2446CP8FG5 | | |
| 286776-b22 | | 7168LSH11D | 25A2446CP8FT6 | | Blue with fake pink TC |
| 286713-B22 | | 7343LSH11D | 25A2446CP8FT6 | | Blue with fake pink TC |
| 286776-b22 | | 7131LSH11D | 25A2446CP8FT6 | | Blue with fake pink TC |
| 286713-B22 | | 7390LSH11D | 25A2446CP8FT6 | | Blue with fake pink TC |
| 286713-B22 | | 7119LSH11D | 25A2446CP8FT6 | | Blue with fake pink TC |
| 286713-B22 | | 7111LSH11D | 25A2446CP8FT6 | | Blue with fake pink TC |
| 286713-B22 | | 7336LSH11D | 25A2446CP8FT6 | | Blue with fake pink TC |
| 286713-B22 | | 7345LSH11D | 25A2446CP8FT6 | says 15prm instead of rpm | |
| 286713-B22 | | 7357LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7348LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7156LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7359LSH11D | 25A2446CP8FT6 | Box had extra tape, but inside was sealed | |
| 286713-B22 | | 7342LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7141LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7138LSH11D | 25A2446CP8FT6 | CT read 25a2446cp8sd | |
| 286713-B22 | | 7356LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7352LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7170LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7148LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7392LSH11D | 25A2446CP8FT6 | | Blue but no fake pink TC |
| 286713-B22 | | 7166LSH11D | 25A2446CP8FT6 | | |

| | | | | | |
|---|---|---|---|---|---|
| 286713-B22 | | 7086LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7139LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7081LSH11D | 25A2446CP8FT6 | Read 7181LSH11D | |
| 286713-B22 | | 7349LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7350LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7161LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7174LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7149LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7157LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7159LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7110LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7172LSH11D | 25A2446CP8FT6 | | |
| 286713-B22 | | 7152LSH11D | 25A2446CP8FVR | | |
| 286713-B22 | | 707KLSH11D | 25A2446CP8FVV | Box had chalk marks inside | Blue but no fake pink TC |
| 286713-B22 | | 7353LSH11D | 25A2446CP8HB | | |
| 286713-B22 | | 706ELSH11D | 25A2446CP8HO3 | | |
| 286713-B22 | | 706WLSH11D | 25A2446CP8RG6 | | |
| 286713-B22 | | 7410LSH11D | 25A2446CP91M | | |
| 286713-B22 | | 7380LSH11D | 25A2446CPBV6 | | |
| 286713-B22 | | 7354LSH11D | 25A2446CPCCN | | |
| 286713-B22 | | 7381LSH11D | 25A2446CPCG5 | | |
| 286713-B22 | | 7384LSH11D | 25A2446CPD7B | | Blue but no fake pink TC |
| 286713-B22 | | 7378LSH11D | 25A2446CPDXW | | |
| 286713-B22 | | 7395LSH11D | 25A2446CPFDC | | |
| 286713-B22 | | 7365LSH11D | 25A2446CPFH4 | | |
| 286713-B22 | | 7415LSH11D | 25A2446CPHBK | | Blue with fake pink TC |
| 286713-B22 | | 7415LSH11D | 25A2446CPHBK | | Blue with fake pink TC |
| 286713-B22 | | 7407LSH11D | 25A2446CPHKP | | |
| 286713-B22 | | 7361LSH11D | 25A2446CPHVC | | |
| 286713-B22 | | 7382LSH11D | 25A2446CPK48 | box wouldn't scan | |
| 286713-B22 | | 7413LSH11D | 25A2446CPKL3 | | |
| 286713-B22 | | 7351LSH11D | 25A2446CPKMS | | |
| 286713-B22 | | 7394LSH11D | 25A2446CPPHN | | |
| 286713-B22 | | 7416LSH11D | 25A2446CPRFV | | |
| 286713-B22 | | 7376LSH11D | 25A2446CPS5R | | |
| 286713-B22 | | 7377LSH11D | 25A2446CPTGH | | |
| 286713-B22 | | 7366LSH11D | 25A2446CPTTB | | |
| 286713-B22 | | 7409LSH11D | 25A2446CPVGU | | |
| 286776B22 | 6E+11 | 4.948E+12 70AELR812N | 263AC015501040 | no logo tape, previously opened and no doc. | Ric Blue with fake pink TC |
| 286776B22 | | 70R6LR8133 | 263AC015501139 | | No logo tape |
| 286778-B22 | | 74C4LR928A | CT: 27B4C01H1R9DG4 | | |
| 286778-B22 | | 74CELR928A | CT: 27B4C01H1R9DGE | Logo tape looks much different and the others | |
| 286778-B22 | | 74CGLR928A | CT: 27B4C01H1R9DGG | | |
| 286778-B22 | | 74CNLR928A | CT: 27B4C01H1R9DGN | | midnight blue |
| 286778-B22 | | 74CPLR928A | CT: 27B4C01H1R9DGP | | |
| 286778-B22 | | 74AKLR928A | CT: 27B4C01H1R9DHK | | midnight blue |
| 286778-B22 | | 74ATLR928A | CT: 27B4C01H1R9DHT | | |
| 286778-B22 | 6E+11 | 4.948E+12 74E0LR928A | CT: 27B4C01H1R9DJB | | midnight blue |
| 286778-B22 | | 746FLR928A | CT: 27B4C01H1R9DJE | | |
| 286778-B22 | | 746VLR928A | CT: 27B4C01H1R9DKP | | |
| 286776-b22 | | 702HLSJ13F | CT: 27B4C01H1R9FDG | p/n:286774-006 | midnight blue |
| 286778-B22 | | 701XLSJ13F | CT: 27B4C01H1R9FDH | | |

| | | | | | |
|---|---|---|---|---|---|
| 286778-B22 | 702MLSJ13F | CT: 27B4C01H1R9FDL | | | |
| 286778-B22 | 700SLSJ13F | CT: 27B4C01H1R9LBR | | | |
| 286778-B22 | 7016LSJ13F | CT: 27B4C01H1R9LC5 | | | |
| 286778-B22 | 701FLSJ13F | CT: 27B4C01H1R9LCE | | | |
| 286778-B22 | 701ULSJ13F | CT: 27B4C01H1R9LCS | | | |
| 286778-B22 | 701ZLSJ13F | CT: 27B4C01H1R9LCY | Midnight blue | | |
| 286778-B22 | 7061LSJ13F | CT: 27B4C01H1RGQJ1 | | | |
| 286778-B22 | 7062LSJ13F | CT: 27B4C01H1RGQJ2 | | | |
| 286778-B22 | 7063LSJ13F | CT: 27B4C01H1RGQJ3 | | | |
| 286778-B22 | 7067LSJ13F | CT: 27B4C01H1RGQJ7 | | | |
| 286778-B22 | 7069LSJ13F | CT: 27B4C01H1RGQJ9 | | | |
| 286778-B22 | 706FLSJ13F | CT: 27B4C01H1RGQJF | | | |
| 286778-B22 | 706GLSJ13F | CT: 27B4C01H1RGQJG | | | |
| 286778-B22 | 706HLSJ13F | CT: 27B4C01H1RGQJH | | | |
| 286778-B22 | 706JLSJ13F | CT: 27B4C01H1RGQJJ | | | |
| 286778-B22 | 706NLSJ13F | CT: 27B4C01H1RGQJN | | | |
| 286778-B22 | 7037LSJ13F | CT: 27B4C01H1RGQL9 | | | |
| 286778-B22 | 703CLSJ13F | CT: 27B4C01H1RGQLC | | | |
| 286778-B22 | 703MLSJ13F | CT: 27B4C01H1RGQLL | | | |
| 286778-B22 | 703VLSJ13F | CT: 27B4C01H1RGQLU | | | |
| 286778-B22 | 7041LSJ13F | CT: 27B4C01H1RGQN1 | | | |
| 286778-B22 | 7045LSJ13F | CT: 27B4C01H1RGQN5 | | | |
| 286778-B22 | 7046LSJ13F | CT: 27B4C01H1RGQN6 | | | |
| 286778-B22 | 7049LSJ13F | CT: 27B4C01H1RGQN9 | | | |
| 286778-B22 | 704ALSJ13F | CT: 27B4C01H1RGQNA | Most Sec labels will not scan | | |
| 286778-B22 | 704DLSJ13F | CT: 27B4C01H1RGQND | | | |
| 286778-B22 | 704FLSJ13F | CT: 27B4C01H1RGQNF | | | |
| 286778-B22 | 704GLSJ13F | CT: 27B4C01H1RGQNG | | | |
| 286778-B22 | 704JLSJ13F | CT: 27B4C01H1RGQNJ | midnight blue | | |
| 286778-B22 | 704MLSJ13F | CT: 27B4C01H1RGQNM | | | |
| 286778-B22 | 704SLSJ13F | CT: 27B4C01H1RGQNS | | | |
| 286778-B22 | 704VLSJ13F | CT: 27B4C01H1RGQNV | | | |
| 286778-B22 | 7051LSJ13F | CT: 27B4C01H1RGQP1 | | | |
| 286778-B22 | 7052LSJ13F | CT: 27B4C01H1RGQP2 | | | |
| 286778-B22 | 7054LSJ13F | CT: 27B4C01H1RGQP4 | 56 | | |
| 286778-B22 | 7055LSJ13F | CT: 27B4C01H1RGQP5 | | | |
| 286778-B22 | 7057LSJ13F | CT: 27B4C01H1RGQP7 | | | |
| 286778-B22 | 705JLSJ13F | CT: 27B4C01H1RGQPJ | midnight blue | | |
| 286778-B22 | 705LLSJ13F | CT: 27B4C01H1RGQPL | | | |
| 286778-B22 | 705DLSJ13F | CT: 27B4C01H1RGUJD | | | |
| 286778-B22 | 704XLSJ13F | CT: 27B4C01H1RGUJJ | | | |
| 286778-B22 | 705CLSJ13F | CT: 27B4C01H1RGUJL | | | |
| 286778-B22 | 705HLSJ13F | CT: 27B4C01H1RGUJQ | | | |
| 286778-B22 | 705XLSJ13F | CT: 27B4C01H1RGUJX | | | |
| 286778-B22 | 704TLSJ13F | CT: 27B4C01H1RGUJZ | | | |
| 286778-B22 | 7043LSJ13F | DPN:3R-A3847-AA | | | |
| 286776-b22 | 7247LSH11D | | 286713-B22 scans from barcode | 6E+11 | 4.948E+12 |
| 286776-b22 | 7246LSH11D | | | | Blue with fake pink TC |
| 286776-b22 | 7414LSH11D | | | | Blue with fake pink TC |
| 286776-b22 | 7300LSH11D | | | | Blue with fake pink TC |

Note: last three rows also show "Blue with fake pink TC" annotations.