## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ICL NETWORK SOLUTIONS (HK), LIMITED, and C2C TECHNOLOGY, INCORPORATED, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-40153 FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF JIN H. KIM IN SUPPORT OF OPPOSITION OF PLAINTIFFS HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. TO DEFENDANT ICL NETWORK SOLUTIONS (HK) LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, JIN H. KIM, hereby depose and state as follows:

1.      I am a member of the Bar of the State of California and an attorney with the firm of Howard Rice Nemerovski Candy Falk & Rabkin, a Professional Corporation, counsel for Plaintiff Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively, "Plaintiffs"). I make this statement in support of the Opposition of Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively, "Hewlett-Packard") to Defendant ICL Network Solutions (HK) LTD's Motion to Dismiss for Lack of Personal Jurisdiction. Except as otherwise indicated in this declaration, the facts stated herein are known to me of my own personal knowledge and if called upon to do so, I could and would testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the home page for the website of ICL Network Solutions (HK) Limited ("ICL"), found at www.iclns.com, which my assistant printed from that internet addresses on September 1, 2005. As reflected in Exhibit A, ICL states that it has a "global reach." I was able to access this site through my work computer. I was not required to provide a password or register in order to access this site.

3.      Attached hereto as Exhibit B are true and correct copies of the product details pages of ICL's website, found at http://www.iclns.com/productdetails.aspx?proID=135748 and http://www.iclns.com/productdetails.aspx?proID=135747, which my assistant printed from those internet addresses on October 11, 2005. As reflected in Exhibit B, ICL is offering for sale Part Nos. 286778-B22 and 286776-B22, the two models of Hewlett-Packard hard drives at issue in this Action.

4.      Attached hereto as Exhibit C is a true and correct copy of the Online Store page of ICL's website, found at http://www.iclns.com/store.aspx?selection=3, which my assistant printed from that internet address on October 11, 2005. As reflected in Exhibit C, ICL allows customers to initiate orders on-line.

5.      Attached hereto as Exhibit D is a true and correct copy of the Contact Us page of ICL's website, found at www.iclns.com/contactus.aspx, which my assistant printed from that

internet address on September 1, 2005.   As reflected in Exhibit D, ICL promotes itself as a "global company."

6.    Attached hereto as Exhibit E is a true and correct copy of the Sales Team page of ICL's website, found at http://www.iclns.com/salesteam.aspx, which my assistant printed from that internet address on October 11, 2005. As reflected in Exhibit E, Christine Malong is identified as the "Business Unit Manager" for the "United States and Europe Networking Division."

7.    Attached hereto as Exhibit F is a true and correct copy of the Frequently Asked Questions page of ICL's website, found at www.iclns.com/faq.aspx, which my assistant printed from that internet addresses on October 11, 2005. As reflected in Exhibit F, ICL states that "Having situated operations in major business hubs primary of which [sic], including the UK and the United States, the company operates virtually through all time zones and affords its customers and expansive sourcing reach for their requirements on a worldwide scale."

8.    Attached as Exhibit G is a true and correct copy of the Corporate Fact Sheet page of tradeloop.com, located at http://tradeloop.com/about/corporate_facts.cfm, which my assistant printed from that internet address on October 1, 2005.  I was able to access tradeloop.com from my work computer.

9.    Attached as Exhibit H is a true and correct copy of the About Us page of tradeloop.com, located at http://tradeloop.com/about/index.cfm, which my assistant printed from that internet address on October 1, 2005. As reflected in Exhibit H, tradeloop.com is the "wholesale network of choice exclusively for secondary computer market computer brokers, resellers, and other professional traders."

10.    Attached as Exhibit I is a true and correct copy of ICL's member profile on tradeloop.com, located at http://tradeloop.com/members/profile.cfm?company=84317, which my assistant printed from that internet address on October 1, 2005. As reflected in Exhibit I, ICL has been a member of tradeloop.com since July 2004.

11.    Last year, Hewlett-Packard filed suit in the Central District of California (Western

Division) against Computer Superstore, Inc., dba Compu America, Fred Farahmand, The Comp Ltd., LLC, dba LA Computer Center, Hersel Neman and Robert Neman (No. 04-07591 PA (CWx)) ("Compu America Action"), for sale of counterfeit Hewlett-Packard mini-gigabit interface interface converters ("mini-GBICs"). In that Action, I and my firm, Howard Rice Nemerovski Candy Falk & Rabkin, A Professional Corporation, represented Hewlett-Packard.

12.    In the course of the Compu America Action, I was provided by counsel to the defendants in that Action, a number of documents, including purchase orders, invoices and wire transfers, that reflected sales of mini-GBICS by ICL and Integrated Compusystems, (HK), Ltd., to the defendants. True and correct copies of those documents are attached hereto as Exhibit J.

Signed under the pains and penalties of perjury this 11the day of October,  2005

JIN H. KIM

4

# ICL Network Solutions hk, ltd.

**Search:** Part Number

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**
Track Number:

**Courrier:**
FedEx

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

**ICL Network Solutions** is an Independent Distributor for various Networking and Storage Products. Our global reach allows us to sell to major Telco companies, Systems Integrators and Solutions Providers.

We are your **FIRST VENDOR OF CHOICE**, and your **FIRST SOLUTIONS PROVIDER OF CHOICE**. Whether it's Networking or Storage Solution, simple or complex, allow us to understand the problem with you.

All products are shipped **FOB Hong Kong**, using **FedEx**, or your specified Freight Forwarder. Please select from the list of products below, search, or browse through brands and product families and start shopping!

**:: Our Specials ::**
**More . . .**

**CISCO**
12000 SERIES
LINE CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL GATEWAYS

**3COM**
ROUTERS
SWITCHES
WIRELESS

**INTEL**
Ethernet Cards

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

**HP-COMPAQ**

Assorted Parts

Compaq Proliant Servers

Controllers

CPU Upgrades

Disks

DLT/DAT's

Hard Drives

HP Procurve

Memory

Miscellaneous

Notebook memory

Server memory

**IBM RS6000**

Disk Arrays

Disk Drives

Drawer

Enterprise Servers

Features

Memories

Miscellaneous

9/1/2005

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Parts

Servers

Tape Drives

Tower

Workgroup
Servers

Workstations

[x] **Sun
Microsystems**

Accessories

Controllers

CPU/Processors

Hard Drives

Memories

Network Cards

Sun Fire
Servers

System Boards

Tape Drives

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use | Privacy Statement | Contact Us | **(852) 2851-2272**
Copyright 2004 ICL Network Solutions (HK) Ltd.



**ICL** Network Solutions hk, ltd.

Search: | Part Number |▼|

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

Home >> Products >> HP-COMPAQ >> Hard Drives >> 286778-B22

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**
Track Number:

Courrier:
| FedEx |▼|

**286778-B22**

72.8 GB Ultra320 SCSI Universal (1" Hot Plug) 15k
U/min

**Try our other HP-COMPAQ Hard Drives**
271823-B21      286714-B22      286775-B22      286778-B22
286713-B22      286716-B22      286776-B22

No Picture Available

**CISCO**
12000 SERIES
LINE CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK
MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL
GATEWAYS

**3COM**
ROUTERS
SWITCHES
WIRELESS

**INTEL**
Ethernet Cards

**HP-COMPAQ**

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware



Assorted Parts
Compaq Proliant Servers
Controllers
CPU Upgrades
Disks
DLT/DAT's
Hard Drives
HP Procurve
Memory
Miscellaneous
Notebook memory
Server memory

IBM RS6000

Disk Arrays
Disk Drives
Drawer
Enterprise Servers
Features
Memories
Miscellaneous Parts
Servers
Tape Drives
Tower
Workgroup Servers
Workstations

Sun Microsystems

Accessories

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Controllers
CPU/Processors
Hard Drives
Memories
Network Cards
Sun Fire Servers
System Boards
Tape Drives

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use  |  Privacy Statement  |  Contact Us  |  **(852) 2851-2272**

Copyright 2004 ICL Network Solutions (HK) Ltd.



**ICL** Network Solutions hk, ltd.

Search: | Part Number |

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

Home  >>  Products  >>  HP-COMPAQ  >>  Hard Drives  >>  286776-B22

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**

Track Number:

Courier:
FedEx

# 286776-B22

36.4 GB Ultra320 SCSI Universal (1" Hot Plug) 15k U/min

**Get latest price**

**Try our other HP-COMPAQ Hard Drives**

271823-B21    286714-B22    286775-B22    286778-B22
286713-B22    286716-B22    286776-B22

No Picture Available

**CISCO**
12000 SERIES
LINE CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK
MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL
GATEWAYS

**3COM**
ROUTERS
SWITCHES
WIRELESS

**INTEL**
Ethernet Cards

**HP-COMPAQ**



ICL Network Solutions: #1 IT Source in Asia - Computer Hardware



Assorted Parts
Compaq Proliant Servers
Controllers
CPU Upgrades
Disks
DLT/DAT's
Hard Drives
HP Procurve
Memory
Miscellaneous
Notebook memory
Server memory

IBM RS6000

Disk Arrays
Disk Drives
Drawer
Enterprise Servers
Features
Memories
Miscellaneous Parts
Servers
Tape Drives
Tower
Workgroup Servers
Workstations

Sun Microsystems

Accessories

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Controllers
CPU/Processors
Hard Drives
Memories
Network Cards
Sun Fire Servers
System Boards
Tape Drives

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use  |  Privacy Statement  |  Contact Us  |  **(852) 2851-2272**
Copyright 2004 ICL Network Solutions (HK) Ltd.

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware



**ICL** Network Solutions HK, ltd.

Search: | Part Number |

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**

Track Number:

Courrier:
| FedEx |



| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

Home  >>  Online Store

# Online Store

Placing an order online is easy. There is no need to create an account prior to selecting which products to buy. Using our secure online procurement system, you can **shop online** and opt to register with us later when you are ready to **place an order** . Your shopping cart contents will remain on record for 30 days and would be available to you once you are ready to order.

We highly suggest however, that you **register** with us, *(for free)* to make your shopping experience customized to your needs. Registering will also provide you access to **special deals** and **discounts** , as well as announcement for spot opportunity offers that we regularly advise our customers. Please **Login** if you are a registered user. If not, you can **register** or opt to do so later when have concluded your shopping list

 **CISCO**

12200 SERIES LINE CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL GATEWAYS

 **3COM**

ROUTERS
SWITCHES
WIRELESS

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware





**INTEL**
Ethernet Cards

**HP-COMPAQ**
Assorted Parts
Compaq Proliant Servers
Controllers
CPU Upgrades
Disks
DLT/DAT's
Hard Drives
HP Procure
Memory
Miscellaneous
Notebook memory
Server memory

**IBM RS6000**
Disk Arrays
Disk Drives
Drawer
Enterprise Servers
Features
Memories
Miscellaneous Parts
Servers
Tape Drives
Tower
Workgroup Servers
Workstations

**Sun Microsystems**
Accessories
Controllers
CPU/Processors
Hard Drives

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Memories
Network Cards
Sun Fire Servers
System Boards
Tape Drives

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use  |  Privacy Statement  |  Contact Us  |  **(852) 2851-2272**

Copyright 2004 ICL Network Solutions (HK) Ltd.

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

# ICL NETWORK SOLUTIONS hk, ltd.

Search: Part Number

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

Home >> Contact Us

## Contact Us

**ICL Network Solutions (HK), Ltd.**, is a global company that works to provide its customers the very best in high-end storage and networking equipment in the market.

Our no. 1 strength lies in our location: ASIA . Here's our Headquarters Address;

**ICL NETWORK SOLUTIONS (HK), LTD.**
1601-1603 Kinwick Centre
32 Hollywood Road , Central, Hong Kong
**Tel:** (852) 2851-2272
**Fax:** (852) 2545-0550
**websales@iclns.com**

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**
Track Number:

Courier:
FedEx




**PayPal**

**CISCO**
12000 SERIES LINE
CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL
GATEWAYS

**3COM**
ROUTERS
SWITCHES
WIRELESS

**INTEL**
Ethernet Cards

**HP-COMPAQ**

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Assorted Parts
Compaq Proliant
Servers
Controllers
CPU Upgrades
Disks
DLT/DATs
Hard Drives
HP Procurve
Memory
Miscellaneous
Notebook memory
Server memory

☒ IBM RS6000

Disk Arrays
Disk Drives
Drawer
Enterprise Servers
Features
Memories
Miscellaneous Parts
Servers
Tape Drives
Tower
Workgroup Servers
Workstations

☒ Sun
Microsystems

Accessories
Controllers
CPU/Processors

9/1/2005

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Hard Drives

Memories

Network Cards

Sun Fire Servers

System Boards

Tape Drives

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use  |  Privacy Statement  |  Contact Us  |  **(852) 2851-2272**

Copyright 2004 ICL Network Solutions (HK) Ltd.

9/1/2005

http://iclns.com/contactus.aspx

# ICL Network Solutions hk, ltd.

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

Search: | Part Number |

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**
Track Number:

Courier:
| FedEx |

Home  >>  About Us  >>  Sales Team

## Sales Team



**BOOTS CARMONA**
**International Operations Manager**
carmona@iclns.com

Fondly called the *Queen Mother* , Boots heads the entire Sales Team. She is a mother to two boys, Angelo 11, and Raffy 9. Statuesque at 5'8'', Boots is a Business Management graduate at the Ateneo de Manila University and has a solid sales experience through various industries. Her entrepreneurial spirit is the foundation of her management style a motivating methodology based on leadership by example, attitude and passion for the job.

Her boisterous laughter is not only infectious; it breathes life to an erstwhile busy day at work. She is very much an Arian, born on April 7, 1968 .



**CHRISTINE MALONG**
**Business Unit Manager**
**United States and Europe Networking Division**
christine@iclns.com

She is the team's *Princess* , and exudes the aura of such in all aspects. A consistent top producer, this sales-savvy lady is also athletic ---- she plays badminton, volleyball and goes jet skiing from time to time. She is a Libran, born on October 17, 1978 ,

She has NO plans of marrying until she has any of the following: a McLaren F1, a villa in France or $10M, whichever comes first!



**Angelina de Guzman**
**IT Web Sales**
**Storage Division**
angelina@iclns.com

Angelina, or AJ as she is fondly called, is a proud Filipina with very discerning tastes. She loves the theatre and the arts, is serious with photography, writes, designs, plays excellent billiards, drinks beer, climbs mountains and cooks superb dishes.

AJ is very competitive and is a traditional Leo true and through. Her Political Science background gives her the flexibility to focus sharply on a problem, or view them from a variety of perspectives. Her attention to detail is a rare gift





PayPal®



**AYEN SARMIENTO**
**IT SALES – Asia**
**Storage Division**
**ayen@iclns.com**

*Airene* (her real name) has been a witness to the growth and expansion of the Company. She holds a degree in Mass Communication from the University of the Philippines and has worked as a market researcher for the hotel industry prior to joining the Company in year 2000.

Having joined the company outside of sales, her collected knowledge of the business process is thus a plus to her inherent sales skills. A simple woman, yet a sophisticated Libran, Ayen remains sensitive, and graceful under pressure. She appreciates good music and the arts, loves pasta and good food, but completely abhors raisins.



**DAVE BUENVIAJE**
**IT-Sales Middle East**
**Networking Division**
**dave@iclns.com**

Dave's strong background in European Studies and CRM provides the team an interesting vantage point from which to see the deployment of customer requirements.

His experience with Verisign-Network Solutions and his amicable nature complements his many other skills.

He starts his day with his choice coffee, and motivates himself with his Philosophical musings about what constitutes an excellent work. A born workaholic, he relaxes by boxing, reading speculative fiction and brushing up on his French.

**Zsa-Zsa de Asis**
**IT Websales Networking Division**
**sasa@iclns.com**

Sasa previously worked as the Marketing Coordinator for one of the most prestigious hotels in the world. Her experience has taken her to many different countries, and this gave her an understanding of a multitude of business protocol and cultural practices.

and that; among her many other talents make her a most invaluable part of the team.



**SOPHIA BARRIOS**
**IT-Sales Middle East**
**Storage Division**
**sophia@iclns.com**

Sophia's knowledge in Marketing and Business and Administration is very apparent in the way she carries herself and leads her life. Her things are always in order and her approach to customers always methodical.

A true blue *fashionista* and one who is totally in love in being a woman, Sophia is a never seen with a frown, a crease or wrongly matched accessory. Her passion for life and positive attitude keeps her going, and this makes her definite gem to the team.



**ERIC PIROS**
**IT Sales – Middle East**
**Networking Division**
**eric@iclns.com**

Eric graduated with a degree in Computer Science in a time when technology was evolving fast. As such, Eric brings to the team the technical expertise in a broad spectrum of software and platforms. A real serious worker, Eric works best when listening to J-Pop while he works.

Now he is spending his time outside of work advancing his knowledge on computer hardware, and collecting anim DVD's.



**RYAN VALDEZ**
**IT SALES – Europe**
**Networking Division**
**ryan@iclns.com**

Ryan is the youngest in the sales team at 22 but is not without experience. He is always eager to learn new things and likes to be up to date of trends in the world of business.

There is much charm and grace as well in this enigmatic lady, Sasas charm emanates from her love of life, adventure and challenges. When confronted with difficulty she not one to back down. She will just easily take it as just one of lifes many exciting adventures.

He loves to watch movies and dine out on weekends. One thing about Ryan is that he is very open-minded and very approachable. He has created good relationships with his clients most of whom eventually became his good friends.

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use  |  Privacy Statement  |  Contact Us  |  **(852) 2851-2272**

Copyright 2004 ICL Network Solutions (HK) Ltd.

**ICL** Network Solutions hk, ltd.

| Home | Products | About Us | Online Store | Client Login | Shopping Cart |

Search: Part Number

**Ordering**
Ordering & Payment
Request for Quote
Specials
Shipping Info
FAQs

**Sell to Us**
Vendor Sign-up

**Solutions**
Ask Eric Now!

**About Us**
Company Profile
Sales Team
Contact Us

**Track your shipments now!**

Track Number:

Courier:
FedEx






# Frequently Asked Questions

## I. Common Questions by New Customers

### A. Ordering Online

1. How do I make an **Online Purchase** ?
2. What payment methods are acceptable ?
3. I do not have a credit card, is there another way to purchase items online ?
4. I do not have a PayPal account, where can I get one ?
5. I want to **Purchase Now**, what payment methods can I use ?
6. I want to do business on a regular basis and in bulk quantity, can I get more discounts ?
7. Your website did not ask for my credit card information, how does it handle the payments ?
8. I bought the wrong item, can I have it replaced ?
9. Where can I read about your ordering details ?
10. Where can I contact you for more specific information ?

### B. Shipment and Return Policy

1. How does the Purchase order processing work ?
2. Where can I read about your Return policy ?
3. I want to ship using my own courier/ freight forwarder instead of your company's regular shipper, is this possible ?
4. What condition are the items when shipped ?
5. Can I track shipments online ?
6. Does it cost me anything to track shipments online ?
7. Who can I contact if I have a problem with my order ?
8. How does the company handle refunds ?

**CISCO**
12000 SERIES LINE CARDS
ACCESSORIES
AIRONET
FIREWALLS
IP PHONES
NETWORK MODULES
PORT ADAPTERS
ROUTERS
SWITCHES
UNIVERSAL GATEWAYS

**3COM**
ROUTERS
SWITCHES
WIRELESS

**INTEL**
Ethernet Cards



## C. Other Questions

**1.** The items I need are not available in the website, what can I do ?
**2.** I would like to partner with your company, who can I contact ?
**3.** Does your Company accept trade-ins or used equipment ?

## D. Company Information

**1.** Where is your headquarters located ?
**2.** Since you operate from ASIA, isn't there any language barrier ?
**3.** Do you operate 24 hours ?

## II. Common Questions of existing users

## A. Registration

**1.** Is registration free of charge ?
**2.** What are the advantages of registering ?
**3.** How does the website handle my private information ?
**4.** If I registered as a user, will my email be used elsewhere ?
**5.** Where can I read further detail about your Terms and Conditions and Website Use Policy ?

## B. Modifying information

**1.** I need to change my contact details, where can I do that ?

## How do I make an Online Purchase ?

Placing an order online is easy. There is no need to create an account prior to selecting which products to buy. Using our secure online procurement system, you can shop online and opt to register with us later when you are ready to place an order. Click here to shop now .

We highly suggest however, that you register with us, (for free) to make your shopping experience customized to your needs. Registering will also provide you access to special deals and discounts , as well as announcement for spot opportunity offers that we regularly advise our customers.

 **HP-COMPAQ**

Assorted Parts
Compaq Proliant Servers
Controllers
CPU Upgrades
Disks
DLT/DAT's
Hard Drives
HP Procurve
Memory
Miscellaneous
Notebook memory
Server memory

**IBM RS6000**

Disk Arrays
Disk Drives
Drawer
Enterprise Servers
Features
Memories
Miscellaneous Parts
Servers
Tape Drives
Tower
Workgroup Servers

ICL Network Solutions: #1 IT Source in Asia - Computer Hardware

Workstations

☒ **Sun Microsystems**

Accessories
Controllers
CPU/Processors
Hard Drives
Memories
Network Cards
Sun Fire Servers
System Boards
Tape Drives

Back to Top

**What payment methods are acceptable ?**

We currently accept **Credit cards** (VISA, MASTERCARD, AMERICAN EXPRESS, and DISCOVER payments via PayPal ) for online purchases. Other forms of payment are accepted for International customers with existing accounts, or with orders requiring special attention. These include **Wire Transfer, Letter of Credit, Escrow Account Payment** among other financial instruments. These payment methods are however subject to bank scrutiny and approval.

We are working to enable more methods of payment that are best suited to every customer. If you wish to be notified and be reminded via special member announcements, please register here .

Back to Top

**I do not have a credit card, is there another way to purchase items online ?**

There are currently no alternative ways to purchase items online unless via credit cards thru PayPal.

You can opt to purchase items OFFLINE , using other financial instruments ( **Wire Transfer, Letter of Credit, Escrow Account Payment** ).

Back to Top

**How does purchasing offline work?**

You can opt to purchase items OFFLINE , using other financial instruments ( **Wire Transfer, Letter of Credit, Escrow Account Payment** ). You can proceed with selecting the items you want to buy and when you checkout, instead of clicking the PayPal logo, click Offline Payment. Your Order will be submitted to our representatives who will then contact you to discuss the payment options that will best work for your company.

Back to Top

**I do not have a PayPal account, where can I get one ?**

If you are not a registered PayPal user, please use this link to get an account.

Back to Top

**I want to Purchase Now, what payment methods can I use ?**

You can use **Wire Transfer, Letter of Credit, Escrow Account Payment** instead of an Online Payment. These offline payment options are as easy as paying via credit card. Simply submit the order online using the Offline Payment button and our representatives will contact you immediately to arrange which payment options best work for you.

I want to purchase offline, and want them to contact me now .

Back to Top

**I want to do business on a regular basis and in bulk quantity, can I get more discounts ?**

We offer discounts based on quantity and bulk orders, most especially for regular business. These prices are adjusted per project basis and are best suited for system integrators and bidding requirements with big volume requirements. Use this link to contact the sales person responsible for your region to setup an account for you.

Take me to that page now .

Back to Top

**Your website did not ask for my credit card information, how does it handle the payments?**

Payments thru PayPal only require your PayPal account. Since you have provided the credit card information via PayPal during PayPal registration, you do not need to provide the same again. Everything else is handled in the background to ensure security, user-friendly and hack-proof transactions.

Back to Top

**I bought the wrong item, can I have it replaced ?**

The website ensures that you confirm your purchase first prior to finalizing an order. This eliminates human error and buying any wrong item. Once you submit an order, it is routed to our servers and the respective departments and is deemed final.

For more detailed information please refer to our Terms and Conditions and Return Policy .

Back to Top

**Where can I read about your ordering details ?**

You can read about ordering details on the Ordering and Payment tab available in the side menu bar on he homepage.

Take me to that page now .

Back to Top

**Where can I contact you for more specific information ?**

It is best to contact the sales person responsible for your region.

Take me to that page now .

Back to Top

**How does the Purchase order processing work ?**

Proforma Invoices (Sales Invoices) are generated per Purchase order. A copy is provided for the customer by email and/or fax if the payment is other than online. For online purchases, a confirmation copy will be generated for you in the site, and another from PayPal. These will serve as your proof of payment. Please ensure to keep a copy for your purposes.

Please contact us if you are a new customer, and require further information.

Back to Top

## Where can I read about your Return policy ?

You can read about ordering details on the Ordering and Payment tab available in the side menu bar on he homepage.

Take me to that page now .

Back to Top

## I want to ship using my own courier/ freight forwarder instead of your company's regular shipper, is this possible ?

Yes! You have the option to use your preferred shipping partner, courier or forwarder. Just indicate the same in the shipment form provided and our representatives will take care of the rest.

Back to Top

## What condition are the items when shipped ?

Products are always new in unopened box unless specified as either refurbished, used, pulls, etc. Packaging is dependent on the manufacturer and brand as well as the condition of the item.

Back to Top

## Can I track shipments online?

Yes! You can track the shipments in REAL-TIME once you order. Our company places much value on communicating with the customer, that we want them to be kept updated and in control of their shipment all the time.

We allow real-time tracking for items shipped via United Parcel Service (UPS), United States Postal Service (USPS), Federal Express (FedEx), DHL World Wide Express

(DHL), Canada Post, and Airborne Express (Airborne).

Back to Top

## Does it cost me anything to track shipments online?

No. Tracking your own order is provided as a free value-added service from our Company.

I want to track my order now!

Back to Top

## Who can I contact if I have a problem with my order ?

Please contact our web sales customer service and we will handle them most urgently.

## How does the company handle refunds ?

All refunds are credits to customer accounts, and are not convertible to cash, unless under unique account and/or circumstances. This credit must be consumed within 90 days of its issuance or it will be nullified.

Back to Top

## The items I need are not available in the website, what can I do ?

If your requirements are unique and are unavailable online, do contact the salesperson assigned to your region for more detailed information. They will be more than happy to assist you in your project requirements.

I want to contact a sales person now .

Back to Top

## I would like to partner with your company, who can I contact ?

Send us email using this address and our representatives will contact you as soon as possible.

Back to Top

**Does your Company accept trade-ins or used equipment ?**

No. Unfortunately, we do not accept trade-ins at the moment. Used equipment on the other hand is subject to approval. If the list is substantial, you can submit the same using this form , and our representatives will contact you immediately.

Back to Top

**Where is your headquarters located ?**

**ICL Network Solutions(HK), Ltd .,** is a global company that works to provide its customers the very best in high-end storage and networking equipment in the market.

Our no. 1 strength lies in our location: ASIA . Here's our Headquarters Address:

**ICL NETWORK SOLUTIONS (HK), LTD.**

1601-1603 Kinwick Centre
32 Hollywood Road ,
Central, Hong Kong

**Tel:** (852) 2851-2272
**Fax:** (852) 2545-0550
**E-mail:** websales@iclns.com

Back to Top

**Since you operate from ASIA , isn't there any language barrier ?**

No. There is absolutely no language barrier. Our representatives are articulate speak perfect English.

We hire only the best people capable of solving complex problems. Further, the Asian culture brings in unmatched hospitality and service. They are trained thoroughly in the business and are most welcome to help you with your requirements.

Back to Top

## Do you operate 24 hours ?

Yes! Having situated operations in major business hubs primary of which is Hong Kong , including the UK , and the United States , the company operates virtually through all time zones and affords its customers an expansive sourcing reach for their requirements on a worldwide scale.

Back to Top

## Is registration free of charge ?

Yes! Registration is completely free of charge.

I want to register now !

Back to Top

## What are the advantages of registering ?

Registration provides you added services for free. These include access to special deals and company advisories and announcements. As our website is under continuous development, in the future, you will be allowed to repeat orders in a single click, view your account history as well as easily track your shipments online.

I want to register now !

Back to Top

## How does the website handle my private information ?

Your information is safe with ICL. All information is for internal use only and are not

sold or provided for third party companies. The website runs under high security and you can be certain that all your information is kept confidential.

Back to Top

**If I registered as a user, will my email be used elsewhere ?**

No. Your email is for login and contact reference use only. They are not to be provided for third party companies.

Back to Top

**Where can I read further detail about your Terms and Conditions and Website Use Policy ?**

Our Terms and Conditions, and Website Use Policy can be reached using this link:

Take me to that page now .

Back to Top

**I need to change my contact details, where can we do that ?**

You need to login first. Once inside your account, you have the option to change your contact details.

Back to Top

All SUN, Compaq, Cisco, 3COM, Hewlett Packard and IBM products and product service names mentioned herein and in linked pages are trademarks, or registered trademarks of their respective owners/companies or mark holders. ICL Network Solutions (HK) Ltd. is an independent dealer and is in no way affiliated with Sun Microsystems or any other company.

Conditions Of Use  |  Privacy Statement  |  Contact Us  |  **(852) 2851-2272**

Copyright 2004 ICL Network Solutions (HK) Ltd.

# TRADELOOP™
## Wholesale Trading Network

HOME    MY ACCOUNT    MY ITEMS    TRADING FLOOR    MEMBER DIRECTORY    BROADCAST

## Corporate Fact Sheet

About Us
Corporate Fact Sheet
Code of Ethics
Directions

**Company**
Tradeloop Corporation

**Year Established**
1995

**Headquarters**
15 New England Executive Park
Burlington, MA 01803
USA

**Values**
- Integrity - Providing a safe trading environment for dealers
- Dependability - Making the best use of technology for fast and reliable service
- Stability - Forging a 10-year track legacy of constant growth and a six year record of profitability
- Fairness - Partnering with the dealer community to set standards and monitor the trading ethics

**Mission**
Tradeloop's mission is to provide the largest and most respected online wholesale business to business marketplace for the secondary computer market, in order to make it easier for brokers, resellers, and other professional traders to safely and efficiently buy and sell wholesale computer parts and systems.

**Offerings**
An exclusive, safe and efficient online trading network for secondary computer dealers

**Market Focus**
Used, off-lease, refurbished computers, servers, component parts and peripherals

**Brand Partners**
Compaq, Sun, Cisco, IBM, Hewlett-Packard, Dell, Digital (DEC), Toshiba, Lucent, Intel, and thousands of small secondary computer dealers around the world

**Highlights**
- 1995 - Company founded.
- 1997 - First B2B web-based online trading floor launched
- 1998 - Digital Dealers Association endorses Tradeloop as official trading network
- 2000 - Tradeloop raises first round of investment capital
- 2001 - Tradeloop reaches profitability
- 2003 - Tradeloop acquires a competing site, VendorBase, from CNET Networks Inc

- 2005 - Tradeloop celebrates ten years in business, and continues steady growth and Profits

**Contacts**
http://www.tradeloop.com/contact/

Home | Sell Computers Parts | Computer Parts Database | Computer Wholesalers Directory | Wholesale Bulk Lots

© 1996-2005 Tradeloop Corporation. 15 New England Executive Park, Burlington, MA 01803. All rights reserved.     Terms of Service | About Us | Contact Us

*Used computer brokers on Tradeloop, along with used computer dealers, computer wholesalers, computer liquidators, self-maintainers, IT asset recovery companies, computer leasing companies, used computer refurbishers, and eBay Powersellers, buy and sell bulk used computers parts*

*Used computer dealers on Tradeloop trade bulk surplus computers, bulk used computers, containers of computer parts, wholesale bulk lots, and hard-to-find used computer parts*

# TRADELOOP™
**Wholesale Trading Network**

HOME | MY ACCOUNT | MY ITEMS | TRADING FLOOR | MEMBER DIRECTORY | BROADCAST

## About Tradeloop

About Us
Corporate Fact Sheet
Code of Ethics
Directions

**Tradeloop's Mission**
Tradeloop's mission is to provide the largest and most respected online wholesale business to business marketplace for the secondary computer market, in order to make it easier for brokers, resellers, and other professional traders to safely and efficiently buy and sell wholesale computer parts and systems.

**About Tradeloop**
For over ten years, Tradeloop has been the wholesale network of choice exclusively for secondary computer market computer brokers, resellers, and other professional traders. With thousands of members from nearly 100 countries around the world, Tradeloop members buy and sell used, off-lease, and refurbished systems, as well as bulk quantities and hard to find computer parts and components. Tradeloop is a safe place to trade because the Tradeloop ethics committee, a team of industry volunteers, responds to complaints to assure the ethical behavior of the membership. Additionally, Tradeloop is continually updating and perfecting current services, and creating new features, to continually improve the online trading process.

**The Tradeloop Team**
Tradeloop's team has more than 40 years combined computer industry experience. Founded in 1995 by CEO Rohi Sukhia, a EE graduate of Cornell University and Intel Corp. veteran, Tradeloop was funded by investors from Intel and some of the founders of Allaire Corporation. Along with Rohi, Michelle Verminski, a 14 year computer industry veteran, manages operations and customer support. Technical gurus Penney Robinson and Brian Sweeney oversee site development and technical operations.

Home | Sell Computers Parts | Computer Parts Database | Computer Wholesalers Directory | Wholesale Bulk Lots

Terms of Service | About Us | Contact Us

© 1996-2005 Tradeloop Corporation. 15 New England Executive Park, Burlington, MA 01803. All rights reserved.
*Used computer brokers on Tradeloop, along with used computer dealers, computer wholesalers, computer liquidators, self-maintainers, IT asset recovery companies, computer leasing companies, used computer refurbishers, and eBay Powersellers, buy and sell bulk used computers parts*
*Used computer dealers on Tradeloop trade bulk surplus computers, bulk used computers, containers of computer parts, wholesale bulk lots, and hard-to-find used computer parts*

ICL Network Solutions (HK), Ltd. Central Hongkong, Hong Kong Special Administrative Region of China on Tradeloop        Page 1 of 2

# TRADELOOP™
Wholesale Trading Network

HOME | MY ACCOUNT | MY ITEMS | TRADING FLOOR | MEMBER DIRECTORY | BROADCAST

## ICL Network Solutions (HK), Ltd. Profile Page

### Company Profile

**ICL Network Solutions (HK), Ltd.**   Send Email
Central Hongkong, Hong Kong Special Administrative Region of
China

No Logo Available
If you are ICL Network Solutions (HK), Ltd., click here to add it.

**Become a Wholesale Member**
**View Full Contact Info**
**Take a free trial**

**System Stats**
Member Since:                           **Jul 13, 2004**
Last Access:                          **12 hours ago**

**Ethics Complaints**        report a problem
There are no complaints against this company.

**Company Description & Comments**
No profile available for this member.

**Business Type:** Reseller - New Systems

**Manufacturer Specialties:** Cisco, Compaq, Hewlett-Packard, Intel, Sun, 3Com, Nortel

**Category Specialties:** Communications, Networking, Midrange, Telecom

**Business Founded:** unknown

**Number of Employees:** unknown

**Annual Revenue:** unknown

10/11/2005

Home | Sell Computers Parts | Computer Parts Database | Computer Wholesalers Directory | Wholesale Bulk Lots     Terms of Service | About Us | Contact Us

© 1996-2005 Tradeloop Corporation. 15 New England Executive Park, Burlington, MA 01803. All rights reserved.

*Used computer brokers on Tradeloop, along with used computer dealers, computer wholesalers, computer liquidators, self-maintainers, IT asset recovery companies, computer leasing companies, used computer refurbishers, and eBay Powersellers, buy and sell bulk used computers parts*

*Used computer dealers on Tradeloop trade bulk surplus computers, bulk used computers, containers of computer parts, wholesale bulk lots, and hard-to-find used computer parts*

FAX NO. : 18009631192                              Oct. 20 2003 02:43PM P1

# Integrated Compusystems (HK), Ltd.

1601-1603 Kinwick Centre,
32 Hollywood Road,
Central - Hong Kong
Ph: (852) 2815-4525

# Proforma Invoice

| Date | Number |
|------|--------|
| 10/21/03 | 1631 |

**Bill To**

COMPU AMERICA
5741-A Buckingham Parkway
Culver City CA 90230
ATTENTION: RANDI PELED

**Ship to**

COMPU AMERICA
5741-A Buckingham Parkway
Culver City CA 90230
ATTENTION: RANDI PELED

| P. O. NUMBER | TERMS | SHIP DATE | VIA | Ex-Works |
|--------------|-------|-----------|-----|----------|
| 1020RP1 | TT IN ADVANCE | ASAP | FEDEX | HK |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | J4858A | Procurve Gigabit SX-LC mini GBIC | $ 150.00 | $ 1,500.00 |
| 10 | J4859A | Procurve Gigabit LX-LC mini GBIC | $ 300.00 | $ 3,000.00 |
|  |  | NEW |  |  |

Account Name: Integrated Compusystems (HK) Ltd.
Account Number: 511-867145-
Bank Name: Hong Kong and Shanghai Banking Corporation
Bank Address: Main Branch, 1 Queen
Central Hong Kong
Swift Code: HSBC HKHH HKH

n behalf of Integrated Compusystems (HK) Ltd.

**TOTAL** 300.00

Boots Carmona
**Authorized Signatory**

Conforme:

Please Sign

e and risk of loss for the goods indentified in this Sales Order pass to the Buyer upon receipt by Seller of Buyer's payment in full. The Inter
ly to this contract. Payment by the Buyer constitutes the acceptance of the terms and conditions of this Sales Order which supercede and negot
ns or conditions previously proposed by either the Buyer or the Seller.

DITY CLAUSE: Price and availability for items specified herein will remain valid within 48 hours from confirmation of this Proforma Invoice. Bank-va
y needs to be submitted to us within 48 hours from confirmation hereof, otherwise, price and availability will be subject to our reconfirmation.

CELLATION PENALTY CLAUSE: A Penalty Fee equivalent to 10% of total will be charged when customer cancels Purchase Order prior to agreed upon ship
er is deemed valid and enforceable upon confirmation of Pro-forma Invoice. Upon confirmation, PO becomes non-cancelable until specified ship date.
grated Compusystems is unable to comply with ship date for reasons that are beyond its control, extension shall be subject to mutual agreement without pro
uty fees indicated herein.

131

**WELLS FARGO**

# Wire Transfer Services
# Outgoing Wire Transfer Request

## 1. General Information

Originating Bank Name: WELLS FARGO BANK          AU:

Date Transaction Requested: Month 10  Day 21  Year 2003

Transfer from Wells Fargo Account Number (Must be a Wells Fargo Bank checking, savings, market rate or wholesale checking account): 0503 - 504 844

Send Date if different than Date Requested: Month  Day  Year

U.S. Dollar Amount: FOUR THOUSAND FIVE HUNDRED & NO CENTS ONLY ($4,500.00)

Branch Must hold until send date indicated if date other than today.

**For Bank Use Only:**
Wire Transfer Fee Amount: the transfer from account will be charged a fee for processing this wire. $

Transaction Number/AISN

When not debiting the customer account directly the Wire in Process Accounts Funded by:
- [ ] Customer paid with cash
- [ ] Customer paid with check
- [ ] Non-customer $3,000.00 and over
- [ ] Customer paid through account other than checking, savings M/A,WDA,RTS,Hold on Account

For transfers not entered on Store Vision Teller or Cyber Agent – Memo Post information
Available Balance $          Memo Post Hold Time & Initials          Authorized by

## 2. Originator Information

Name: COMPUTER SUPERSTORE

Address: 5741-A BUCKINGHAM PARKWAY

City/State/Zip: CULVER CITY CA 90230

Phone: 310-642-8100   Tax ID/Secondary ID: 95-450 4840

## 3. International Wire Currency Information

Foreign Currency Name/Type (Note: Foreign currency (FX) will be used unless specified otherwise):

Foreign Currency Amount:          U.S. Dollar Equivalent:

**For Bank Use Only:**
Rate          Contract Number (Required if $15,000 and greater U.S. dollar equivalent)          FX Trader Contact

## 4. Beneficiary Information

Beneficiary/Receipt Name: INTEGRATED COMPUSYSTEMS (HK) LTD.

Beneficiary's Account Number: 511-867-345-838

Beneficiary's Address: 1601-1603 KINWICK CENTRE 32 HOLLYWOOD ROAD CENTRAL HONGKONG

Special Information for the Beneficiary: PAYMENT FOR INVOICE NO. 1631 DATED 10/21/03

## 5. Beneficiary Bank

Beneficiary Bank ABA or SWIFT Bank Identifier Code (BIC): SWIFT CODE - HSBC HKHH HKH

International Sort/Routing/Clearing Code (if applicable):

Beneficiary Bank Name: HSBC

Beneficiary Bank Address: MAIN BRANCH, 1 QUEENS ROAD    City: CENTRAL HONGKONG    State:    Country: HONGKONG

## 6. Intermediary Bank Information (if applicable – optional information)   Note: Routing may change depending on Wells Fargo's correspondent bank relationships

Intermediary Beneficiary Bank ABA or SWIFT BIC:          International Sort/Routing/Clearing Code (if applicable):

Intermediary Bank Name:          Beneficiary Bank's Account No. at Intermediary Bank:

Intermediary Bank Address:          City          State          Country

## 7. Customer Signature

My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions on the second page of this Request. Wells Fargo Bank is authorized to rely on the information on this Request in making the requested funds transfer.

X _____          Date 10/21/2003

## 8. Bank Approval/Exception Process

**Verification of Originator** (Telephone, Fax, written requests or business account, validate the originator's or authorized signer.)

Method of current action to verify callers authority to charge account for wire

Reason given for this type of order          Caller's immediate phone number          Caller's location
[ ] company  [ ] home  [ ] other

```
                        ** PURCHASE ORDER **                    PAGE:   1


  COMPU AMERICA                          P.O. NUMBER:  1020RP1
  5741-A BUCKINGHAM PARKWAY              ORDER DATE:  10/20/03
  CULVER CITY, CA
  90230

  (310) 642-8100                         VENDOR NO:  INTEGR


  VENDOR:                               SHIP TO:
  INTEGRATED COMPUSYSTEMS, LTD          COMPU AMERICA
  1601-1603 KINWICK CENTRE              5741-A BUCKINGHAM PKWY
  #32 HOLLYWOOD RD.                     Culver City       CA 90230
  CENTRAL HONG KONG
  CONFIRM TO:              FAX #:
  CHRISTINE M. MALONG      (632) 687-2540
---------------------------------------------------------------------------
REQUIRED DATE   SHIP VIA        F.O.B         TERMS
                INT'L PRIORITY  USE OUR FEDEX  WIRE TRANSFER
---------------------------------------------------------------------------
ITEM NO.              UNIT  ORDERED  RECEIVED  BACK ORD   UNIT COST      AMOUNT
---------------------------------------------------------------------------
J4858A                EACH     10        0         0       150.00     1,500.00
  PROCURVE GIGABIT SWITCH          WHSE: 000
J4859A                EACH     10        0         0       300.00     3,000.00
  HP PROCURVE GIGABIT               WHSE: 000

        FEDEX ACCOUNT NO.: 1847-22437

        BRACK DIZON
```

TT IN ADVANCE

```
                                        NET ORDER:    4,500.00
                                        SALES TAX:         .00
                                          FREIGHT:         .00
                                                      ----------
                                      ORDER TOTAL:    4,500.00
```

# Integrated Compusystems (HK), Ltd.

1601-1603 Kinwick Centre,
32 Hollywood Road,
Central - Hong Kong
Ph: (852) 2815-4525

## Proforma Invoice

| Date | Number |
|------|--------|
| 11/6/03 | 1671 |

**Bill To**

COMPU AMERICA
**5741-A Buckingham Parkway**
**Culver City CA 90230**
**ATTENTION: RANDI PELED**

Ship to

COMPU AMERICA
**5741-A Buckingham Parkway**
**Culver City CA 90230**
**ATTENTION: RANDI PELED**

| P. O. NUMBER | TERMS | SHIP DATE | VIA | Ex-Works |
|--------------|-------|-----------|-----|----------|
| 1105RP1 | TT IN ADVANCE | ASAP | FEDEX | HK |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | J4858A | HP Procurve 1000BSX Mini GBIC | $ 155.00 | $ 1,550.00 |
| 10 | CAB-SS530MT | MALE DTE TO SMART SERIAL RS-530CABL CAB | $ 15.00 | $ 150.00 |
| 4 | CISCO 2621XM | MID PERFORMANCE DUAL 10/100 ETHERNET | $ 1,670.00 | $ 6,680.00 |

Account Name:  Integrated Compusystems (HK), Ltd.
Account Number: 511-867145-838
Bank Name:  Hong Kong and Shanghai Banking Corporation
Bank Address:  Main Branch, 1 Queens Road,
Central Hong Kong
Swift Code: HSBC HKHH HKH

ENTERED

n behalf of Integrated Compusystems (HK) Ltd.

## TOTAL $    8,380.00

Boots Carmona
**Authorized Signatory**

Conforme:    **RANDI PELED**
Please Sign Over Printed Name

e and risk of loss for the goods incentified in this Sales Order pass to the Buyer upon receipt by Seller of Buyer's  payment in full.  The internal laws of the State of California
ly to this contract.  Payment by the Buyer constitutes the acceptance of the terms and conditions of this Sales Order which supercede and negate any inconsistent or additional
ns or conditions previously  proposed by either the Buyer or the Seller.

IDITY CLAUSE:  Price and availability for items specified herein will remain valid within 48 hours from confirmation of this Proforma Invoice.  Bank-validated wire confirmation
y needs to be submitted to us within 48 hours from confirmation hereof, otherwise, price and availability  will be subject to our reconfirmation.

ICELLATION PENALTY CLAUSE:  A Penalty Fee equivalent to 10% of total will be charged when customer cancels Purchase Order prior to agreed upon ship date.  Purchase
er is deemed valid and enforceable upon confirmation of Pro-forma Invoice.  Upon confirmation, PO becomes non-cancelable until specified ship date.  In any event that
grated Compusystems is unable to comply with ship date for reasons that are beyond its control, extension shall be subject to mutual agreement without prejudice to the
alty fees indicated herein.

128

# Wire Transfer Services
# Outgoing Wire Transfer Request

**WELLS FARGO**

## 1. General Information

Originating Bank Name: WELLS FARGO BANK    AU 0765

Date Transaction Requested: Month 11  Day 06  Year 2003

Transfer from Wells Fargo Account Number (Must be a Wells Fargo Bank checking, savings, market rate or wholesale checking account): 0503-308844

Send Date if different than Date Requested: Month 11  Day 07  Year 2003

Branch Must hold until send date indicated if date other than today.

U.S. Dollar Amount: EIGHT THOUSAND THREE HUNDRED EIGHTY ONLY    ($8,380.2°)

**For Bank Use Only:**

Wire Transfer Fee Amount the transfer from account will be charged a fee for processing this wire
$

Transaction Number/TRN

When not debiting the customer account directly. Wire transfer's Account is Funded:

☐ Customer paid with cash    ☐ Customer paid with check
☐ Non-customer $3,000.00 and over    ☐ Customer paid through account other than checking, savings MRA/WDDA/BTS or Wholesale Account

For transfers not entered on Store Vision Teller or Cyber Agent – Memo Post Information
Available Balance    Memo Post Hold Time & Initials    Authorized By    Authorized By Title
$

## 2. Originator Information

Name: COMPUTR SUPERSTORE

Address: 741-A BUCKINGHAM PARKWAY

City/State/Zip: CULVER CITY  CA  90230

Phone: 310-642-8100

Tax ID/Secondary ID #: 95-450 4840

## 3. International Wire Currency Information

Foreign Currency Name/Type (Note: Foreign currency (FX) will be used unless specified otherwise):

Foreign Currency Amount:

U.S. Dollar Equivalent:

**For Bank Use Only:**

Rate    Contract Number (Required if $15,000 and greater U.S. dollar equivalent)    FX Trader Contact

## 4. Beneficiary Information

Beneficiary/Receipt Name: INTEGRATED COMPU SYSTEMS (H.K) LTD

Beneficiary's Account Number: 511-867145-838

Beneficiary's Address: 1601-1603 KINWICK CENTRE 32 HOLYWOOD ROAD, CENTRAL HONG KONG

Special Information for the Beneficiary: INV 1671 dated 11/6/2003

## 5. Beneficiary Bank

Beneficiary Bank ABA or SWIFT Bank Identifier Code (BIC): SWIFT CODE - HSBC HKHH HKH

International Sort/Routing/Clearing Code (if applicable):

Beneficiary Bank Name: HSBC

Beneficiary Bank Address: MAIN BRANCH, 1 QUEENS ROAD

City: CENTRAL HONGKONG  State: HONGKONG  Country: HONGKONG

## 6. Intermediary Bank Information (if applicable – optional information)    Note: Routing may change depending on Wells Fargo's correspondent bank relationships

Intermediary Beneficiary Bank ABA or SWIFT BIC:

International Sort/Routing/Clearing Code (if applicable):

Intermediary Bank Name:

Beneficiary Bank's Account No. at Intermediary Bank:

Intermediary Bank's Address:    City    State    Country

## 7. Customer Signature

My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions on the second page of this Request. Wells Fargo Bank is authorized to rely on the information on this Request in making the requested funds transfer.

X _____    Date 11/06/2003

## 8. Bank Approval/Exception Process

**Verification of Originator**  Telephone Fax written requests of business account. Validate the originator is an authorized signer.

Method of identity/validation/verify issuer's authority to charge account for wire

Reason issuer cannot confirm issued name    Issuer's immediate or phone number

```
                      ** PURCHASE ORDER **
                                                      PAGE:  1

COMPU AMERICA
5741-A BUCKINGHAM PARKWAY           P.O. NUMBER:  1105RP1
CULVER CITY, CA                     ORDER DATE:  11/05/03
90230

 (310) 642-8100
                                       VENDOR NO:   INTEGR

VENDOR:
INTEGRATED COMPUSYSTEMS, LTD         SHIP TO:
1601-1603 KINWICK CENTRE             COMPU AMERICA
#32 HOLLYWOOD RD.                    5741-A BUCKINGHAM PKWY
CENTRAL HONG KONG                    Culver City          CA 90230
CONFIRM TO:              FAX #:
CHRISTINE M. MALONG      (632) 687-2540
```

| REQUIRED DATE | SHIP VIA INT'L PRIORITY | F.O.B LANDED | TERMS TT IN ADVANCE | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | RECEIVED | BACK ORD | UNIT COST | AMOUNT |
| 4858A | EACH | 10 | 0 | 0. | 155.00 | 1,550.00 |
| PROCURVE GIGABIT SWITCH | | | WHSE: 000 | | | |
| CAB-SS-530MT= | EACH | 10 | 0 | 0 | 15.00 | 150.00 |
| ISCO2621XM | EACH | 4 | 0 | 0 | 1,670.00 | 6,680.00 |
| CISCO 261XM | | | WHSE: 000 | | | |

```
          NOTE:
          THIS P.O. WAS REVISED DUE TO CHANGE IN THE QTY.
          OF CISCO2621XM (FROM 1 PC. TO 4 PCS.).

          BRACK DIZON
```

```
                                    NET ORDER:      8,380.00
                                    SALES TAX:           .00
                                    FREIGHT:             .00
                                                  -----------
                                    ORDER TOTAL:    8,380.00
```

130

FROM :                           FAX NO. :                    01 2004 02:40AM P4

# ICL NETWORK SOLUTIONS (HK), LIMITED

## Invoice

1601-1603 Kinwick Centre
32 Hollywood Road, Central Hong Kong
Phone: (852) 2851 2272

| Date | Number |
|------|--------|
| 6/30/2004 | 1025 |

| Bill To | Ship To |
|---------|---------|
| THE COMP. LTD. LLC<br>Attn: Jojo Alaras<br>450 North Oak St.<br>Inglewood CA 90302<br>USA | THE COMP. LTD. LLC<br>Attn: Jojo Alaras<br>450 North Oak St.<br>Inglewood CA 90302<br>USA |

| P.O. NUMBER | TERMS | SHIP DATE | VIA | EX WORKS |
|-------------|-------|-----------|-----|----------|
| 0030719 | TT In Advance | 6/30/2004 | Fedex | Hong Kong |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 50 | J4858A | HP Procurve 1600MX Mini 6SIC<br>Serial Nos.:168042022002, 168042022747,<br>168042022767, 168042022055, 168042022748,<br>168042022759, 168042022057, 168042022749,<br>168042022754, 168042022555, 168042022758,<br>168042022751, 168042022655, 168042022751,<br>168042022762, 168042022654, 168042022756,<br>168042022752, 168042022051, 168042022754,<br>168042022755, 168042022051, 168042022755,<br>168042022754, 168042022650, 168042022752,<br>168042022757, 168042022055, 168042022753,<br>168042022755, 168042022255, 168042022460,<br>168042022256, 168042022464, 168042022176,<br>168042025462, 168042022182, 168042022482,<br>168042022223, 168042022484, 168042022227,<br>168042022406, 168042022212, 168042022250,<br>168042022346, 168042022567, 168042022216,<br>168042022406, 168042022234 & 168042012480. | 120.00 | 6,000.00 |
| | | Country of Origin: China<br>Harmonized Code: 8473.30.9000<br>PRODUCTS ARE MADE OF PLASTIC AND ALLOY METAL<br>PRICES ARE IN U.S. DOLLAR | | |
| | | Warranty : 90 Days | | |

IN BEHALF OF ICL NETWORK SOLUTIONS (HK), LIMITED

| Total | $6,000.00 |
|-------|-----------|

Authorized Signature

Title and risk of loss for the goods identified in this invoice pass to the Buyer upon receipt by Seller of Buyer's payment in full. Buyer agrees to comply with US and Canada Export laws, and all laws of the importing country. Products should not be sold or diverted to any organizations, countries, or any end-users, whether your customer or your customer's customer who are involve or identified as engaging in activities related to nuclear / chemical / biological weapons or missile technology or other activities related to the proliferation or weapons of mass destruction. All such end-users / applications require Individual Validated Export Licenses (IVL's) from the US Department of Commerce. Payment by the Buyer constitutes the acceptance of the terms and conditions of this invoice which supersede any inconsistent or additional terms or conditions previously proposed by either the Buyer or the Seller.

RETURN CLAUSE: Our Return Merchandise Agreement (RMA) gives you a maximum of 30 days (or less depending on ICL Vendor's own policy, but not to go below 10 days) within which to return an item. Failure to comply will automatically render the item as sold and customer forfeits its right to return. The allowable time frame is valid from date of acceptance by ICL, for reasons such as factory defect, faulty performance (subject to test at depot), or wrong item delivered. Any reason other than what have been specified is subject to deliberation by ICL. Upon acceptance however, a restocking fee of 15% will be charged and shall be deemed payable prior to return. ICL will shoulder freight expense for all returned merchandise. An item for return that lapses into warranty will follow as validity period that which comes sooner.

146