P.2

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS CENTRAL DIVISION**

HEWLETT-PACKARD COMPANY, and
HEWLETT-PACKARD
DEVELOPMENT COMPANY, L.P.,

        Plaintiffs,

    v.

ICL NETWORK SOLUTIONS (HK),
LIMITED, and C2C TECHNOLOGY,
INCORPORATED,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-40153 FDS

**AFFIDAVIT OF BRYAN PHILLIPS IN SUPPORT OF OPPOSITION OF PLAINTIFFS HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. TO DEFENDANT ICL NETWORK SOLUTIONS (HK) LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

1

I, Bryan Phillips, hereby depose and state as follows:

1.    I am an Executive Vice President of C2C Technology, one of the defendants in this action.  I make this statement in support of the Opposition of Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively, "Hewlett-Packard") to Defendant ICL Network Solutions (HK) LTD's Motion to Dismiss for Lack of Personal Jurisdiction.  Except as otherwise indicated in this affidavit, the facts stated herein are known to me of my own personal knowledge and if called upon to do so, I could and would testify thereto.

2.    C2C Technology ("C2C") is a company organized under the laws of the state of Delaware with its place of business at 106 Carter Street, Suite 11C, Leominster, Massachusetts 01453.  C2C specializes in the sale of Networking products, including Hewlett-Packard products.

3.    In late 2004, I received an email from Christine Malong of ICL Network Solutions (HK) LTD's ("ICL"), a company that I learned used the address 1601-1603 Kinwick Centre, #32 Hollywood Road, Hong Kong.  In her email, Ms. Malong solicited C2C as a potential customer to purchase computer products from ICL.  In a subsequent email from Ms. Malong, also in late 2004, Ms. Malong informed me that Don Mabalot of ICL would serve as ICL's contact person for C2C.

4.    In December 2004, I began a series of email, instant messaging, and telephone communications with Mr. Mabalot in which he sought to sell various computer products to C2C. In the course of these communications, I understood from Mr. Mabalot that ICL was the same company as Integrated Compusystems, Ltd., which was also located at 1601-1603 Kinwick Centre, #32 Hollywood Road, Hong Kong, and Mr. Mabalot used the names ICL Network Solutions and Integrated Compusystems interchangeably in our communications.  As a result, C2C sometimes referred to this company as ICL Network Solutions and sometimes as Integrated Compusystems.  For example, the purchase orders subsequently generated by C2C for purchases from ICL all list the recipient as "Integrated Compusystems, LTD [/] Don Mabalot [/] 1601-1603 Kinwick Centre, [/] #32 Hollywood Road [/] Central Hong Kong SAR."  The invoices for these

2

purchases were on paper bearing ICL's name.   I do not know whether "ICL Networking Solutions" and "Integrated Compusystems" are in fact two separate companies with which Mr. Mabalot worked or different names that he used for the same entity.  For ease of understanding, I refer to both ICL Network Solutions and Integrated Compusystems as "ICL" in this Affidavit.

5.     From approximately December 2004 to September 2005, I had approximately 150 separate communications (over the phone, through instant messaging or email) with  Mr. Mabalot—most of them initiated by Mr. Mabalot—concerning the products ICL was offering for sale to C2C.  I am aware that my colleague and Account Executive, Jack Foley, similarly had numerous telephone, email and instant message communications with Mr. Mabalot— approximately 150 separate communications—during the same period concerning the products ICL was offering for sale.  Indeed, I was frequently (and, as far as I know, consistently) copied on emails exchanged between Mr. Mabalot and Mr. Foley.  I estimate that during the December 2004 to September 2005 period, either I or Mr. Foley communicated with Mr. Mabalot an average of at least once every business day, either by telephone or through instant messaging or email.

6.     In many of the emails, instant messages and telephone calls from Mr. Mabalot that I received during the December 2004 to September 2005 period, Mr. Mabalot offered for sale to C2C various types of computer products, including several different products purporting to be new, retail, and factory-sealed Hewlett-Packard products.  True and correct copies of a number of such emails are attached hereto as Exhibit A.   As reflected in some of the emails attached as Exhibit A, Mr. Mabalot's electronic signature states that he was the CFO and Operations Head of ICL.

7.     In February 2005, both Mr. Foley and I requested from Mr. Mabalot a letter from ICL certifying that ICL was supplying computer products to C2C.  We requested such a letter because we anticipated that this may be needed by the Massachusetts Higher Education Consortium, an entity to whom C2C hoped to resell computer products.  In late February 2005,

RECEIVED   OCT-11-05  10:45AM       FROM-                    TO-HOWARD,RICE,ET AL.(4      PAGE 04

Mr. Mabalot sent to C2C the requested certification letter, dated February 23, 2005, a true and correct copy of which is attached hereto as Exhibit B.

8.    Between December 2004 and July 2005, C2C purchased from ICL $295,870 worth of what I believed to be Hewlett-Packard new, retail, original, factory-sealed products, as detailed below.  This total accounts for all cancellations, short shipments and credited returns.  All of this merchandise was shipped by ICL in Hong Kong to our offices in Leominster, Massachusetts.

9.    In particular, on or about December 12, 2004, C2C purchased from ICL three units of memory modules bearing Hewlett-Packard trademarks for a total of $1,500.  A true and correct copy of the purchase order for this purchase is attached hereto as Exhibit C.

10.    On or about January 13, 2005, C2C purchased from ICL fifty units of memory bearing Hewlett-Packard trademarks for a total of $15,000.  A true and correct copy of the purchase order for this purchase is attached hereto as Exhibit D.

11.    On or about February 2, 2005, C2C purchased from ICL 1000 units of mini-GBICs bearing Hewlett-Packard trademarks for a total of $34,000.  A true and correct copy of the purchase order for this purchase is attached hereto as Exhibit E.  ICL shipped a partial order of 670 units (for $22,780) and C2C subsequently cancelled the remaining 330 units.

12.    On or about May 24, 2005, C2C purchased from ICL 125 units of hard drives bearing Hewlett-Packard trademarks for a total of $39,750.  A true and correct copy of the purchase order for this purchase is attached hereto as Exhibit F.

13.    On or about May 24, 2005, C2C purchased from ICL three units of hard drives bearing Hewlett-Packard trademarks for a total of $600.  A true and correct copy of the purchase order for this purchase is attached hereto as Exhibit G.  C2C subsequently cancelled two of the three units ordered.

14.    On or about June 7, 2005, C2C purchased from ICL 400 units of mini-GBICs bearing Hewlett-Packard trademarks for a total of $13,600.  A true and correct copy of the

4

purchase order for this purchase is attached hereto as Exhibit H.  C2C subsequently returned to ICL 300 of the 400 units.

15.    On or about June 17, 2005, C2C purchased from ICL 100 units of hard drives bearing Hewlett-Packard trademarks for a total of $47,500.  A true and correct copy of the purchase order for this purchase is attached hereto as Exhibit I.

16.    On or about June 23, 2005, C2C purchased from ICL fifty memory units bearing Hewlett-Packard trademarks for a total of $20,000.  A true and correct copy of the purchase order for this purchase is attached hereto as Exhibit J.

17.    On or about June 30, 2005, C2C purchased from ICL a total of 390 hard drive units bearing Hewlett-Packard trademarks  (190 units of HP Part No. 286778-B22 and 200 units of HP Part No. 286776-B22) for a total of $92,540 (the "June 30 Hard Drives")  A true and correct copy of the purchase order for the June 30 Hard Drives is attached hereto as Exhibit K.

18.    On or about July 14, 2005, C2C purchased from ICL fifty units of memory bearing Hewlett-Packard trademarks for a total of $19,000.  A true and correct copy of the purchase order for this purchase is attached hereto as Exhibit L.  One of the fifty units still is on backorder.

19.    On or about July 15, 2005, C2C purchased from ICL 120 hard drive units bearing Hewlett-Packard trademarks (HP Part No. 286778-B22) for a total of $34,200 (the "July 15 Hard Drives").  A true a correct copy of the purchase order for the July 15 Hard Drives is attached hereto as Exhibit M.

20.    True and correct copies of the ICL invoices reflecting the sale by ICL to C2C of some of the June 30 and July 15 Hard Drives are attached hereto as Exhibit N.  At the request of ICL, the payments to ICL by C2C for the June 30 and July 15 Hard Drives, totaling $126,740, were made by wire transfers to ICL's bank in located in Hong Kong.

21.    On or about July 22, 2005, C2C received from ICL by DHL Express the June 30 Hard Drives and the July 15 Hard Drives, totaling 510 hard drives bearing Hewlett-Packard trademarks.  True and correct copies of the DHL Express shipping invoices for these units are

5

attached hereto as Exhibit O.

22.    Upon receipt of the June 30 and July 15 Hard Drives in late July 2005, I examined some of them and concluded that these hard drives did not conform with Mr. Mabalot's description of them, in that they appeared not to be new, retail, factory-sealed Hewlett-Packard products. I spoke to Mr. Mabalot by telephone and informed him that the June 30 and July 15 Hard Drives were defective and that C2C wanted to return the units and receive a full refund of the $126,740 that C2C had paid to ICL for the June 30 and July 15 Hard Drives. In a subsequent telephone conversation, Mr. Mabalot informed me that ICL would not refund C2C for the June 30 and July 15 Hard Drives, but that ICL would assist C2C by trying to find another purchaser for these units. I informed Mr. Mabalot that it was the responsibility of ICL to find another purchaser for the June 30 and July 15 Hard Drives, that C2C would not participate in any such sale, and that C2C did not want ICL to disclose to the potential purchasers that C2C was in possession of the June 30 and July 15 Hard Drives. Mr. Mabalot stated to me that he planned to assign a Sales Representative to personally sell the June 30 and July 15 Hard Drives. Mr. Mabalot also asked me to keep the Hard Drives at Leominster, Massachusetts, and that he would sell them from there.

23.    On or about August 12, 2005, Mr. Mabalot informed me by telephone that he was in communication with Stuart Jeffries of Arbitech, a distributor of computer products with its office in Laguna Beach, California, and that he believed that Arbitech was a potential purchaser for the June 30 and July 15 Hard Drives. Mr. Mabalot informed me that Mr. Jeffries requested five samples of each of the two model of the hard drives, and Mr. Mabalot therefore requested that I send such samples directly to Mr. Jeffries at Arbitech. On August 18, 2005, I sent to Mr. Jeffries via Federal Express 10 units from the June 30 and July 15 Hard Drives (5 of each model), noting ICL as the sender since these Hard Drives were being sold by ICL, not C2C.

24.    On August 23, 2005, Mr. Mabalot informed me via email that Mr. Jeffries was interested in purchasing some of the June 30 and July 15 Hard Drives. A true and correct copy

6

of that email is attached hereto as Exhibit P. As reflected in that August 23, 2005 email, Mr. Mabalot informed me that he had spoken with "Stuart," that "Stuart" was interested purchasing in 180 units of HP Part No. 286778-B22 and 175 units of HP Part No. 286776-B22, and that "Stuart" wanted to inspect the units before purchasing them.

25.    On August 24, 2005, at Mr. Mabalot's request and in anticipation of the inspection by Mr. Jeffries, I arranged for Worcester County Air Freight, Inc. ("WCAF") to pick up and hold for inspection at its premises in Auburn 180 units of HP Part No. 286778-B22 and 175 units of HP Part No. 286776-B22 from the June 30 and July 15 Hard Drives that C2C purchased from ICL. I did not want them inspected at C2C because C2C was not the seller. A true and correct copy of the August 24, 2005 letter from me to WCAF reflecting the pick-up and storage arrangement of 355 units of the June 30 and July 15 Hard Drives is attached hereto as Exhibit Q.

26.    On September 6, 2005, I received a telephone call from Mr. Mabalot. In that conversation, Mr. Mabalot informed me that the sale to Mr. Jeffries had fallen through and that the June 30 and July 15 Hard Drives were being held at WCAF pursuant to a court order.

Signed under the pains and penalties of perjury that the foregoing is true and correct this _11_ th day of October, 2005

BRYAN PHILLIPS

RECEIVED    OCT-11-05  10:45AM        FROM-                TO-HOWARD,RICE,ET AL. (4      PAGE 08

-----Original Message-----
From: Don Mabalot [mailto:don@iclns.com]
Sent: Wednesday, January 05, 2005 10:34 AM
To: Bryan Phillips
Subject: HP/Compaq

Hi Bryan,

Good Morning!

Here are HP/Compaq items that you might be interested with:

358347-B21 - MOQ:  100 - $185
343057-B21 - NO MOQ - $3850
358349-B21 - MOQ:  5 - $1050

Leadtime:  1 week upon receipt of payment
Ex-works Singapore
All new
* Prices are always negotiable

Please let me know if you are interested with these items.

Thank you so much,

Don

-----Original Message-----
**From:** Don Mabalot [mailto:don@iclns.com]
**Sent:** Thursday, January 27, 2005 12:25 PM
**To:** Jack Foley
**Cc:** Bryan Phillips
**Subject:** PRODUCTS (Updated)

Hi Jack,

Kindly use the prices below as your basis:

**HP**
| | |
|---|---|
| Jetdirect620n | $300.00 |
| Jetdirect615n | $270.00 |
| J4858A | $34.00 |
| J4859A | $54.00 |

**COMPAQ (New Retail)**
| | |
|---|---|
| 128280-B21 | $370.00 |
| 187419-B21 | $270.00 |
| 201695-B21 | $740.00 |
| 202171-B21 | $490.00 |
| 202172-B21 | $1,200.00 |
| 286713-B22 | $270.00 |
| 286714-B22 | $380.00 |
| 300679-B21 | $250.00 |
| 300680-B21 | $475.00 |
| 300682-B21 | $1,600.00 |
| 300682-B21 (Infineon) | $1,300.00 |
| 300682-B21 (HY) | $1,250.00 |
| 343055-B21 | $420.00 |
| 343056-B21 | $850.00 |
| 343057-B21 | $3,850.00 |
| 358347-B21 | $185.00 |
| 358348-B21 | $420.00 |
| 358349-B21 | $675.00 |

**INTEL**
| | |
|---|---|
| PILA8460 (Bulk) | $15.00 |
| PILA8460B | $15.00 |
| PILA8460BN | $15.00 |
| PILA8460C3 (Bulk) | $15.00 |

**EXTREME**
| | |
|---|---|
| 10011 | $50.00 |
| 10013 | $150.00 |
| 10017 | $800.00 |
| 10051 | $100.00 |
| 10052 | $180.00 |
| 10053 | $1,900.00 |

**NORTEL**

| | |
|---|---|
| AA1419001 | $100.00 |
| AA1419002 | $300.00 |
| AA1419004 | $400.00 |
| AA1419013 | $120.00 |
| AA1419014 | $150.00 |
| AA1419033 | $600.00 |
| AA1419034 | $600.00 |
| AA1419035 | $600.00 |
| AA1419036 | $600.00 |
| AA1419037 | $600.00 |
| AA1419038 | $600.00 |
| AA1419039 | $600.00 |
| AA1419040 | $600.00 |

**FINISAR**

| | |
|---|---|
| FTR-8519-3 | $80.00 |
| FTR-1319-3A | $100.00 |
| FTR-1519 | $300.00 |
| FTRJ-8519P1-NL | $80.00 |
| FTRJ-8519-7D | $80.00 |
| FTRJ-1319P1-TL | $100.00 |
| FTRJ-1319-7D | $100.00 |
| FTRJ-1419P1-CL | $400.00 |

Best regards,
Don
ICL NETWORK SOLUTIONS (HK), LTD.
Ph: (852) 2851 2272
Fax no.: (852) 2545 0550
MSN: dondon5555@hotmail.com
URL: www.iclns.com

**Bryan Phillips**

| | |
|---|---|
| From: | Don Mabalot [don@iclns.com] |
| Sent: | Wednesday, May 11, 2005 7:58 AM |
| To: | Jack Foley |
| Cc: | Bryan Phillips |
| Subject: | HP/COMPAQ UPDATED PRICES EXCLUSIVELY FOR C2C |

Hi Jack,

As I have mentioned to you yesterday, I have here HP/Compaq products now with reduced prices all landed to you in MA:

### COMPAQ (New Retail)

| | |
|---|---|
| 300679-B21 | $238.00 |
| 300680-B21 | $420.00 |
| 300682-B21 | $1,300.00 |
| 300682-B21 (Infineon) | $1,300.00 |
| 300682-B21 (HY) | $1,250.00 |
| 343055-B21 | $338.00 |
| 343056-B21 | $700.00 |
| **343057-B21** | **$2,880.00** |
| **358347-B21** | **$128.00** |
| **358348-B21** | **$265.00** |
| **358349-B21** | **$618.00** |
| 128280-B21 | $370.00 |
| 187419-B21 | $270.00 |
| 201695-B21 | $740.00 |
| 202171-B21 | $490.00 |
| 202172-B21 | $1,200.00 |
| **286713-B22** | **$210.00** |
| **286714-B22** | **$285.00** |
| **286776-B22** | **$202.00** |

### HP
| | |
|---|---|
| Jetdirect620n / J7934A | $205.00  (MOQ 500 units) |
| J4858A | $32.00 |
| J4859A | $60.00 |
| J4860A | $310.00 |

I hope that we will be able to close some deals this week.  Thanks you very much.

Best regards,

**Don**
CFO and Operations Head
ICL NETWORK SOLUTIONS (HK), LTD.
Ph: (852) 2851 2272
Fax no.: (852) 2545 0550

1

MSN:  dondon5555@hotmail.com
YM: dpmabalot@yahoo.com
URL: www.iclns.com

## Bryan Phillips

| | |
|---|---|
| **From:** | Don Mabalot [don@iclns.com] |
| **Sent:** | Monday, May 23, 2005 7:51 AM |
| **To:** | Jack Foley |
| **Cc:** | Bryan Phillips |
| **Subject:** | HP/Compaq Stocklist |

Hi Jack,

HP/Compaq products now with betterprices all landed to you in MA:

**COMPAQ (New Retail)**

| | |
|---|---|
| 300679-B21 | $238.00 |
| 300680-B21 | $420.00 |
| 300682-B21 | $1,290.00 |
| 300682-B21 (Infineon) | $1,290.00 |
| 300682-B21 (HY) | $1,240.00 |
| 343055-B21 | $338.00 |
| 343056-B21 | $690.00 |
| 343057-B21 (Class A) | $2,780.00 |
| 343057-B21 (Class B) | $2,095.00 |
| 358347-B21 | $128.00 |
| 358348-B21 | $265.00 |
| 358349-B21 | $595.00 |
| 128280-B21 | $365.00 |
| 187419-B21 | $270.00 |
| 201695-B21 | $740.00 |
| 202171-B21 | $490.00 |
| 202172-B21 | $1,200.00 |
| 286713-B22 | $210.00 |
| 286714-B22 | $285.00 |
| 286776-B22 | $202.00 |

**HP**

| | |
|---|---|
| Jetdirect620n / J7934A | $205.00 (MOQ 500 units) |
| J4858A | $32.00 |
| J4859A | $60.00 |
| J4860A | $290.00 |

I hope that we will be able to close some deals this week. Thanks you very much.

Best regards,

**Don**
CFO and Operations Head
ICL NETWORK SOLUTIONS (HK), LTD.
Ph: (852) 2851 2272

9/13/2005

Fax no.: (852) 2545 0550
MSN: dondon5555@hotmail.com
YM: dpmabalot@yahoo.com
URL: www.iclns.com

**Bryan Phillips**

| | |
|---|---|
| **From:** | Don Mabalot [don@iclns.com] |
| **Sent:** | Monday, May 30, 2005 5:16 AM |
| **To:** | Jack Foley |
| **Cc:** | Bryan Phillips |
| **Subject:** | HP/Compaq Stocklist |

Hi Jack,

HP/Compaq products now with betterprices all landed to you in MA:

**COMPAQ (New Retail)**

| | | |
|---|---|---|
| 300679-B21 | $ | 238.00 |
| 300680-B21 | $ | 420.00 |
| 300682-B21 | $ | 1,290.00 |
| 300682-B21 (Infineon) | $ | 1,290.00 |
| 300682-B21 (HY) | $ | 1,240.00 |
| 343055-B21 | $ | 338.00 |
| 343056-B21 | $ | 690.00 |
| 343057-B21 (Class A) | $ | 2,780.00 |
| 343057-B21 (Class B) | $ | 2,095.00 |
| 358347-B21 | $ | 128.00 |
| 358348-B21 | $ | 265.00 |
| 358349-B21 | $ | 595.00 |
| 128280-B21 | $ | 365.00 |
| 187419-B21 | $ | 270.00 |
| 201695-B21 | $ | 740.00 |
| 202171-B21 | $ | 490.00 |
| 202172-B21 | $ | 1,200.00 |
| 286713-B22 | $ | 210.00 |
| 286714-B22 | $ | 285.00 |
| 286776-B22 | $ | 202.00 |
| 286778-B22 | $ | 345.00 |
| 347708-B22 | $ | 495.00 |

**HP**

| | | |
|---|---|---|
| Jetdirect620n / J7934A | $ | 205.00 (MOQ 500 units) |
| J4858A | $ | 32.00 |
| J4859A | $ | 60.00 |
| J4860A | $ | 290.00 |

I hope that we will be able to close some deals this week. Thanks you very much.

Best regards,

**Don**
CFO and Operations Head
ICL NETWORK SOLUTIONS (HK), LTD.
Ph: (852) 2851 2272
Fax no.: (852) 2545 0550
MSN: dondon5555@hotmail.com
YM: dpmabalot@yahoo.com
URL: www.iclns.com

**Bryan Phillips**

From:     Don [don@iclns.com]
Sent:     Tuesday, June 28, 2005 5:47 AM
To:       Bryan Phillips; Jack Foley
Subject: Updated HP/Compaq Stocklist

Hi Jack and Bryan,

Here below is our updated stocklist of HP/Compaq products

**COMPAQ (New Retail)**

| | | |
|---|---|---|
| 128280-B21 | $ | 370.00 |
| 187419-B21 | $ | 270.00 |
| 201694-B21 | $ | 265.00 |
| 201695-B21 | $ | 740.00 |
| 202171-B21 | $ | 490.00 |
| 202172-B21 | $ | 1,200.00 |
| 263825-B21 | $ | 185.00 |
| 273913-B21 | $ | 350.00 |
| 273915-B21 | $ | 560.00 |
| 274338-B21 | $ | 485.00 |
| 286713-B22 | $ | 205.00 |
| 286714-B22 | $ | 290.00 |
| 286716-B22 | $ | 485.00 |
| 286776-B22 | $ | 205.00 |
| 286778-B22 | $ | 305.00 |
| 287497-B21 | $ | 270.00 |
| 300678-B21 | $ | 145.00 |
| 300679-B21 | $ | 220.00 |
| 300680-B21 (SAMSUNG CHIPSET) | $ | 420.00 |
| 300682-B21 | $ | 1,350.00 |
| 311583-B21 | $ | 690.00 |
| 343055-B21 | $ | 320.00 |
| 343056-B21 | $ | 590.00 |
| 343057-B21 | $ | 2,900.00 |
| 358344-B21 | $ | 575.00 |

9/13/2005

| 358347-B21 | $ | 130.00 |
| 358348-B21 | $ | 295.00 |
| 358349-B21 | $ | 600.00 |
| 368152-B21 | $ | 575.00 |
| 371048-B21 | $ | 830.00 |
| 371049-B21 | $ | 2,420.00 |
| **HP** | | |
| Jetdirect620n / J7934A | $ | 300.00 |
| Jetdirect615n / J6057A | $ | 270.00 |
| J4131B | $ | 280.00 |
| J4858A | $ | 50.00 |
| J4859A | $ | 70.00 |
| J4860A | $ | 350.00 |

Thanks and best regards,

Don

9/13/2005



ICL Network Solutions (HK), Ltd.
http://www.icls.com

To Whom It May Concern:

This is to certify that **ICL Network Solutions (HK) Ltd**, a company incorporated and registered in Hong Kong, with postal address at 1601-1603 Kinwick Centre, #32 Hollywood Road, Central, Hong Kong, is supplying high-end computer products and peripherals to **C2C TECHNOLOGY**, a company based in Leominster, Massahussetts, USA.  ICL Network Solutions is an Independent Distributor for various IT Networking and Storage Products.

This certification is issued to C2C Technology for reference purposes.

Signed this 23rd day of February 2005 in Central, Hongkong.


ICL Network Solutions (HK) Limited
By:


DON P. MABALOT
CFO and Operations Head

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

**PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 000427 |
| Revision No. | 0 |
| Date | 12/17/2004 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mablot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:

Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan Phillips
106 Carter Street
Suite 11C
Leominster, MA 01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

Notes:

**Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight In | |

| ORDER DATE | TERMS |
|---|---|
| 12/17/2004 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-ACI-300680-B22<br>2GB Memory Module | 3 | EACH | 12/17/2004 | 500.00 | 1,500.00 |

C2C

Special Instructions:
Wire has already been sent and confirmed that Don has received it.

| TOTAL | 1,500.00 |
|---|---|

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

**PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 000462 |
| Revision No. | 1 |
| Date | 1/13/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mabalot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:

Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan P.
106 Carter Street
Unit 11c
Leominster, MA 01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

**Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight In | BRYAN PHILLIPS |

| ORDER DATE | TERMS |
|---|---|
| 1/13/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AHP-358348-B21 | 50 | EACH | 1/13/2005 | 300.00 | 15,000.00 |
| | HP 1GB 333MHZ DDR PC2700 REG ECC SDRAM DIMM | | | | | |

C2C

Special Instructions:

| | TOTAL | 15,000.00 |
|---|---|---|

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

**PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 000474 |
| Revision No. | 1 |
| Date | 2/2/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mablot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:

Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan P.
106 Carter Street
Unit 11C
Leominster, MA 01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

**Page 1 of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight In | BRYAN PHILLIPS |

| ORDER DATE | TERMS |
|---|---|
| 2/2/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AH-J4858A | 1,000 | EACH | 2/2/2005 | 34.00 | 34,000.00 |
| | J4858A 1000BASE SX GBIC ORIGINAL | | | | | |
| Notes: | MUST BE NEW HP ORIGINAL RETAIL PACKAGE | | | | | |

*only got 670 of 1,000 units cancelled the ones on Backorder with you as I no longer needed them*

Special Instructions:



 **TOTAL**    34,000.00

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

**PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 000571 |
| Revision No. | 0 |
| Date | 5/24/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mabalot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:

Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan Phillips
106 Carter Street
Suite 11C
Leominster, MA 01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

Notes:

**Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight Out | |

| ORDER DATE | TERMS |
|---|---|
| 5/24/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AHP-286776-B22<br>36.4GB Pluggable U320 SCSI UNI H/ Drive | 75 | EACH | 5/24/2005 | 200.00 | 15,000.00 |
| 2 | 1-AHP-347708-B22<br>146GB 50K Hard Drive Hot Plug | 50 | EACH | 5/24/2005 | 495.00 | 24,750.00 |

C2C

*Special Instructions:*
Product is new retail factory sealed.  Products cost is landed to us in Leominster, MA

| TOTAL | 39,750.00 |
|---|---|

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

**PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 000572 |
| Revision No. | 1 |
| Date | 5/24/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**BUY TO:**
Integrated Compusystems, Ltd
Don Mabalot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:
Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan Phillips
106 Carter Street
Suite 11C
Leominster, MA 01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

Notes:

**Page 1of 1**

| F.O.B POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight Out | |

| ORDER DATE | TERMS |
|---|---|
| 5/24/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AHP-286776-B22 | 3 | EACH | 5/24/2005 | 200.00 | 600.00 |
| | 36.4GB Pluggable U320 SCSI UNI H/ Drive | | | | | |

*1 oF 3 cancelled other 2 as they were put on Backorder by Don.*

*C2C*

Special Instructions:
Product is newretail factory sealed and the cost is landed to us in MA

| | TOTAL | 600.00 |
|---|---|---|

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA  01453
Phone:  (978) 537-6006
Fax:  (978) 964-0123

**PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 000590 |
| Revision No. | 0 |
| Date | 6/7/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mabalot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:
Fax:  (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan Phillips
106 Carter Street
Suite 11C
Leominster, MA  01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA  01453

Notes:

**Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight Out | |

| ORDER DATE | TERMS |
|---|---|
| 6/7/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AH-J4858A | 400 | EACH | 6/7/2005 | 34.00 | 13,600.00 |
| | J4858A 1000BASE SX GBIC ORIGINAL | | | | | |



100 sold
700 Returned





*Special Instructions:*
All product must be new retail factory sealed and the cost to us is $34 each landed in Leominster, MA

| TOTAL | 13,600.00 |
|---|---|

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

**PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 000599 |
| Revision No. | 0 |
| Date | 6/17/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mabalot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:
Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan Phillips
106 Carter Street
Suite 11C
Leominster, MA 01453
Morocco

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

Notes:

**Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight Out | |

| ORDER DATE | TERMS |
|---|---|
| 6/17/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AHP-347708-B22 146GB 50K Hard Drive Hot Plug | 75 | EACH | 6/17/2005 | 475.00 | 35,625.00 |
| 2 | 1-AHP-347708-B22 146GB 50K Hard Drive Hot Plug | 25 | EACH | 6/17/2005 | 475.00 | 11,875.00 |

*only received 24 of 25*
*1 on Backorder with Idms*

*Special Instructions:*
Product is new retail factory sealed and is $475 per unit landed in Leominster, MA

| TOTAL | 47,500.00 |
|---|---|



**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

## PURCHASE ORDER

| | |
|---|---|
| Purchase Order No. | 000603 |
| Revision No. | 0 |
| Date | 6/23/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mabalot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:

Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan Phillips
106 Carter Street
Suite 11C
Leominster, MA 01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

**Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER | |
|---|---|---|---|
| Origin | FedEx Int'l-Freight Out | | |

| ORDER DATE | TERMS |
|---|---|
| 6/23/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AHP-300680-B21<br>HP 2GB 266MHz DDr | 50 | EACH | 6/23/2005 | 400.00 | 20,000.00 |

*Special Instructions:*



| TOTAL | 20,000.00 |
|---|---|

013

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

## PURCHASE ORDER

| | |
|---|---|
| Purchase Order No. | 000612 |
| Revision No. | 2 |
| Date | 6/30/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mabalot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:

Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan Phillips
106 Carter Street
Suite 11C
Leominster, MA 01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

Notes:

**Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight Out | BRYAN PHILLIPS |

| ORDER DATE | TERMS |
|---|---|
| 6/30/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AHP-286776-B22 36.4GB Pluggable U320 SCSI UNI H/ Drive | 200 | EACH | 6/30/2005 | 191.00 | 38,200.00 |
| 2 | 1-AHP-286778-B22 72.8GB U320 SCSI 15KRPM | 190 | EACH | 6/30/2005 | 286.00 | 54,340.00 |

*Special Instructions:*
Product must be new retail factory sealed. All product is landed in Leominster, MA

| TOTAL | 92,540.00 |
|---|---|

**286776-B22**

7120lsh11d
7180lsh11d
7181lsh11d
7124lsh11d
706wlsh11d
7110lsh11d
707flsh11d
7173lsh11d
7133lsh11d
7167lsh11d
7118lsh11d
7138lsh11d
706qlsh11d
7121lsh11d
7145lsh11d
7130lsh11d
7135lsh11d
7151lsh11d
7131lsh11d
707dlsh11d
7134lsh11d
7153lsh11d
7115lsh11d
7155lsh11d
7117lsh11d
707klsh11d
7122lsh11d
7119lsh11d
7129lsh11d
7136lsh11d
7116lsh11d
706wlsh11d
7181lsh11d
7182lsh11d
7156lsh11d
7174lsh11d
7158lsh11d
7169lsh11d
7157lsh11d
7162lsh11d
7170lsh11d
7149lsh11d
7168lsh11d
7171lsh11d
7148lsh11d
7159lsh11d
7186lsh11d
707jlsh11d
7163lsh11d



198 units

7160lsh11d
7172lsh11d
7161lsh11d
7112lsh11d
7114lsh11d
7165lsh11d
7068lsh11d
7143lsh11d
7166lsh11d
7111lsh11d
7128lsh11d
7141lsh11d
7132lsh11d
7147lsh11d
7146lsh11d
7140lsh11d
7144lsh11d
7113lsh11d
707glsh11d
7154lsh11d
7125lsh11d
7359lsh11d
7392lsh11d
7347ssh11d
7354lsh11d
7347lsh11d
7069lsh11d
7347lsh11d
7347lsh11d
7347lsh11d
7347lsh11d
7347lsh11d
7354lsh11d
7309lsh11d
7403lsh11d
7371lsh11d
7327lsh11d
7362lsh11d
7307lsh11d
7301lsh11d
7330lsh11d
7305lsh11d
7329lsh11d
7374lsh11d
7393lsh11d
7302lsh11d
7325lsh11d
7335lsh11d
7321lsh11d
7311lsh11d

7361lsh11d
7341lsh11d
7300lsh11d
7364lsh11d
7368lsh11d
7353lsh11d
7309lsh11d
7312lsh11d
7244lsh11d
7343lsh11d
7338lsh11d
7410lsh11d
7322lsh11d
7379lsh11d
7317lsh11d
7304lsh11d
7283lsh11d
7326lsh11d
7347lsh11d
7332lsh11d
7319lsh11d
7409lsh11d
7383lsh11d
7381lsh11d
7314lsh11d
7127lsh11d
7152lsh11d
706elsh11d
7137lsh11d
7139lsh11d
7069lsh11d
7372lsh11d
7385lsh11d
7373lsh11d
7334lsh11d
7369lsh11d
7411lsh11d
7396lsh11d
7254lsh11d
7342lsh11d
7344lsh11d
7303lsh11d
7402lsh11d
7405lsh11d
7380lsh11d
7399lsh11d
7370lsh11d
7408lsh11d
7392lsh11d
7336lsh11d

7247lsh11d
7318lsh11d
7394lsh11d
7398lsh11d
7316lsh11d
7308lsh11d
7378lsh11d
7401lsh11d
7377lsh11d
7404lsh11d
7351lsh11d
7412lsh11d
7384lsh11d
7414lsh11d
7389lsh11d
7320lsh11d
7407lsh11d
7406lsh11d
7413lsh11d
7376lsh11d
7315lsh11d
7310lsh11d
7395lsh11d
7366lsh11d
7363lsh11d
7388lsh11d
7415lsh11d
7354lsh11d
7416lsh11d
7365lsh11d
7382lsh11d
7417lsh11d
7367lsh11d
7386lsh11d
7387lsh11d
7391lsh11d
7375lsh11d
7281lsh11d
7397lsh11d
7306lsh11d
7328lsh11d
7246lsh11d
7337lsh11d
7282lsh11d
7253lsh11d
7313lsh11d
7331lsh11d
7323lsh11d

**286778-B22**

7465lr928a
7005lsj13f
7011lsj13f
7013lsj13f
700alsj13f
700klsj13f
700ylsj13f
7007lsj13f
74e8lr928a
74adlr928a
74czlr928a
74cylr928a
748elr928a
7463lr928a
74a8lr928a
74aalr928a
74e3lr928a
700plsj13f
700ulsj13f
700qlsj13f
700mlsj13f
74aclr928a
74aflr928a
74a1lr928a
74e1lr928a
700flsj13f
7001lsj13f
7003lsj13f
7008lsj13f
7002lsj13f
700zlsj13f
700blsj13f
701tlsj13f
700elsj13f
702plsj13f
7D1plsj13f
701jlsj13f
701rlsj13f
701elsj13f
701slsj13f
700hlsj13f
7468lr928a
700dlsj13f
700vlsj13f
7006lsj13f
702llsj13f
702jlsj13f
7028lsj13f
700rlsj13f



190 units

702nlsj13f
74amlr928a
74crlr928a
746qlr928a
74cxlr928a
74a6lr928a
746ulr928a
74cblr928a
700clsj13f
700jlsj13f
701alsj13f
701flsj13f
701vlsj13f
74e2lr928a
74awlr928a
74aklr928a
74aslr928a
74atlr928a
74calr928a
74cclr928a
74cglr928a
74celr928a
74c5lr928a
702dlsj13f
700glsj13f
702alsj13f
701dlsj13f
702hlsj13f
7021lsj13f
702flsj13f
7029lsj13f
702clsj13f
702blsj13f
74cnlr928a
701llsj13f
701nlsj13f
7017lsj13f
700llsj13f
7025lsj13f
700nlsj13f
702elsj13f
7016lsj13f
700tlsj13f
700wlsj13f
7014lsj13f
700xlsj13f
7018lsj13f
74arlr928a
74ajlr928a
74aglr928a

701klsj13f
701clsj13f
7466lr928a
74a0lr928a
7467lr928a
746vlr928a
746wlr928a
74aylr928a
74aplr928a
74axlr928a
746flr928a
746glr928a
74a3lr928a
746dlr928a
746alr928a
74cvlr928a
746blr928a
7464lr928a
746klr928a
74a2lr928a
746tlr928a
74a9lr928a
74ahlr928a
74aqlr928a
74aulr928a
74a4lr928a
746ylr928a
701zlsj13f
7027lsj13f
701glsj13f
702mlsj13f
702klsj13f
700slsj13f
702glsj13f
701mlsj13f
74cllr928a
74cplr928a
7023lsj13f
7019lsj13f
7015lsj13f
7022lsj13f
7024lsj13f
701blsj13f
74ctlr928a
746hlr928a
746clr928a
74cjlr928a
74cmlr928a
74c6lr928a
74cdlr928a

74c3lr928a
701xlsj13f
701rlsj13f
7009lsj13f
74allr928a
746plr928a
7462lr928a
74a5lr928a
74ablr928a
746xlr928a
7004lsj13f
74cslr928a
74c7lr928a
74c9lr928a
746rlr928a
746llr928a
74c0lr928a
746nlr928a
74c4lr928a
701hlsj13f
7016lsj13f
701ulsj13f
7012lsj13f
700vlsj13f
705ylsj13f
701wlsj13f
74cklr928a
74cqlr928a
74chlr928a
74e0lr928a
7469lr928a
746mlr928a
74culr928a
74aelr928a
74azlr928a
74c1lr928a
746jlr928a
74c2lr928a
7460lr928a
746zlr928a
746slr928a

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA 01453
Phone: (978) 537-6006
Fax: (978) 964-0123

## PURCHASE ORDER

| | |
|---|---|
| Purchase Order No. | 000620 |
| Revision No. | 0 |
| Date | 7/14/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

**TO:**
Integrated Compusystems, Ltd
Don Mabalot
1601-1603 Kinwick Centre,
#32 Hollywood Road
Central Hong Kong
Hong Kong SAR

Phone:
Fax: (632) 687-2540

**SHIP TO:**
C2C TECHNOLOGY
Bryan Phillips
106 Carter Street
Suite 11C
Leominster, MA 01453

**BILL TO:**
C2C TECHNOLOGY
106 Carter Street
Unit 11C
Leominster, MA 01453

Notes: **Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | DHL International-Freight Out | |

| ORDER DATE | TERMS |
|---|---|
| 7/14/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AHP-300680-B21<br>HP 2GB 266MHz DDr | 50 | EACH | 7/14/2005 | 380.00 | 19,000.00 |

*1 still on Backorder with Ron at ICLWS* (handwritten)

C2C (handwritten)

Special Instructions:
Product is new retail factory sealed and the cost is $380 per unit landed in Leominster, MA

| TOTAL | 19,000.00 |
|---|---|

**C2C TECHNOLOGY**
106 Carter Street
Unit 11C
Leominster, MA  01453
Phone:  (978) 537-6006
Fax:  (978) 964-0123

| PURCHASE ORDER | |
|---|---|
| Purchase Order No. | 000623 |
| Revision No. | 0 |
| Date | 7/15/2005 |
| Order Type | Regular Order |
| Vendor ID | IN2540 |

## REPRINT - CLOSED

| TO: | SHIP TO: |
|---|---|
| Integrated Compusystems, Ltd<br>Don Mabalot<br>1601-1603 Kinwick Centre,<br>#32 Hollywood Road<br>Central Hong Kong<br>Hong Kong SAR | C2C TECHNOLOGY<br>Bryan Phillips<br>105 Carter Street<br>Suite 11C<br>Leominster, MA  01453 |
| | **BILL TO:** |
| Phone:<br>Fax  (632) 687-2540 | C2C TECHNOLOGY<br>105 Carter Street<br>Unit 11C<br>Leominster, MA  01453 |

Notes:

**Page 1of 1**

| F.O.B. POINT | SHIP VIA | BUYER |
|---|---|---|
| Origin | FedEx Int'l-Freight Out | |

| ORDER DATE | TERMS |
|---|---|
| 7/15/2005 | Wire Transfer |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | 1-AHP-286778-B22<br>72.8GB U320 SCSI 15KRPM | 120 | EACH | 7/15/2005 | 285.00 | 34,200.00 |

Special Instructions:
  Product is new retail factory sealed and is $285 per unit landed in Leominster, MA

| TOTAL | 34,200.00 |
|---|---|

**286778-B22**

705tlsj13f
705vlsj13f
705wlsj13f
704jlsj13f
704glsj13f
704mlsj13f
704flsj13f
704vlsj13f
704plsj13f
704zlsj13f
704slsj13f
7033lsj13f
7039lsj13f
703jlsj13f
7036lsj13f
703elsj13f
703flsj13f
7041lsj13f
7043lsj13f
704xlsj13f
706llsj13f
706hlsj13f
706glsj13f
7065lsj13f
705xlsj13f
706klsj13f
704rlsj13f
703rlsj13f
703blsj13f
7034lsj13f
703klsj13f
703dlsj13f
703nlsj13f
703ylsj13f
703wlsj13f
7031lsj13f
7035lsj13f
703vlsj13f
704hlsj13f
704tlsj13f
706flsj13f
7051lsj13f
706dlsj13f
706blsj13f
705plsj13f
705hlsj13f
705nlsj13f
706mlsj13f
703ulsj13f


120 units

703zlsj13f
703tlsj13f
703clsj13f
703xlsj13f
703qlsj13f
7042lsj13f
706nlsj13f
705elsj13f
7056lsj13f
7052lsj13f
7054lsj13f
704ulsj13f
7053lsj13f
704klsj13f
705jlsj13f
704ylsj13f
704qlsj13f
705clsj13f
7057lsj13f
705ylsj13f
703plsj13f
7067lsj13f
706alsj13f
705klsj13f
704elsj13f
7044lsj13f
704nlsj13f
704wlsj13f
7064lsj13f
704llsj13f
704dlsj13f
7049lsj13f
7061lsj13f
705blsj13f
7059lsj13f
7055lsj13f
7063lsj13f
705llsj13f
705flsj13f
705dlsj13f
704alsj13f
7045lsj13f
7046lsj13f
7047lsj13f
703alsj13f
7066lsj13f
7069lsj13f
7068lsj13f
7048lsj13f
704clsj13f

705zlsj13f
705mlsj13f
706clsj13f
705slsj13f
7062lsj13f
704blsj13f
705alsj13f
7058lsj13f
7038lsj13f
7037lsj13f
703hlsj13f
703mlsj13f
703slsj13f
703glsj13f
7032lsj13f
705glsj13f
706jlsj13f
705ulsj13f
705rlsj13f
705qlsj13f
703llsj13f

1601-03 Kinwick Centre
32 Hollywood Road, Central Hong Kong
Phone: (852) 2851 2872
Fax: (852) 2545 0550

| Date | Number |
|------|--------|
| 7/13/2005 | 1293 |

| Bill to | Ship to |
|---------|---------|
| C2C Technology<br>Attn: Mr. Bryan Phillips<br>106 Carter Street<br>Unit 11C, Leominster, MA 01453 USA<br>Phone: (978) 537-6006/Fax: (978) 964 0123 | C2C Technology<br>Attn: Mr. Bryan Phillips<br>106 Carter Street<br>Unit 11C, Leominster, MA 01453 USA<br>Phone: (978) 537-6006/Fax: (978) 964 0123 |

| PO NUMBER | TERMS | SHIP DATE | SHIP VIA | Ex WORKS |
|-----------|-------|-----------|----------|----------|
| 000612 | TT in Advance | 7/13/2005 | DHL | Hong Kong |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|-----------|-------------|------------|--------|
| 80 | 286776-B22 | 36GB 15K RPM Hard Disk Drive for ML570<br>Serial Nos.:<br>07GLSH11D, 7181LSH11D, 7067LSH11D, 7068LSH11D,<br>7069LSH11D, 706ELSH11D, 706QLSH11D,<br>706TLSH11D, 706WLSH11D, 707BLSH11D, 707FLSH11D,<br>7076LSH11D, 7077LSH11D, 707ILSH11D, 7113LSH11D,<br>7114LSH11D, 7115LSH11D, 7116LSH11D,<br>7117LSH11D, 7118LSH11D, 7119LSH11D, 7120LSH11D,<br>7121LSH11D, 7122LSH11D, 7124LSH11D,<br>7125LSH11D, 7127LSH11D, 7128LSH11D, 7129LSH11D,<br>7130LSH11D, 7131LSH11D, 7132LSH11D,<br>7133LSH11D, 7134LSH11D, 7135LSH11D, 7136LSH11D,<br>7137LSH11D, 7138LSH11D, 7139LSH11D,<br>7140LSH11D, 7141LSH11D, 7142LSH11D, 7143LSH11D,<br>7144LSH11D, 7145LSH11D, 7146LSH11D,<br>7147LSH11D, 7148LSH11D, 7149LSH11D, 7151LSH11D,<br>7152LSH11D, 7153LSH11D, 7154LSH11D,<br>7155LSH11D, 7156LSH11D, 7157LSH11D, 7158LSH11D,<br>7159LSH11D, 7160LSH11D, 7161LSH11D,<br>7162LSH11D, 7163LSH11D, 7165LSH11D, 7166LSH11D,<br>7167LSH11D, 7168LSH11D, 7169LSH11D,<br>7170LSH11D, 7171LSH11D, 7172LSH11D, 7173LSH11D,<br>7174LSH11D, 7180LSH11D, 7181LSH11D<br>7182LSH11D, 7186LSH11D & 7307LSH11D | 191.00 | 15,280.00 |
| | | Country of Origin: China<br><br>Harmonized Code: 8473.30.0000 | | |

IN BEHALF OF ICL NETWORK SOLUTIONS (HK), LTD.

Authorized Signatory

| | Total |
|---|---|
| 90 Days Warranty | |

Title and risk of loss for the goods identified in this Invoice pass to the Buyer upon receipt by Seller of Buyer's payment in full. Buyer agrees to comply with US and Canada Export laws, and all laws of the importing country. Products should not be sold or diverted to any organizations, countries, or any end-users, whether your customer or your customer's customer who are involve or identified as engaging in activities related to nuclear / chemical / biological weapons or missile technology or other activities related to the proliferation or weapons of mass destruction. All such end-users / applications require Individual Validated Export Licenses (IVL's) from the US Department of Commerce.  Payment by the Buyer constitutes the acceptance of the terms and conditions of this Invoice which supercede any inconsistent or additional terms or conditions previously proposed by either the Buyer or the Seller.

RETURN CLAUSE: Our Return Merchandise Agreement (RMA) gives you a maximum of 30 days (or less depending on ICL Vendor's own policy, but not to go below 15 days) within which to return an item. Failure to comply will automatically render the item as sold and customer forfeits its right to return. The allowable time frame is valid from date of acceptance by ICL for reasons such as factory defect, faulty performance (subject to test at depot), or wrong item delivered. Any reason other than what have been upon acceptance however, a restocking fee of 20% will be charged and shall be deliberation by ICL--upon acceptance however, a restocking fee of 20% will be charged and shall be An item for return that lapses into

FROM :                          FAX NO. :                          JUL. 15 2005 05:05PM P1

# ICL NETWORK SOLUTIONS (HK), LIMITED

## Invoice

1601-03 Kinwick Centre
32 Hollywood Road, Central Hong Kong
Phone: (852) 2851 2272
Fax: (852) 2545 0550

| Date | Number |
|------|--------|
| 7/15/2005 | 1296 |

| Bill to | Ship to |
|---------|---------|
| C2C Technology<br>Attn: Mr. Bryan Phillips<br>106 Carter Street<br>Unit 11C, Leominster, MA 01453 USA<br>Phone: (978) 537-6008/Fax: (978) 964 0123 | C2C Technology<br>Attn: Mr. Bryan Phillips<br>106 Carter Street<br>Unit 11C, Leominster, MA 01453 USA<br>Phone: (978) 537-6008/Fax: (978) 964 0123 |

| PO NUMBER | TERMS | SHIP DATE | SHIP VIA | Ex WORKS |
|-----------|-------|-----------|----------|----------|
| 000612 | TT in Advance | 7/15/2005 | DHL | Hong Kong |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|-----------|-------------|------------|--------|
| 90 | 286778-B22 | 72.8GB U320 SCSI 15KRPM | 286.00 | 25,740.00 |
| | | 202BLSJ13F, 7001LSJ13F, 7002LSJ13F, 7003LSJ13F, 7004LSJ13F, 7005LSJ13F | | |
| | | 7006LSJ13F, 7007LSJ13F, 7008LSJ13F, 7009LSJ13F, 700ALSJ13F, 700BLSJ13F | | |
| | | 700CLSJ13F, 700DLSJ13F, 700ELSJ13F, 700FLSJ13F, 700GLSJ13F, 700HLSJ13F | | |
| | | 700JLSJ13F, 700KLSJ13F, 700LLSJ13F, 700MLSJ13F, 700NLSJ13F, 700PLSJ13F | | |
| | | 700QLSJ13F, 700RLSJ13F, 700SLSJ13F, 700TLSJ13F, 700ULSJ13F, 700VLSJ13F | | |
| | | 700VLSJ13F, 700WLSJ13F, 700XLSJ13F, | | |
| | | 7009LSJ03F, 7010LSJ13F, 7011LSJ13F | | |
| | | 7012LSJ13F, 7013LSJ13F, 7014LSJ13F, 7015LSJ13F, 7016LSJ13F, 7016LSJ13F | | |
| | | 7017LSJ13F, 7018LSJ13F, 7019LSJ13F, 701ALSJ13F, 701BLSJ13F, 701CLSJ13F | | |
| | | 701DLSJ13F, 701ELSJ13F, 701FLSJ13F, 701GLSJ13F, 701HLSJ13F, 701JLSJ13F | | |
| | | 701KLSJ13F, 701LLSJ13F, 701MLSJ13F, | | |
| | | 701NLSJ13F, 701PLSJ13F, 701QLSJ13F | | |
| | | 701RLSJ13F, 701SLSJ13F, 701TLSJ13F, 701ULSJ13F, 701VLSJ13F, 701WLSJ13F | | |
| | | 701XLSJ13F, 701YLSJ13F, 701ZLSJ13F, 7022LSJ13F, 7023LSJ13F, 7024LSJ13F | | |
| | | 7025LSJ13F, 7027LSJ13F, 7028LSJ13F, 7029LSJ13F, 702ALSJ13F, 702CLSJ13F | | |

IN BEHALF OF ICL NETWORK SOLUTIONS (HK), LTD.

## Total

Authorized Signatory

90 Days Warranty

Title and risk of loss for the goods described in this invoice pass to Seller upon receipt by Seller of Buyer's payment in full. Buyer agrees to comply with US and Canada Export laws, and all laws of the importing country. Products should not be sold or diverted to any organizations, countries, or any end-users, whether your customer or your customer's customer who are involve or identified as engaging in activities related to nuclear / chemical / biological weapons or missile technology or other activities related to the proliferation of weapons of mass destruction. All such end-users / applications require individual Validated Export Licenses (IVL's) from the US Department of Commerce. Payment by the Buyer constitutes the acceptance of the terms and conditions of this Invoice which supercede any inconsistent or additional terms or conditions previously proposed by either the Purchaser or the Seller.

32 Hollywood Road, Central Hong Kong
Phone: (852) 2851 2272
Fax: (852) 2545 0550

| | Date | Number |
|---|---|---|
| | 7/15/2005 | 1296 |

**Bill to**

C2C Technology
Attn: Mr. Bryan Phillips
106 Carter Street
Unit 11C, Leominster, MA 01453 USA
Phone: (978) 537-6006/Fax: (978) 964 0123

**Ship to**

C2C Technology
Attn: Mr. Bryan Phillips
106 Carter Street
Unit 11C, Leominster, MA 01453 USA
Phone: (978) 537-6006/Fax: (978) 964 0123

| PO NUMBER | TERMS | SHIP DATE | SHIP VIA | Ex WORKS |
|---|---|---|---|---|
| 000612 | TT in Advance | 7/15/2005 | DHL | Hong Kong |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | 702DLSJ13F, 702ELSJ13F, 702FLSJ13F, 702GLSJ13F, 702HLSJ13F, 702ILSJ13F 702JLSJ13F, 702KLSJ13F, 702LLSJ13F, 702MLSJ13F, 702NLSJ13F & 702PLSJ13F | | |

IN BEHALF OF ICL NETWORK SOLUTIONS (HK), LTD.

_____
**Authorized Signatory**

**90 Days Warranty**

**Total**

Title and risk of load for the goods identified in this invoice pass to the Buyer upon receipt by Seller of Buyer's payment in full. Buyer agrees to comply with US and Canada Export laws, and all laws of the importing country. Products should not be sold or diverted to any organizations, countries, or any end-users, whether your customer or your customer's customer who are involve or identified as engaging in activities related to nuclear / chemical / biological weapons or missile technology or other activities related to the proliferation or engagement of mass destruction. All work and terms / conditions apply. By default of the terms / conditions of this invoice which supercede any inconsistent or additional terms or conditions previously proposed by either the Buyer or the Seller.

**RETURN CLAUSE:** Our Return Merchandise Agreement (RMA) gives you a maximum of 30 days (or less depending on ICL Vendor's own policy, but not to go below 15 days) within which to return an item. Failure to comply will automatically render the item as sold and customer forfeits its right to return. The allowable time frame is valid from date of acceptance by ICL, for reasons such as factory defect, faulty performance (subject to test at depot), or wrong item delivered. Any reason other than what have been specified is subject to deliberation by ICL---upon acceptance however, a restocking fee of 20% will be charged and shall be deemed payable prior to return. You will be held liable for freight of items returned and for subsequent replacement.

St. Hollywood Road, Central Hong Kong
Phon:: (852) 2851 2272
Fax: (852) 2545 0550

| | Date | Number |
|---|---|---|
| | 7/15/2005 | 1296 |

| Bill to | Ship to |
|---|---|
| C2C Technology<br>Attn: Mr. Bryan Phillips<br>106 Carter Street<br>Unit 11C, Leominster, MA 01453 USA<br>Phone: (978) 537-6006/Fax: (978) 964 0123 | C2C Technology<br>Attn: Mr. Bryan Phillips<br>106 Carter Street<br>Unit 11C, Leominster, MA 01453 USA<br>Phone: (978) 537-6006/Fax: (978) 964 0123 |

| PO NUMBER | TERMS | SHIP DATE | SHIP VIA | Ex WORKS |
|---|---|---|---|---|
| 000612 | TT in Advance | 7/15/2005 | DHL | Hong Kong |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Country of Origin: China<br><br>Harmonized Code: 8473.30.0000<br><br>PRODUCTS ARE MADE OF PLASTIC AND ALLOY METAL<br><br>PRICES ARE IN U.S. DOLLAR | | |

**IN BEHALF OF ICL NETWORK SOLUTIONS (HK) LTD.**

Authorized Signatory

90 Days Warranty

**Total** $25,740.00

Title and risk of loss for the goods identified in this invoice pass to the Buyer upon receipt by Seller of Buyer's payment in full. Buyer agrees to comply with US and Canadian laws, and all laws of the importing country. Products should not be sold or diverted to any organizations, countries, or any end-users, whether your customer or your customer's customer who are involve or identified as engaging in activities related to nuclear / chemical / biological weapons or missile technology or other activities related to the proliferation or weapons of mass destruction. All such end-users / applications require Individual Validated Export Licenses (IVL's) from the US Department of Commerce. Payment by the Buyer constitutes the acceptance of the terms and conditions of this Invoice which supercede any inconsistent or additional terms or conditions previously proposed by either the Buyer or the Seller.

RETURN CLAUSE: Our Return Merchandise Agreement (RMA) gives you a maximum of 30 days (or less depending on ICL Vendor's own policy, but not to go below 15 days) within which to return an item. Failure to comply will automatically render the item as sold and customer forfeits its right to return. The allowable time frame is valid from date of acceptance by ICL, for reasons such as factory defect, faulty performance (subject to test at depot), or wrong item delivered. Any reason other than what have been specified is subject to deliberation by ICL upon acceptance however, a restocking fee of 20% will be charged and shall be

Ø027

1601-03 Kinwick Centre
32 Hollywood Road, Central Hong Kong
Phone: (852) 2851 2272
Fax: (852) 2545 0550

| Date | Num |
|------|-----|
| 7/16/2005 | 129 |

| Bill to | Ship to |
|---------|---------|
| C2C Technology<br>Attn: Mr. Bryan Phillips<br>106 Carter Street<br>Unit 11C, Leominster, MA 01453 USA<br>Phone: (978) 537-6006/Fax: (978) 964 0123 | C2C Technology<br>Attn: Mr. Bryan Phillips<br>106 Carter Street<br>Unit 11C, Leominster, MA 01453 USA<br>Phone: (978) 537-6006/Fax: (978) 964 ( |

| PO NUMBER | TERMS | SHIP DATE | SHIP VIA | Ex W |
|-----------|-------|-----------|----------|------|
| 000612 | TT in Advance | 7/16/2005 | DHL | Hong |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AN |
|-----|-----------|-------------|------------|-----|
| 119 | 286776-B22 | 36GB 15K RPM Hard Disk Drive for ML570 | 191.00 | 22 |

Country of Origin: China

Harmonized Code: 8473.30.0000

**PRODUCTS ARE MADE OF PLASTIC AND ALLOY METAL**

**PRICES ARE IN U.S. DOLLAR**

IN BEHALF OF ICL NETWORK SOLUTIONS (HK) LTD.

Authorized Signatory                         90 Days Warranty

| Total | $22,7 |
|-------|-------|

Title and risk of loss for the goods identified in this invoice pass to the Buyer upon receipt by Seller of Buyer's payment in f
Buyer agrees to comply with US and Canada Export laws, and all laws of the importing country. Products should not be so
diverted to any organizations, countries, or any end-users, whether your customer or your customer's customer who are in
identified as engaging in activities related to nuclear / chemical / biological weapons or missile technology or other activit
related to the proliferation or weapons of mass destruction. All such end-users / applications require Individual Validated
Licenses (IVL's) from the US Department of Commerce. Payment by the Buyer constitues the acceptance of the terms and
conditions of this Invoice which supercede any inconsistent or additional terms or conditions previously proposed by eithe
Buyer or the Seller.

RETURN CLAUSE: Our Return Merchandise Agreement (RMA) gives you a maximum of 30 days (or less depending on ICL v
own policy, but not to go below 15 days) within which to return an item. Failure to comply will automatically render the it
sold and customer forfeits its right to return. The allowable time frame is valid from date of acceptance by ICL, for reason
factory defect, faulty performance (subject to test at depot), or wrong item delivered. Any reason other than what have be
specified is subject to deliberation by ICL---upon acceptance however, a restocking fee of 20% will be charged and shall b
deemed payable prior to return. ICL will shoulder freight expense for all returned merchandise. An item for return that lat



PG  1 OF 1

| 14956316 | 07-21-05 | LAX.7505072 |
|---|---|---|
| 1840029 | AEK75050720 | 07-17-05 |
| 01 | 11-365440100 | C2C TECHNOLOGY IN |

TO:   C2C TECHNOLOGY INC
      106 CARTER ST/#11C
      LEOMINISTER MA  01453

| 1952037953 | RPM HARD DISK DRIVE | | | 12 | 142.00 | HKG | MXG |

SHIPPER:  ICL NETWORK SOLUTIONS (H

| 8471.70.4095 | 119 | 22720.00 | 0 | 0.0 |
|---|---|---|---|---|
| | 0.00 | | 0 | 0.0 |
| | 0.00 | | 0 | 0.0 |

1601-03 KINWICK CTR
32 HOLLWOOD RD
CENTRAL HONG KONG,

CONSIGNEE: C2C TECHNOLOGY
           106 CARTER STREET
           LEOMINSTER,MA 01453

SHIPPER:

CONSIGNEE:

| Customs MPF | 47.71 |
|---|---|
| Duty Advance Fee | 5.00 |
| Single Transaction | 40.00 |

IF YOU ARE THE IMPORTER OF RECORD, PAYMENT TO THE BROKER WILL NOT RELIEVE YOU OF LIABILITY FOR CUSTOMS CHARGES (DUTIES, TAXES OR OTHER DEBTS OWED) CUSTOMS IN THE EVENT THE CHARGES ARE NOT PAID BY THE BROKER.  THEREFORE, IF YOU PAY BY CHECK, CUSTOMS CHARGES MAY BE PAID WITH A SEPARATE CHECK PAYABLE TO THE "U.S. CUSTOMS SERVICE" WHICH SHALL BE DELIVERED TO CUSTOMS BY THE BROKER.

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.

DHL EXPRESS (USA) INC. HAS A POLICY AGAINST PAYMENT, SOLICITATION OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT OF 1984.

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS LISTED ON REVERSE SIDE

Please Pay This Amount          $92.71   PLEASE REMIT TO: DHL EXPRESS (USA), INC, P.O. BOX 4723, HOUSTON, TX 77210-4728    ORIGINAL INVOICE



## CUSTOMS DUTY INVOICE

REMITTANCE   **DHL EXPRESS (USA), INC**
ADDRESS      **P.O. BOX 4723**
ONLY         **HOUSTON, TX 77210-4723**

BILLING INQUIRIES 1-800-722-0081   *THANK YOU FOR SHIPPING WITH DHL*



| 14956316 | 1840029 | 07-21-05 | $92.71 |
|---|---|---|---|

C2C TECHNOLOGY INC
106 CARTER ST/#11C
LEOMINISTER MA  01453

TERMS: PAYABLE UPON  RECEIPT

**DHL** EXPRESS

PG 1 OF 1

| | | 11691723 | 07-22-05 | JFK.7055995 |
|---|---|---|---|---|
| | | 1840029 | AEK70559956 | 07-15-05 |
| | | 01 | 11-365440100 | C2C TECHNOLOGY INC |

TO: C2C TECHNOLOGY INC
106 CARTER ST/#11C
LEOMINISTER MA 01453

| 1850935785 | COMPUTER PARTS;HARD DISK DRIVES | | | 8 | 117.00 | HKG | MXG |
|---|---|---|---|---|---|---|---|
| | 8473.30.5000 | 0.00 | 15280.00 | 0 | | 0.00 |

SHIPPER: FCL NETWORK SOLUTIONS (H
1601-1603 KINWICK CENTRE
CENTRAL HONG KONG,HK

| | 0.00 | | 0 | 0.00 |
|---|---|---|---|---|
| | 0.00 | | 0 | 0.00 |

CONSIGNEE: C2C TECHNOLOGY
106 CARTER STREET

LEOMINSTER,MA 01453

SHIPPER:

CONSIGNEE:



| Customs MPF | 32.09 |
|---|---|
| Duty Advance Fee | 5.00 |
| Single Transaction | 64.00 |

IF YOU ARE THE IMPORTER OF RECORD, PAYMENT TO THE BROKER WILL NOT RELIEVE YOU OF LIABILITY FOR CUST CHARGES, DUTIES, TAXES OR OTHER DEBTS OWED CUSTOMS. IN THE EVENT THE CHARGES ARE NOT PAID BY THE BROKER, THEREFORE, IF YOU PAY BY CHECK, CUSTOMS CHARGES MAY BE PAID WITH A SEPARATE CHECK PAYABL THE "U.S. CUSTOMS SERVICE" WHICH SHALL BE DELIVERED TO CUSTOMS BY THE BROKER.

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED I CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.

DHL EXPRESS (USA) INC. HAS A POLICY AGAINST PAYMENT, SOLICITATION OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT OF 1984.

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS LISTED ON REVERSE SIDE

Please Pay This Amount    $101.09    PLEASE REMIT TO: DHL EXPRESS (USA), INC, P.O. BOX 4723, HOUSTON, TX 77210-4723    ORIGINAL INVOI

---

**DHL** EXPRESS

## CUSTOMS DUTY INVOICE

REMITTANCE ADDRESS ONLY

DHL EXPRESS (USA), INC
P.O. BOX 4723
HOUSTON, TX 77210-4723

BILLING INQUIRIES 1-800-722-0081



*THANK YOU FOR SHIPPING WITH DHL*

| 11691723 | 1840029 | 07-22-05 | $101.09 |
|---|---|---|---|

C2C TECHNOLOGY INC
106 CARTER ST/#11C
LEOMINISTER MA 01453

TERMS: PAYABLE UPON RECEIPT



**DHL EXPRESS**

PG 1 OF 1

| 14955799 | 07-22-05 | LAX.7504/65 |
|---|---|---|
| 1840029 | AEK75047650 | 07-15-05 |
| 01 | 11-365440100 | C2C TECHNOLOGY |

TO: C2C TECHNOLOGY INC
106 CARTER ST/#11C
LEOMINSTER MA 01453

| 1952037942 | COMPUTER SPARE PARTS | | | 15 | 125.00 | HKG | MKG |
|---|---|---|---|---|---|---|---|

SHIPPER: ICL NETWORK SOLUTIONS (H
SUITE 1601-03 KINWICK CT
32 HOLLWOOD RD
CENTRAL HK,

| 8473.30.5000 | 0.00 | 25740.00 | 0$ | 0 |
|---|---|---|---|---|
| | 0.00 | | 0$ | 0 |
| | 0.00 | | 0$ | 0 |

CONSIGNEE: C2C TECHNOLOGY
106 CARTER ST

VEOMINSTER,MA 01453

SHIPPER:

CONSIGNEE:

Customs MPF          54.05
Duty Advance Fee      5.00
Single Transaction   40.00

IF YOU ARE THE IMPORTER OF RECORD, PAYMENT TO THE BROKER WILL NOT RELIEVE YOU OF LIABILITY FOR CU
CHARGES (DUTIES, TAXES OR OTHER DEBTS OWED CUSTOMS) IN THE EVENT THE CHARGES ARE NOT PAID BY TH
BROKER. THEREFORE, IF YOU PAY BY CHECK, CUSTOMS CHARGES MAY BE PAID WITH A SEPARATE CHECK PAYAB
THE "U.S. CUSTOMS SERVICE" WHICH SHALL BE DELIVERED TO CUSTOMS BY THE BROKER.

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED
CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.

DHL EXPRESS (USA) INC. HAS A POLICY AGAINST PAYMENT, SOLICITATION OR RECEIPT OF ANY REBATE,
DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT OF 1984.

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS LISTED ON REVERSE SIDE

PLEASE REMIT TO: DHL EXPRESS (USA), INC. P.O. BOX 4723, HOUSTON, TX 77210-4723     ORIGINAL INVO

Please Pay This Amount     $99.05

---

**DHL EXPRESS**

## CUSTOMS DUTY INVOICE

REMITTANCE     **DHL EXPRESS (USA), INC**
ADDRESS        **P.O. BOX 4723**
ONLY           **HOUSTON, TX 77210-4723**

BILLING INQUIRIES 1-800-722-0081     *THANK YOU FOR SHIPPING WITH DHL*

| 14955799 | 1840029 | 07-22-05 | $99.05 |
|---|---|---|---|

C2C TECHNOLOGY INC
106 CARTER ST/#11C
LEOMINSTER MA 01453

TERMS: PAYABLE UPON RECEIPT



PG  1 OF  1.

| 14955526 | 07-22-05 | LAX.7504621 |
|---|---|---|
| 1840029 | AEK75046215 | 07-15-05 |
| 01 | 11-365440100 | C2C TECHNOLOGY INC |

TO:  C2C TECHNOLOGY INC
106 CARTER ST/#11C
LEOMINISTER MA  01453

| 1850935774 PLASTIC AND ALLOY METAL | | | | 17 | 142.00 | HKG | MKG |
|---|---|---|---|---|---|---|---|
| SHIPPER:  FCL NETWORK | 8473.30.5000 | 0.00 | | 28600.00 | 0 | | 0.00 |
| 1601-03 KINWICK CTR | | 0.00 | | | 0 | | 0.00 |
| 32 HOLLYWOOD RD CENTRAL | | 0.00 | | | 0 | | 0.00 |
| HKG, | | | | | | | |

CONSIGNEE: C2C TECHNOLOGY
106 CARTER STREET
LEOMINSTER,MA 01453

SHIPPER:

CONSIGNEE:

| Customs MPF | 60.00 |
| Duty Advance Fee | 5.00 |
| Single Transaction | 120.00 |

IF YOU ARE THE IMPORTER OF RECORD, PAYMENT TO THE BROKER WILL NOT RELIEVE YOU OF LIABILITY FOR CUST
CHARGES (DUTIES, TAXES OR OTHER DEBTS OWED CUSTOMS) IN THE EVENT THE CHARGES ARE NOT PAID BY THE
BROKER. THEREFORE, IF YOU PAY BY CHECK, CUSTOMS CHARGES MAY BE PAID WITH A SEPARATE CHECK PAYAB
THE "U.S. CUSTOMS SERVICE" WHICH SHALL BE DELIVERED TO CUSTOMS BY THE BROKER.

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED I
CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.

DHL EXPRESS (USA) INC. HAS A POLICY AGAINST PAYMENT, SOLICITATION OR RECEIPT OF ANY REBATE,
DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT OF 1984.

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS LISTED ON REVERSE SIDE

**Please Pay This Amount**    **$185.06**    PLEASE REMIT TO: DHL EXPRESS (USA), INC, P.O. BOX 4723, HOUSTON, TX 77210-4723    ORIGINAL INVOI



## CUSTOMS DUTY INVOICE

REMITTANCE
ADDRESS
ONLY

**DHL EXPRESS (USA), INC**
**P.O. BOX 4723**
**HOUSTON, TX 77210-4723**

BILLING INQUIRIES 1-800-722-0081    

| 14955526 | 1840029 | 07-22-05 | $185.06 |
|---|---|---|---|

C2C TECHNOLOGY INC
106 CARTER ST/#11C
LEOMINSTER MA  01453

**TERMS: PAYABLE UPON RECEIPT**





PG  1 OF  1    | 12550640 | 07-29-05 | CVG.6806129
| 1840029 | AEK68061296 | 07-23-05
| 01 | 11-365440100 | C2C TECHNOLOGY INC

TO:  C2C TECHNOLOGY INC
     106 CARTER ST/#11C
     LEOMINSTER MA  01453

| 1952037920 | COMPUTER PARTS | | | 20 | 160.00 | HKG | MKG |

SHIPPER:  ICL NETWORK SOLECTRON HK    8473.30.5000  0.00    34200.00    0    0.0
          SUITE 1601-03 KINWICK CT              0.00                    0    0.0
          32 HOLLWOOD RD                        0.00                    0    0.0
          HONGKONG,

CONSIGNEE: C2C TECHNOLOGY
           106 CARTER ST

           LEOMINSTER,MA 01453



SHIPPER:

CONSIGNEE:

IF YOU ARE THE IMPORTER OF RECORD, PAYMENT TO THE BROKER WILL NOT RELIEVE YOU OF LIABILITY FOR CUS CHARGES (DUTIES, TAXES OR OTHER DEBTS OWED CUSTOMS) IN THE EVENT THE CHARGES ARE NOT PAID BY TH BROKER. THEREFORE, IF YOU PAY BY CHECK, CUSTOMS CHARGES MAY BE PAID WITH A SEPARATE CHECK PAYAB THE "U.S. CUSTOMS SERVICE" WHICH SHALL BE DELIVERED TO CUSTOMS BY THE BROKER.

| Customs MPF | 71.82 |
| Duty Advance Fee | 5.00 |
| Single Transaction | 140.00 |

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.

DHL EXPRESS (USA) INC. HAS A POLICY AGAINST PAYMENT, SOLICITATION OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT OF 1984.

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS LISTED ON REVERSE SIDE

Please Pay This Amount    $216.82  PLEASE REMIT TO: DHL EXPRESS (USA), INC. P.O. BOX 4723, HOUSTON, TX 77210-4723    ORIGINAL INVC



## CUSTOMS DUTY INVOICE

REMITTANCE  **DHL EXPRESS (USA), INC**
ADDRESS     **P.O. BOX 4723**
ONLY        **HOUSTON, TX 77210-4723**

BILLING INQUIRIES 1-800-722-0081    *THANK YOU FOR SHIPPING WITH DHL*

| 12550640 | 1840029 | 07-29-05 | $216.82 |

C2C TECHNOLOGY INC
106 CARTER ST/#11C
LEOMINSTER MA  01453

TERMS: PAYABLE UPON RECEIPT



**Bryan Phillips**

| | |
|---|---|
| **From:** | Don [don@iclns.com] |
| **Sent:** | Tuesday, August 23, 2005 12:52 AM |
| **To:** | bryanp@c2csolutions.net |
| **Subject:** | Re: Stuart J. |

Hi Bryan,

I have spoken to Stuart last night and they are are interested to get the products.  He wants to get the 180units of 286778-b22 for US$320 and 175 units of 286776-b22 for US$195. However, he wants to make payment after inspection of the 355 HDDs. He or one of his purchasing people will fly to MA to personally check the goods.  Stuart mentioned that the physical attributes of the sample HDDs that you have shipped is acceptable.  They just want to establish that the quantity of HDDs that they want to order are actually available.  Please advise.

Regards,

Don

----- Original Message -----
From: "Bryan Phillips" <bryanp@c2csolutions.net>
To: "Don Mabalot" <don@iclns.com>
Sent: Tuesday, August 23, 2005 6:17 AM
Subject: Stuart J.


> Did you receive any info from Stuart regarding the drives? Thanks
> Bryan
>
> _____ NOD32 1.1199 (20050822) Information _____
>
> This message was checked by NOD32 antivirus system.
> http://www.eset.com
>
>

1



106 Carter St.
Unit 11C
Leominster, MA 01453
Business: 978-537-6006
Fax: 978-964-0123
www.c2csolutions.net

August 24, 2005

Worcester County Airfreight
135 Southbridge Street
Auburn MA

Dear Frank Gaskell,

        We would like to have you pick up two pallets of computer hard drives. The part numbers are 286778-B22 quantity 180 pieces and 286776-B22 quantity 175 pieces. If you could please hold these at your company's facility for customer inspection it would be appreciated. The product will be sanitized so the customer will not know where the product originated from. The inspection will occur tomorrow, August 25th between 9 a.m. and 5 p.m. Please do not release the product until it has been authorized by our company. If you have any questions please contact my sales associate Jack at 978-537-6006 ext. 202.

Sincerely,

Bryan Phillips
Executive VP
978-537-6006 ext 201