IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ICL NETWORK SOLUTIONS (HK) LIMITED<br><br>  Defendant. | Civil Action No.:<br>05-40153-(FDS) |

STIPULATED MOTION TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT

Defendant, ICL Network Solutions (HK) Limited, moves for a 9 day extension of time to respond to the Amended Complaint. Plaintiffs have assented to the extension. As grounds therefore, Defendant states that the parties have been engaged in settlement discussions which, if successful, could obviate the need for further pleadings.

Therefore, ICL Network Solutions requests a 9 day extension of time to respond to the Amended Complaint, up to and including December 22, 2005.

<u>Rule 7.1 Certification</u>:

Defendant's counsel conferred with counsel for Plaintiffs in a good faith effort to narrow or resolve the issues raised in this motion, and Plaintiffs' counsel has assented to the motion.

          Respectfully submitted,

          ICL NETWORK SOLUTIONS (HK), LTD.

          By its attorneys,

             /s/ Ann Lamport Hammitte
          Ann Lamport Hammitte (BBO# 553263)
          Emily A. Berger (BBO# 650841)
          LOWRIE, LANDO & ANASTASI, LLP
          One Main Street
          Cambridge, Massachusetts 02142
          Telephone:   (617) 395-7019

Date:  <u>December 13, 2005</u>       Facsimile:   (617) 395-7070

**ORDER**

**IT IS SO ORDERED.**
_____
  United States District Judge

Dated:  December _____, 2005

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served upon counsel listed below by electronically filing with the Court on December 13, 2005.

| | |
|---|---|
| Louis M. Ciavarra, Esq. | Simon J. Frankel, Esq. |
| Bowditch & Dewey, LLP | Howard Rice Nemerovski Canady Falk & Rabkin |
| 311 Main Street | Three Embarcadero Center, Seventh Floor |
| P.O. Box 15156 | San Francisco, CA 94111-4024 |
| Worcester, MA 01615-0156 | sfrankel@howardrice.com |
| lciavarra@bowditch.com | |

             /s/  Ann Lamport Hammitte