

**HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN**

*A Professional Corporation*

October 4, 2005

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
*www.howardrice.com*

Writer's Information:

Simon J. Frankel
*sfrankel@howardrice.com*

Honorable F. Dennis Saylor
United States District Court
  For the District of Massachusetts
595 Main Street
Worcester, MA  01608

   Re: *Hewlett-Packard Dev., L.P. v. ICL Network Solutions (HK), Ltd.*
     Case No. 05-cv-40153 (FDS)

Dear Judge Saylor:

  On behalf of Plaintiffs, I am writing to follow up on the September 23, 2005 hearing before your Honor concerning Plaintiffs' application for a preliminary injunction. Consistent with my comments at the hearing, I am attaching slightly better version of the three invoices that were submitted to the Court as Exhibit 5 (the best quality copies we presently have in our files). We respectfully request that these copies be substituted in the Court's files for those I provided on September 23.

            Very truly yours,

            */s/ Simon J. Frankel*

            Simon J. Frankel

SJF/jc

cc:  Louis Ciavarra
   Ann Lamport Hammitte

W03 100405-107980079/1244764/v1

FROM :                          FAX NO. :                     Jul. 01 2004 02:40AM P4

# ICL NETWORK SOLUTIONS (HK), LIMITED

1601-1602 Kinwick Centre
32 Hollywood Road, Central Hong Kong
Phone: (852) 2851 2272

**Invoice**

| Date | Number |
|---|---|
| 6/30/2004 | 1025 |

**Bill To**
THE COMP. LTD. LLC
Attn: Jojo Alarva
450 North Oak St.
Inglewood CA 90302
USA

**Ship To**
THE COMP. LTD. LLC
Attn: Jojo Alarva
450 North Oak St.
Inglewood CA 90302
USA

| P.O. NUMBER | TERMS | SHIP DATE | VIA | EX WORKS |
|---|---|---|---|---|
| 0082719 | TT in Advance | 6/30/2004 | Fedex | Hong Kong |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 50 | J4858A | HP Procurve 1000SX Mini GBIC<br>Serial Nos.: [illegible list of ~50 serial numbers]<br><br>Country of Origin: China<br>Harmonized Code: 8473.30.9000<br>PRODUCTS ARE MADE OF PLASTIC AND ALLOY METAL<br>PRICES ARE IN U.S. DOLLAR | 120.00 | 6,000.00 |

Warranty : 90 Days

IN BEHALF OF ICL NETWORK SOLUTIONS (HK), LIMITED

Authorized Signature

[illegible fine-print terms and conditions paragraph]

RETURN CLAUSE: [illegible fine-print paragraph]

| Total | $6,000.00 |
|---|---|

FAX NO. : 18009631192     Oct. 20 2003 02:43PM P1

# Integrated Compusystems (HK), Ltd.

1601-1603 Kinwick Centre,
32 Hollywood Road,
Central - Hong Kong
Ph: (852) 2815-4525

# Proforma Invoice

| Date | Number |
|---|---|
| 10/21/03 | 1631 |

**Bill To**
COMPU AMERICA
5741-A Buckingham Parkway
Culver City CA 90230
ATTENTION: RANDI PELED

**Ship to**
COMPU AMERICA
5741-A Buckingham Parkway
Culver City CA 90230
ATTENTION: RANDI PELED

| P.O. NUMBER | TERMS | SHIP DATE | VIA | Ex-Works |
|---|---|---|---|---|
| 1020RP1 | IN ADVANCE | ASAP | FEDEX | HK |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | J4858A | Procurve Gigabit SX-LC mini GBIC NEW | $ 150.00 | $ 1,500.00 |
| 10 | J4859A | Procurve Gigabit LX-LC mini GBIC NEW | $ 300.00 | $ 3,000.00 |

Account Name: Integrated Compusystems (HK) Ltd.
Account Number: 511-86714
Bank Name: Hong Kong and Shanghai
Bank Address: Main Branch, 1 Queen's Road
Central Hong Kong
Swift Code: HSBC HKHH HKH

on behalf of Integrated Compusystems (HK) Ltd.

TOTAL

Boots Carmona
**Authorized Signatory**

Conforme:

...title and risk of loss for the goods indentified in this Sales Order pass to the Buyer upon receipt by Seller of Buyer's payment in full. The Buyer...
...to this contract. Payment by the Buyer constitutes the acceptance of the terms and conditions of this Sales Order which supercede and negate...
...terms or conditions previously proposed by either the Buyer or the Seller.

VALIDITY CLAUSE: Price and availability for items specified herein will remain valid within 48 hours from confirmation of this Proforma Invoice. Bank...
...any needs to be submitted to us within 48 hours from confirmation hereof, otherwise, price and availability will be subject to our reconfirmation.

CANCELLATION PENALTY CLAUSE: A Penalty Fee equivalent to 10% of total will be charged when customer cancels Purchase Order prior to agreed upon...
...order is deemed valid and enforceable upon confirmation of Pro-forma Invoice. Upon confirmation, PO becomes non-cancellable until specified ship date...
...Integrated Compusystems is unable to comply with ship date for reasons that are beyond its control, extension shall be subject to mutual agreement without...
penalty fees indicated herein.

22

## Integrated Compusystems (HK), Ltd.

1601-1603 Kinwick Centre,
32 Hollywood Road,
Central - Hong Kong
Ph: (852) 2815-4525

### Proforma Invoice

| Date | Number |
|---|---|
| 11/6/03 | 1671 |

**Bill To**
COMPU AMERICA
5741-A Buckingham Parkway
Culver City CA 90230
ATTENTION: RANDI PELED

**Ship to**
COMPU AMERICA
5741-A Buckingham Parkway
Culver City CA 90230
ATTENTION: RANDI PELED

| P.O. NUMBER | TERMS | SHIP DATE | VIA | Ex-Works |
|---|---|---|---|---|
| 1105RP1 | TT IN ADVANCE | ASAP | FEDEX | HK |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | J4858A | HP Procurve 1000BSX Mini GBIC | $ 155.00 | $ 1,550.00 |
| 10 | CAB-SS530MT | MALE DTE TO SMART SERIAL RS-530CABL CAB | $ 15.00 | $ 150.00 |
| 4 | CISCO 2621XM | MID PERFORMANCE DUAL 10/100 ETHERNET | $ 1,670.00 | $ 6,680.00 |

Account Name: Integrated Compusystems (HK), Ltd.
Account Number: 511-867145-838
Bank Name: Hong Kong and Shanghai Banking Corporation
Bank Address: Main Branch, 1 Queens Road,
Central Hong Kong
Swift Code: HSBC HKHH HKH

ENTERED

n behalf of Integrated Compusystems (HK) Ltd.

**TOTAL $  8,380.00**

Boots Carmona
**Authorized Signatory**

Conforme: ___RANDI PELED___
Please Sign Over Printed Name

le and risk of loss for the goods indentified in this Sales Order pass to the Buyer upon receipt by Seller of Buyer's payment in full. The internal laws of the State of California ply to this contract. Payment by the Buyer constitutes the acceptance of the terms and conditions of this Sales Order which supercede and negate any inconsistent or additional ms or conditions previously proposed by either the Buyer or the Seller.

LIDITY CLAUSE: Price and availability for items specified herein will remain valid within 48 hours from confirmation of this Proforma Invoice. Bank-validated wire confirmation py needs to be submitted to us within 48 hours from confirmation hereof, otherwise, price and availability will be subject to our reconfirmation.

NCELLATION PENALTY CLAUSE: A Penalty Fee equivalent to 10% of total will be charged when customer cancels Purchase Order prior to agreed upon ship date. Purchase der is deemed valid and enforceable upon confirmation of Pro-forma Invoice. Upon confirmation, PO becomes non-cancellable until specified ship date. In the event that egrated Compusystems is unable to comply with ship date for reasons that are beyond its control, extension shall be subject to mutual agreement without prejudice to the nalty fees indicated herein.

26