IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| and HEWLETT-PACKARD | ) | |
| DEVELOPMENT COMPANY, L.P. | ) | |
| | ) | Civil Action No.:  05-40153-(FDS) |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ICL NETWORK SOLUTIONS | ) | |
| (HK) LIMITED and | ) | |
| C2C TECHNOLOGY, INC., | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

ASSENTED-TO MOTION TO CONTINUE
SCHEDULING CONFERENCE

Plaintiffs, Hewlett-Packard Company and Hewlett-Packard Development

Company, L.P., and Defendant, ICL Network Solutions (HK) Limited, (hereinafter

collectively the "parties"), by and through their respective attorneys, join in moving the

Court for a 30-day continuance of the Scheduling Conference now scheduled for January

12, 2006 at 10:45 a.m.

As grounds therefore, the parties state that they are engaged in, what are hoped to

be, near-final settlement negotiations, which are expected to resolve shortly.[1]  To avoid

expending the Court's time and resources in developing a discovery and trial schedule

that may not be needed, the parties request that the Scheduling Conference before the

---

[1]      ICL Network Solutions understands that Plaintiffs have reached a settlement with Defendant C2C
Technology, the documents for which will be submitted to the Court in due course.

Honorable F. Dennis Saylor be deferred until February 11, 2006, or as soon thereafter as the parties may be heard in the Court's convenience.

Rule 7.1 Certification:

Defendant's counsel conferred with counsel for Plaintiffs in a good faith effort to narrow or resolve the issues raised in this motion, and Plaintiffs' counsel has assented to the motion.

Respectfully submitted,

ICL NETWORK SOLUTIONS (HK), LTD.

By its attorneys,

_____/s/ Ann Lamport Hammitte_____
Ann Lamport Hammitte (BBO# 553263)
Emily A. Berger (BBO# 650841)
LOWRIE, LANDO & ANASTASI, LLP
One Main Street
Cambridge, Massachusetts 02142
Telephone:     (617) 395-7019
Date:  January 11, 2006     Facsimile:     (617) 395-7070

**ORDER**

**IT IS SO ORDERED.**
The Scheduling Conference presently set for January 12, 2006 at 10:45 a.m. is continued to February ___, 2006 at _____.

_____
  United States District Judge

Dated:  January _____, 2006

CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the foregoing was served upon counsel listed below by electronically filing with the Court on January 11, 2006.

Louis M. Ciavarra, Esq.                Simon J. Frankel, Esq.
Bowditch & Dewey, LLP                  Howard Rice Nemerovski Canady Falk & Rabkin
311 Main Street                        Three Embarcadero Center, Seventh Floor
P.O. Box 15156                         San Francisco, CA 94111-4024
Worcester, MA 01615-0156               sfrankel@howardrice.com
lciavarra@bowditch.com

                    _____/s/  Ann Lamport Hammitte_____

778024