IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br><br>Plaintiffs<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK) LIMITED and C2C TECHNOLOGY, INC.,<br>Defendants. | Civil Action No.: 05-40153-(FDS) |

SECOND ASSENTED-TO MOTION TO CONTINUE
SCHEDULING CONFERENCE

Plaintiffs, Hewlett-Packard Company and Hewlett-Packard Development Company, L.P., and Defendant, ICL Network Solutions (HK) Limited, (hereinafter collectively, "the parties"), by and through their respective attorneys, join in moving the Court for a 60-day continuance of the Scheduling Conference now scheduled for February 13, 2006 at 3:00 p.m.

As grounds therefore, the parties[1] state that they have now reached a settlement agreement in principal and are in the process of documenting the terms of settlement and taking such steps as are necessary to file the appropriate papers with the court to resolve the dispute entirely. To avoid expending the Court's time and resources in developing a discovery and trial schedule that may not be needed, the parties request that the Scheduling Conference before the Honorable F. Dennis Saylor be deferred until April 14,

---

[1] ICL Network Solutions understands that Plaintiffs have reached a settlement with Defendant C2C Technology, the documents for which will be submitted to the Court in due course.

779558.1

2006, or as soon thereafter as the parties may be heard in the Court's convenience, and that other related dates be reset accordingly. The parties anticipate that the action will be fully resolved prior to that time and that no Scheduling Conference will ultimately be necessary.

Rule 7.1 Certification:

Defendant's counsel conferred with counsel for Plaintiffs in a good faith effort to narrow or resolve the issues raised in this motion, and Plaintiffs' counsel has assented to the motion.

Respectfully submitted,

ICL NETWORK SOLUTIONS (HK), LTD.

By its attorneys,

_____/s/ Ann Lamport Hammitte_____
Ann Lamport Hammitte (BBO# 553263)
Emily A. Berger (BBO# 650841)
LOWRIE, LANDO & ANASTASI, LLP
One Main Street
Cambridge, Massachusetts 02142
Telephone:  (617) 395-7019
Facsimile:  (617) 395-7070
ahammitte@LL-A.com

Date: February 7, 2006

**ORDER:**
**IT IS SO ORDERED.**
The Scheduling Conference presently set for February 13, 2006 at 3:00 p.m. is continued to April ___, 2006 at _____.

_____
  United States District Judge
Dated:  February _____, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon counsel listed below by electronically filing with the Court on February 7, 2006.

| | |
|---|---|
| Louis M. Ciavarra, Esq. | Simon J. Frankel, Esq. |
| Bowditch & Dewey, LLP | Howard Rice Nemerovski Canady Falk & Rabkin |
| 311 Main Street | Three Embarcadero Center, Seventh Floor |
| P.O. Box 15156 | San Francisco, CA 94111-4024 |
| Worcester, MA 01615-0156 | sfrankel@howardrice.com |
| lciavarra@bowditch.com | |

_____/s/  Ann Lamport Hammitte_____

779558.1                                    2