IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,<br><br>    Plaintiffs,<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK), LIMITED, and C2C TECHNOLOGY, INCORPORATED,<br><br>    Defendants. | Civil Action No. 05-40153 FDS |

**SCHEDULING CONFERENCE STATEMENT OF PLAINTIFFS HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**

1

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively, "Plaintiffs") submit this Scheduling Conference Report ("Report"). Because Plaintiffs and Defendant C2C Technology, Incorporated ("C2C") entered into a settlement agreement resolving this action as between them in December 2005, C2C's input has not been sought for this Report. Counsel for Defendant ICL Network Solutions (HK) Limited ("ICLNS") was not able to participate in the substance of this Report as instructions have not been received from the company in Hong Kong.

### PROPOSED DISCOVERY AND MOTIONS SCHEDULE

Plaintiffs propose the following pre-trial schedule.

**A.   Proposed Discovery.**

*Written Discovery*: Plaintiffs and ICLNS ("Parties") will serve written discovery as soon as allowed by Fed. R. Civ. P.

*Depositions*: The Parties will notice depositions so that they occur as soon as practicable.

*Fact and Expert Discovery Cut-Off*: September 15, 2006. This cut-off requires that written discovery be served in time for responses to be due on or before this date, and that fact and expert depositions be concluded on or before this date.

*Expert Disclosures*: Expert disclosures will be exchanged by August 21, 2006.

**B.   Law And Motion.**

*Last Date to Amend Pleadings or Add Parties*: May 31, 2006

*Dispositive Motion Cut-Off*: October 13, 2006.

### PARTY AND ATTORNEY CERTIFICATION

Plaintiffs and their counsel hereby affirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative

2

courses—of litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SIGNED: April _____, 2006.

HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

_____
Joseph T. Kucala, Jr.
Counsel for Hewlett-Packard Company
and Attorney for Hewlett-Packard Development
Company, L.P.

April 7, 2006.

HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN

_____
Jin H. Kim
Counsel for Hewlett-Packard
Company and Hewlett-Packard
Development Company, L.P.

Dated: April 7, 2006

_____
Martin R. Glick
Jin Kim
Shannon Scott
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111
Telephone:  (415) 434-1600
Facsimile:  (415) 217-5910

Louis M. Ciavarra (BBO#546481)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
Telephone:  (508) 926-3408
Facsimile:  (508) 929-3011

*Attorneys for Plaintiffs*
*HEWLETT-PACKARD COMPANY, and*
*HEWLETT-PACKARD DEVELOPMENT*
*COMPANY, L.P.*