IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.<br><br>Plaintiffs<br><br>v.<br><br>ICL NETWORK SOLUTIONS (HK) LIMITED and C2C TECHNOLOGY, INC.,<br><br>Defendants. | Civil Action No.: 05-40153-(FDS) |

## MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION

Lowrie, Lando & Anastasi, LLP (hereinafter "LL&A"), respectfully moves this Court for leave to withdraw from representation of the Defendant, ICL Network Solutions (HK), Ltd., in this action. In support of this motion, LL&A submits the accompanying Memorandum, with exhibits, and requests they be filed under seal to protect confidential and potentially privileged information.

Rule 7.1 Certification:

LL&A conferred with counsel for Plaintiffs on April 12th in a good faith effort to

783437.1

narrow or resolve the issues raised in this motion, but Plaintiffs' counsel was unable to assent to or oppose the motion, pending receipt of client instructions.

                              Respectfully submitted,

                              /s/ Ann Lamport Hammitte
                              Ann Lamport Hammitte (BBO# 553263)
                              ahammitte@LL-A.com
                              Emily A. Berger (BBO# 650841)
                              eberger@LL-A.com
                              LOWRIE, LANDO & ANASTASI, LLP
                              One Main Street
                              Cambridge, Massachusetts 02142
                              Telephone:    (617) 395-7019
Date:  April 13, 2006            Facsimile:     (617) 395-7070

**ORDER**

**IT IS SO ORDERED.**
Lowrie, Lando & Anastasi, LLP are hereby withdrawn from their representation of the defendant, ICL Network Solutions (HK), Ltd.

_____
  United States District Judge

Dated:  April _____, 2006

                                  Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on the 13th day of April, 2006.

                                                  /s/ Ann Lamport Hammitte