UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Hewlett-Packard Company,**
       **Plaintiff,**

           CIVIL ACTION
           NO. 05- 40153-FDS

      V.

**ICL Network Solutions,**
       **Defendant,**

## NOTICE OF DEFAULT

   Upon application of the Plaintiff, Hewlett-Packard Company for an order of default for failure of the Defendant, ICL Network Solutions, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 2nd day of June 2006.

                                      SARAH THORNTON, CLERK

                            By: /s/ Martin Castles
                               Deputy Clerk