**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-40153 FDS |
| ICL NETWORK SOLUTIONS (HK), LIMITED, and C2C TECHNOLOGY, INCORPORATED, | ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Jin H. Kim, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024.

I hereby certify that the following document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that, pursuant to agreement by the parties, copies were electronically sent to the following non-registered participant Bryan Phillips on July 20, 2006 and Armee Filamore on July 24, 2006:

## [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐    by causing personal delivery by Free Wheelin' Attorney Service of the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒    by electronic mail upon the parties indicated on the attached "Service List" at the electronic mail addresses set forth below

Armee Filamore
Vice President
ICL Network Solutions (HK) Limited
Email: armeemarie@yahoo.com

Bryan Phillips
Executive Vice President
C2C Technology, Inc.
106 Carter Street, Unit 11C
Leominster, MA 01453
Email: BryanP@c2csolutions.net

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 26, 2006.

_____ /s/ Jin H. Kim _____